UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br><br>MORSELLOR ECTOR<br>505 West Baseline Road<br>Apartment 1016<br>Tempe, Arizona 85283<br><br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br>c/o Kenneth L. Wainstein<br>United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br><br>- and -<br><br>c/o Alberto Gonzales, Esquire<br>Attorney General of the United States<br>Department of Justice<br>10th & Constitution Avenue, N.W.<br>Washington, D.C. 20530<br><br>Plaintiffs,<br><br>v.<br><br>AXIA COLLEGE ONLINE, WESTERN<br>INTERNATIONAL UNIVERSITY<br>4150 S. Riverpoint Parkway<br>Phoenix, Arizona 85040<br><br>Serve:<br>Registered Agent<br>CT Corporation Systems<br>3225 N. Central Avenue<br>Phoenix, Arizona 85012 | Civil Action No.:<br><br><br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br><br>JURY TRIAL DEMAND<br><br>**FILED UNDER SEAL**<br><br>CASE NUMBER   1:05CV01637<br>JUDGE: Ricardo M. Urbina<br>DECK TYPE: General Civil<br>DATE STAMP: 08/15/2005 |

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

APOLLO GROUP, INC.                )
4615 E. Elwood Street             )
AA - B 306                        )
Phoenix, Arizona 85040            )
                                  )
Serve:                            )
Registered Agent                  )
C.T. Corporation Systems          )
3225 North Central Avenue         )
Phoenix, Arizona 85012            )
                                  )
           Defendants.   )

## COMPLAINT

1. This is an action to recover damages and civil penalties on behalf of the United States of America arising from the false claims made by Axia College Online of Western International University and Apollo Group, Inc. (hereinafter defendants), in violation of the Federal False Claims Act, 31 U.S.C. §§ 3729 et seq., as amended.

2. The False Claims Act, originally enacted in 1863 during the Civil War, was substantially amended by the False Claims Amendments Act of 1986 and signed into law on October 17, 1986. Congress enacted these amendments to enhance the Government's ability to recover losses sustained as a result of fraud against the United States and to provide a private cause of action for the protection of employees who act in furtherance of the purposes of the Act. Congress acted after finding that fraud in federal programs and procurement is pervasive and that the False Claims Act, which Congress characterized as the primary tool for combating fraud in government contracting, was in need of modernization.

3. The Act provides that any person who knowingly submits a false or

2

fraudulent claim to the Government for payment or approval is liable for a civil penalty of up to $11,000 for each such claim, plus three times the amount of the damages sustained by the Government, including attorneys' fees. The Act allows any person having information regarding a false or fraudulent claim against the Government to bring a private cause of action for himself and on behalf of the Government and to share in any recovery. The complaint is to be filed under seal for 60 days (without service on the defendant during such 60-day period) to enable the Government (a) to conduct its own investigation without the defendant's knowledge and (b) to determine whether to join the action.

4. Based on these provisions, Relator seeks to recover damages and civil penalties arising from Defendants' presentation of false claims to the United States Government in connection with Title IV, Higher Education Act (HEA) Federal Financial Aid programs. (34 CFR 668.1)

## PARTIES

5. Relator, Morsellor Ector, is a resident of the state of Arizona and is employed by Axia College Online of Western International University (hereinafter Axia) in Phoenix, Arizona as an Enrollment Counselor.

6. Relator brings this action for violations of 31 U.S.C. §§3729 et seq. on behalf of himself and the United States Government pursuant to 31 U.S.C. §3730(b)(1). Relator has knowledge of the false statements and/or claims presented by the defendants to the Federal Government as alleged herein.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

3

7. Defendant Axia is a for profit, on-line educational institution headquartered in Phoenix, Arizona and does business with the U.S. Department of Education of the Federal Government in Washington, D.C. and throughout the United States. Defendant Axia is an academic division of Western International University which was founded in 1978 and is accredited by the North Central Association of Colleges.

8. Defendant Apollo Group, Inc. is an educational corporation headquartered in Phoenix, Arizona and does business with the U.S. Department of Education of the Federal Government in Washington, D.C. and throughout the United States. Defendant Apollo Group, Inc. owns and operates Defendant Axia.

## JURISDICTION AND VENUE

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and 31 U.S.C. § 3732, which specifically confers jurisdiction on this Court for actions brought pursuant to §§ 3729 and 3730 of Title, 31, United States Code.

10. This Court has personal jurisdiction over the defendants because they transact business in the District of Columbia.

11. Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because the defendants transact business in the District of Columbia.

## BACKGROUND

12. The U.S. Department of Education is an agency of the Federal Government.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
1000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

13. The U.S. Department of Education administers the Federal Financial Aid programs which include the Federal Pell Grant Program, the Federal Supplemental Educational Opportunity Grant, the Federal Stafford Loan Program, the Federal Work-Study Program and the Federal Perkins Loan Program pursuant to 34 CFR Part 668.1.

14. The Defendants participate in the following Title IV Federal Financial Aid programs: Federal Pell Grant Program, the Federal Supplemental Educational Opportunity Grant, the Federal Stafford Loan Program and the Federal Perkins Loan Program. Defendants have approximately 200,000 students worldwide. Approximately 90% of the student population, which means approximately 180,000 students, receives Federal Financial Aid.

15. In order to participate in Title IV Federal Financial Aid Programs, the Defendants knowingly entered into a Program Participation Agreement with the U.S. Department of Education. In the Program Participation Agreement, the Defendants falsely stated that they were in compliance with Title 34, Chapter VI, Office of Postsecondary Education, Department of Education, Part 668, Student Assistance General Provisions, Section 668.14 (a)(1), (2), (b)(1), (22)(i) which provide:

> (a)(1) An institution may participate in any Title IV, HEA
> program, other than the LEAP and NEISP programs, only if
> the institution enters into a written program participation
> agreement with the Secretary, on a form approved by the
> Secretary. **A program participation agreement conditions**

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
ST BALTIMORE STREET
ALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
1300 ROCKVILLE PIKE
OCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

the initial and continued participation of an eligible institution in any Title IV, HEA program upon compliance with the provisions of this part, the individual program regulations, and any additional conditions specified in the program participation agreement that the Secretary requires the institution to meet.

2) An institution's program participation agreement applies to each branch campus and other location of the institution that meets the applicable requirements of this part unless otherwise specified by the Secretary.

(b) By entering into a program participation agreement, an institution agrees that –(1) It will comply with all statutory provisions of or applicable to Title IV of the HEA...

(22)(i)[The institution] will not provide any commission, bonus, or other incentive payment based directly or indirectly upon success in securing enrollments or financial aid to any person or entity engaged in any student recruiting or admission activities or in making decisions regarding the awarding of title IV, HEA program funds, except that this limitation does not apply to the recruitment of foreign students residing in foreign countries who are not eligible to

receive title IV, HEA program funds. (emphasis added)

## ALLEGATIONS

16. As of November 2004 and to the present time, the Defendants have knowingly been providing incentive payments to Enrollment Counselors based directly upon the Enrollment Counselors' success in securing enrollments in violation of Title 34, Chapter VI, Section 668.14(22)(i). The defendants have intentionally increased or decreased an Enrollment Counselor's salary based directly upon the number of students the Enrollment Counselor enrolls.

17. The Defendants have created an Enrollment Counselor Performance Matrix which delineates how many students the Enrollment Counselor must enroll in order to receive a salary increase. The matrix also provides the number of enrolled students which would result in a salary decrease.

18. While Axia's Online Enrollment Counselor Performance Matrix contains several categories, 65% of the matrix depends directly upon the number of new students enrolled by the Enrollment Counselor.

19. The Relator and all Enrollment Counselors are constantly reminded of the need to increase the number of students they enroll. In the Enrollment Counselor work area, which is known as "the floor", there is a large Sales Board which lists the name of each Enrollment Counselor and the number of students the Enrollment Counselor has enrolled. E-mails are sent to all Enrollment Counselors on a regular basis delineating the number of new students each Enrollment Counselor has enrolled. On August 8,

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

2005, an e-mail was sent by Ken Wheeler, Enrollment Manager for the Defendants announcing that the Relator had enrolled the first new student for that particular day and congratulating the Relator for enrolling the new student but also reminding the Relator that he had not yet reached his required quota of new enrollees. On August 9, 2005, Mr. Wheeler sent a similar e-mail to all Enrollment Counselors in which he congratulated Enrollment Counselor Scott Smith for his recent enrollment of new students.

20.  By an e-mail dated July 22, 2005, Robert Lawrence, Senior Admissions Counselor for the Defendants informed all of the Enrollment Counselors of a new contest named "Smack Down" in which teams of Enrollment Counselors competed with other teams to enroll the largest number of new students. The "Smack Down" contest is another example of the Defendants' aggressive sales techniques to increase the number of students each Enrollment Counselor enrolls. The "Smack Down" contest is an example of how Enrollment Counselors are evaluated based directly upon the number of people the Enrollment Counselor can persuade to enroll in Axia.

21.  Since November 2004, the Defendants have trained and required its Enrollment Counselors to use aggressive sales techniques in order to increase the number of enrolled students. Enrollment Counselors are provided with scripts and other sales techniques to force a prospective student to enroll. The Defendants provided the Relator with a book entitled <u>The Idea Book</u> as well as numerous memorandums advising how an Enrollment Counselor can turn a prospective student

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

into an enrolled student.

22. On June 14, 2005, Donna Parrish, a former Enrollment Counselor received a copy of her Semi-Annual Performance Review which included the Enrollment Counselor Performance Matrix categories. She did not enroll the required number of new students and her salary was decreased.

23. On August 9, 2005, the Relator received a Written Warning from Nathan Ries, Senior Enrollment Manager, Axia, because he did not enroll the required number of new students. On August 10, 2005, the Relator received his Annual Employee Performance Evaluation from Ken Wheeler, Enrollment Manager, Axia, stating that the Relator's "Performance Goal" was to "meet expectation of a minimum of 2.5 registrations per week." The Relator's salary was decreased by 6% because he had not enrolled his required number of new students.

24. Since November 2004, the Defendants have required the Relator, and all Axia Enrollment Counselors, as part of their duties to enroll new students and encourage the new students to apply for Federal Financial Aid. The Defendants have also required the Enrollment Counselors to assist the new student in the completion of the Federal Financial Aid forms. As part of the Enrollment Counselors' job, they must walk each student through the Financial Aid Web Application website screen by screen instructing the new student as to what to click on each screen. The Defendants provided the Relator and all of its Enrollment Counselors with a training manual entitled, "Financial Aid Web Application Walkthrough" which instructs the Enrollment

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Counselor as to how to assist the student in completing the Federal Financial Aid application.

25. Since November 2004, the Defendants knowingly caused its students to apply for Federal Financial Aid while knowingly increasing and/or decreasing the salary level of its Enrollment Counselors based directly upon the number of students the Enrollment Counselor enrolled in violation of the U.S. Department of Education Program Participation Agreement.

26. Since November 2004 until the present time, the defendants received Federal Financial Aid payments from the U.S. Department of Education in the form of checks payable jointly to Axia and the individual student and by Electronic Fund Transfers. The Defendants intentionally received these payments from the Federal Government all the while knowing that they had falsely stated that Axia was in compliance with all of the regulations associated with the Program Participation Agreement.

27. The Defendants knowingly encourage the Enrollment Counselors to enroll students that are unqualified for the academic program. These same students are encouraged by the Enrollment Counselors to apply for Federal Financial Aid. The Enrollment Counselors assist these students in completing the Federal Financial Aid application forms and cause these students to apply for and subsequently receive Federal Financial Aid. As a result of admitting unqualified students, many of these students drop out before the course is completed.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

28.  The Defendants have a tuition refund policy entitled "Policy for Title IV Recipients Who Withdraw or Graduate from the University." The typical Axia on-line course is nine weeks long. In accordance with the Defendants' policy, if a student drops out during the first week of class, 89% of the tuition/financial aid will be returned. If the student drops out after six weeks of the nine week course, the Defendants will not refund any tuition. The Defendants knowingly enroll unqualified students and cause them to apply for Federal Financial Aid knowing that they will drop out before the completion of the course, thus permitting the Defendants' to keep a larger percentage of the Federal Financial Aid monies without providing educational services in exchange.

29.  The Defendants knowingly submitted or caused to be submitted false and fraudulent Program Participation Agreements to the Federal Government in order to be qualified to have its students apply for and the Defendants receive Federal Financial Aid payments.

30.  The Defendants knowingly submitted and caused its students to submit claims for payment to the Federal Government for Federal Financial Aid monies knowing that Defendant Axia was not qualified to participate in the Federal Financial Aid programs because Axia's manner of compensating its Enrollment Counselors was directly related to the number of students that the Enrollment Counselor enrolled in violation of title 34, Chapter VI, Part 668, Section 668.14 (22) (i).

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

31. The Defendants knowingly received and caused its students to receive Federal Financial Aid monies knowing that Defendant Axia was not qualified to participate in the Federal Financial Aid programs because Defendant Axia's manner of compensating its Enrollment Counselors was directly related to the number of students that the Enrollment Counselor enrolled in violation of Title 34, Chapter VI, Part 668, Section 668.14 (22) (i).

## COUNT I

*(False Claims Act 31 U.S.C. §3729(a)(1) and (a)(2))*

32. Relator realleges and incorporates by reference the allegations made in paragraphs 1 through 31 of this Complaint.

33. This is a claim for treble damages and forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

34. By virtue of the acts described above, the Defendants knowingly submitted, caused to be submitted and continue to submit and to cause to be submitted false or fraudulent claims for payment and reimbursement by the United States Government through the vehicle of the Federal Financial Aid programs.

35. By virtue of the acts described above, the Defendants knowingly made, used or caused to be made or used, and continues to make or use or cause to be made or used, false statements to obtain Federal Government payment for false or fraudulent claims.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

36. The United States Government has been severely damaged as the result of Defendants' fraudulent statements that Axia was in compliance with the U.S. Department of Education Program Participation Agreement. The United States Government has been severely damaged by the Defendants' violations of the False Claims Act.

37. As set forth in the preceding paragraphs, Defendants violated 31 U.S.C. §3729 and has thereby damaged and continues to damage the United States Government by its actions in an amount to be determined at trial.

## COUNT II
*(False Claims Act, 31 U.S.C. §3729 (a)(3)*

38. Relator realleges and incorporates by reference the allegations made in Paragraphs 1 through 37 of this Complaint.

39. This is a claim for treble damages and for forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

40. By virtue of the acts described above, the Defendants defrauded the United States by getting false or fraudulent claims paid when it caused its students to apply for and receive Federal Financial Aid.

41. The United States, unaware of the falsity of the records, statements and/or claims made by Defendants, and in reliance on the accuracy thereof, paid and may continue to pay for aforementioned false claims as a result of the fact that the Defendants' students continue to apply for and receive Federal Financial Aid monies.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

42. By reason of these actions and payments, the United States Government has been damaged and continues to be damaged in substantial amounts.

## PRAYER

WHEREFORE, Relator prays for judgment against Defendants as follows:

1. That Defendants cease and desist from violating 31 U.S.C. §3729;

2. That this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the United States Government has sustained because of defendants' actions, plus a civil penalty of not less than $5,000 and not more than $11,000 for each violation of 31 U.S.C. §3729; et seq.

3. That Relator be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act;

4. That Relator be awarded all costs and expenses of this action, including attorneys' fees;

5. That Relator recovers such other relief as the Court deems just and proper.

Respectfully submitted,

ASHCRAFT & GEREL

*/s/ H. Vincent McKnight*

H. Vincent McKnight, Jr.
D.C. Bar No. 293811
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
ATTORNEY FOR RELATOR

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Relator hereby demands trial by jury.

_____
H. Vincent McKnight, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Complaint was mailed, postage prepaid, this *12* day of August 2005, to:

Kenneth Wainstein, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Alberto Gonzales, Esquire
Attorney General fo the United States
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

_____
H. Vincent McKnight, Jr.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261