

# Axia College Online

## Take your education to the next level with an Associate's Degree.

To get started on your Associate's Degree through the Axia College Program, contact us today. A helpful Enrollment Counselor will answer all your questions, help you with financing and financial aid, and streamline your enrollment. Before you know it, you'll have your associate's degree and be well on your way to your bachelor's degree as well.

To contact Axia College call 800-822-1329 or visit our website at: http://www.axiacollegeonline.com. You can also request information by filling out our **online form**.

**How do I g**

**What happ to a new lo**

Sidebar: CONTACT AN ADVISOR — Home, About Us, How It Works, Degree Programs, Tuition & Financial Aid, FAQ's, Faculty, Contact Us

[Home] [About Us] [How It Works] [Tuition & Financial Aid] [Degree Programs] [FAQ's] [Faculty] [Contact Us]
Axia College Online  (800)822-1329  © 1997-2005.  Axia College Online.  All Rights Reserved.
Contact the Webmaster
tracking= [MRKT004W]

**PLAINTIFF'S EXHIBIT 1**



# Axia College Online

## Tuition and Fees

| Type of Fee | Amount | Payment Due |
|---|---|---|
| Application Fee: | $85. | Due at time of application. |
| Tuition: | $265 per credit hour. | Due two weeks prior to the start date of each course. |
| Late Payment Fee: | $25. | Due upon notification. |
| Graduation Audit Fee: | $75. | Due when an application for graduation is submitted. |

### How our costs compare.

While the cost of attending a private college today is over $20,000 a year at many schools, the costs of attending Axia College is only $265 per credit. Government scholarships, grants and loans are available to those who qualify. When you factor in the value of your time, Axia College becomes an even better investment. At Axia College you can complete your associate's degree much sooner than you could at other colleges, which means you can realize the return on your investment a lot sooner as well.

## Financing and Financial Aid

### Low-cost financing and financial aid available.

Axia College participates in financial aid programs for its college courses, including the Federal Stafford Student Loan, the Federal PLUS Loan, and the Federal Pell Grant. We do not charge our students for processing financial aid applications. For further details about your eligibility, and to receive application forms, please call and speak with an Enrollment Counselor at 800-822-1329. Or fill out our Information Request Form and we will contact you ASAP.

### Refund policy.

Because our online degree program is designed to accommodate working students, we realize that unforeseen circumstances may require you to interrupt your studies. As long as you notify us prior to the first day of instruction that you won't be able to attend a scheduled class, we will refund 100% of the tuition you have paid for that course. If you are forced to leave a class midstream, there are a number of options available to you, both academically and financially, depending on how far along you have progressed in the class.

Sidebar links: Home | About Us | How It Works | Degree Programs | Tuition & Financial Aid | FAQ's | Faculty | Contact Us

Sidebar: Need new ... advance y... Earn a bac... master's d... spare time... to find out... get started...

How quickl... complete n...

Are Axia C... instructors qualified?

Axia Colleg... academic d... Western Int... University (... accredited ... Learning C... and is a me... **North Cent... Associatio...** 312-263-04...

[Home] [About Us] [How It Works] [Tuition & Financial Aid] [Degree Programs] [FAQ's] [Faculty] [Contact Us]
Axia College Online  (800)822-1329  © 1997-2005. Axia College Online. All Rights Reserved.
Contact the Webmaster
tracking= [MRKT004W]





- Home
- About Us
- Accreditation
- Admission Requirements
- Assessment of Prior Learning
- Investor Relations
- How it Works
- Degree Programs
- Tuition & Financial Aid
- FAQ's
- Faculty
- Contact Us

CONTACT AN ADVISOR

## The Axia College Associate's Degree in Business Program

Because it is designed for students with little or no college experience, the Axia College program offers the highest level of student support, small classes of less than 20 students, and dedicated faculty who are specially trained in facilitating the online learning experience. In addition, Axia College features a tuition rate comparable to many state universities.



### Key advantages of Axia College:

- **Flexible schedule.** The online format is asynchronous, like email, which allows you to attend class at the times most convenient for your schedule. You'll complete 100% of your education via the Internet.
- **Faster graduation.** Most students earn their degree in less than two years - even if they work full-time.
- **Fast track to a Bachelor's Degree.** Apply your Axia College credits toward a bachelor's degree.
- **Advanced learning format.** To facilitate greater learning, classes are offered two at a time, and feature complementary lessons.
- **Expert instructors.** All instructors hold a master's or doctoral degree, and have been specially trained to proactively assist students in the learning process.
- **Affordable tuition.** Axia College tuition is lower than most private universities. Several low-interest financial aid options are available to those who qualify.
- **Financing and Financial Aid.** Programs qualify for employer reimbursement, and financing is available.

### About Axia College and Western International University.

Axia College of Western International University is part of Apollo Group, Inc. We have been providing higher education programs to working adults for over 25 years. Apollo Group through Western International University and University of Phoenix is now the largest provider of higher education programs in the United States, with combined enrollment of some 240,000 students in educational programs and services at 78 campuses and 133 learning centers in 38 states, Puerto Rico and Vancouver, British Columbia.

Western International University is accredited by the Higher Learning Commission and is a member of the North Central Association.

Which degree programs are online?

Are Axia College instructors qualified?

At Axia College you can earn whenever you want - evenings, at lunch, or while on business, commuting. No wasted effort - click into class and learning.

Need new skills to advance your career? Earn a degree in your spare time. Click to find out how to get started.

[Home] [About Us] [How It Works] [Tuition & Financial Aid] [Degree Programs] [FAQ's] [Faculty] [Contact Us]

Axia College Online  (800)822-1329 © 1997-2005. Axia College Online. All Rights Reserved.

Contact the Webmaster

tracking= [MRKT004W]



### Axia College Online

- Home
- About Us
- How It Works
- Degree Programs
- Tuition & Financial Aid
- FAQ's
- Faculty
- Contact Us

**CONTACT AN ADVISOR**

# Frequently Asked Questions (FAQs)

**Will a college degree really make a difference in my career?**

In our increasingly competitive marketplace, employers put greater value on education than ever before. Consider this: According to the U.S. Census Bureau college graduates earn an average of 98% more income than non-college graduates. Those with a master's degree earn 170% more. And the gap is widening. The Bureau of Labor Statistics projects that employment opportunities will grow fastest for professionals with a college education through the year 2006. And right now, a majority of the fastest growing and highest paying occupations require at least a bachelor's degree.



**Does the online format provide the same quality of education offered by a traditi campus?**

Yes. Numerous studies have proven that distance learners perform as well or better th campus counterparts. The book, No Significant Difference Phenomenon, by Thomas L cites 355 research reports, papers and summaries dating back to 1928 that found no s difference between distance learning and in-class learning. Where a difference was id generally favored the distance-learning student.

**How much does Axia College cost?**

Click here for tuition information.

**How do I apply for admission?**

Since every student is unique and has different needs, Axia College assigns an experi Admissions Counselor to work closely with you to simplify and streamline the enrollme To get started today, complete our Information Request Form or call us at 800-822-13.

**What type of computer do I need and how do the online classes work?**

Click here for computer requirements and online class information.

**What happens if I have a technical problem with my computer?**

Our online system is very intuitive and easy to use. If, however, you every have any qu experience any difficulties, we offer 24/7 technical support via the Internet and over th addition, our Online Learning Software, developed in partnership with Microsoft®, is a reliable and user friendly. Either way, the technical staff is always there to answer que assist you in every way possible.

**Which degree programs are offered online?**

The Axia College program offers an Associate of Arts in Business degree. **Click here information.**

**Is financial aid available?**

Yes, there are a number of financing and financial aid programs for which you may qu **here for more information**.

### Does Axia College accept transfer credit?

Yes, Axia College accepts applicable transfer credits from other regionally or nationall institutions of higher learning.

### How quickly can I complete my degree?

Students taking two classes at a time, in the recommended sequence, can complete tl Associate's degree in less than two years. With transfer credits, students can graduate sooner.

### What happens if I move to a new location?

No problem. You can continue with your degree program at Axia College from anywhe world, as long as you have Internet access.

### How long has Axia College been around? Is it accredited?

Axia College Online is an academic division of Western International University (WIU). accredited by the Higher Learning Commission and is a member of the **North Central** 312-263-0456.

### How long has Western International University been around? Is it accredited?

Western International University was founded in 1978 and was accredited by the Nortl Association of Colleges and Schools in 1980.

### Are Axia College instructors highly qualified?

To ensure the value of your education, all Axia College instructors hold a master's or c degree. In addition, many of them hold high-level positions within the fields they teach what it takes to be successful.

### Will my degree from Axia College of WIU be accepted in the business communit

Yes. To ensure that our program provides the skills and expertise that are in high dem develop our curriculum based on the current needs of industry. We then draw our facu among the leaders of that industry to provide the most valuable, real-world education programs are continually updated to reflect the latest proven concepts, methods and p

### Is the Axia College program really 100% online?

Yes. Students can complete 100% of their studies via the Internet. This includes regist ordering books, downloading course materials, and receiving feedback from instructor Axia College Online, there's no commuting, no long lines, no wasted effort whatsoever

### When and how often do I have to be online for class?

You choose. The days and times that you attend online classes are entirely up to you you sign on at least 3 times a week and post comments twice per week. With our asyr format, you can fit school into even the busiest of schedules.



**Do you accept International students?**

Yes. Click here for more information.

**How do I get started?**

To get started without delay, simply fill out our Information Request Form and we will c ASAP. Or to speak with an Enrollment Counselor immediately, call 800-822-1329 Mor Saturday from 9 AM to 5 PM, Mountain Standard Time.

**What's the question WE ask most frequently?**

What's keeping you from starting your college degree NOW? To take the next step, cl

[Home] [About Us] [How It Works] [Tuition & Financial Aid] [Degree Programs] [FAQ's] [Faculty] [Contact Us]
Axia College Online  (800)822-1329  © 1997-2005. Axia College Online. All Rights Reserved.
Contact the Webmaster
tracking= [MRKT004W]

## Axia College Online



CONTACT AN ADVISOR

Home
About Us
How It Works
Degree Programs
Tuition & Financial Aid
FAQ's
Faculty
Contact Us

# Degree programs available through Axia College.

## Associate of Arts in Business offered at Axia College.

The Associate of Arts in Business (AAB) program lays the foundation for future career advancement and takes you one step closer to earning your bachelor's degree. The curriculum is focused on the basic knowledge, skills and techniques needed to excel in both college classes and the business environment. The program helps students become better students and lifelong learners by emphasizing three key skill sets: writing, information utilization, and critical thinking.

Over the course of the program, you will explore the fields of communications arts, social sciences, mathematics, information technology and business. You will learn how to research and analyze vital information and apply that information to business challenges and opportunities. You will develop and strengthen your written and interpersonal communication skills, which are critical to success on the job. You will also gain a better understanding of the changes taking place in today's complex and competitive work e



Courses are nine weeks in length and offered two at a time, in pairs designed to comp other. One week will emphasize reading and discussion, while the following week will work project. Students are required to participate three days out of seven every week. will take two years or less to complete.

Click here for complete program information including course descriptions.

[Home] [About Us] [How It Works] [Tuition & Financial Aid] [Degree Programs] [FAQ's] [Faculty] [Contact Us]
Axia College Online  (800)822-1329 © 1997-2005. Axia College Online. All Rights Reserved.
Contact the Webmaster
tracking= [MRKT004W]