# Position Classification Description

**Apollo Group, Inc.**

| | |
|---|---|
| POSITION CLASSIFICATION TITLE: | Enrollment Counselor |
| JOB FAMILY: | Enrollment/Marketing |
| CLASSIFICATION CODE: | EM058 |
| FLSA STATUS: | 00 |
| POSITION LEVEL: | Nonexempt |

## SUMMARY:

Under general supervision, this position is responsible for advising undergraduate and graduate students regarding admissions and degree completion requirements, as well as enrolling students for the University's graduate, undergraduate and certificate programs, requiring the use of judgment and discretion on a periodic basis. This includes developing academic plans for degree or certificate completion, following standardized University guidelines and procedures.

## PRIMARY ACCOUNTABILITIES:

**NOTE:** The primary accountabilities below are intended to describe the general content of and requirements of this position and are not intended to be an exhaustive statement of duties. Incumbents may perform all or most of the primary accountabilities listed below. Specific tasks or responsibilities will be documented in the incumbents' performance objectives as outlined by the incumbents' immediate supervisor or manager.

1. Recruits students for graduate and undergraduate programs by calling on prospective students, disseminating University course information and enrolling students. Ensures new students are oriented to University policies and services prior to enrollment.

2. Conducts student appointments to disseminate course and program information to new or potential students. This includes advising students or potential students with respect to admissions, degree options, requirements and progress, and providing information on university policy, practices and rules, requiring the use of judgment and discretion on a periodic basis.

3. Verifies enrollment status and ensures students are eligible for admission. For the initial coursework, this includes monitoring attendance, academic and enrollment process to ensure that students comply with University policies and procedures.

PLAINTIFF'S EXHIBIT 2

      May collect tuition and fees.

4. May participate in the preparation of the initial calendar for students, ensuring that students are being correctly placed in courses that meet their academic goals. In conjunction with other University departments, monitors group size to ensure operational effectiveness and academic integrity.

5. Participates and assists in resolving student complaints to ensure resolution.

6. May review transcripts during the initial interview and will counsel students on the transfer and application of current academic credits for purposes of degree completion, following established processes and standards.

7. Understands testing programs and makes recommendations to students as a degree completion option, following established University guidelines and standards.

8. Competently conducts the activities necessary for proper advising of undergraduate and graduate students, following established guidelines and standards.

9. Performs other duties as assigned or apparent.

---

**SUPERVISORY RESPONSIBILITY:**

None.

---

**REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:**

Must possess a general knowledge of higher education market and industry. A bachelor's degree is strongly preferred.

Must possess a general understanding of business, education, and technology, counseling and nursing programs of study.

Must be able to demonstrate skill and ability in the Enrollment Counselor learning objectives and training proficiencies, as set forth, to successfully perform the functions listed above.

Must be results oriented and have the ability to perform multiple tasks efficiently and effectively.

Customer service, sales or marketing experience entailing one on one interaction is highly preferred.

Must possess a relatively high level of interpersonal and communication skills to accurately convey University information, as described above.

Must have an excellent command of professional presentation skills and be comfortable presenting to groups both large and small.

Must possess a valid driver's license as local travel is generally required.

---

**TRAVEL:**



Moderate local travel may be required.

## WORK ENVIRONMENT & PHYSICAL DEMANDS:

Work is generally performed in a building environment in which there is only minimal exposure to unpleasant and/or hazardous working conditions. Must have the ability to stand, walk and sit frequently throughout an eight-hour period. Must be able to use a telephone or headset equipment. Incumbent must be able to lift 20 lbs. and function in an environment with constant interruptions. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Morsell Ector**
**Enrollment Counselor**
**Axia College of Western International University An Educational Partner with University of Phoenix Online**
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
**3157 E. Elwood Street**
**Phoenix AZ 85034**
**1.800.822.1319 ext. 34019**
**Fax# 602.735.1253**
**morseller.ector@apollogrp.edu**

3