## BDS PERFORMANCE MATRIX
## 0-6 MONTHS

| AREAS OF PERFORMANCE | CONSISTENTLY EXCEEDS EXPECTATIONS 2 | CONSISTENTLY EXCEEDS EXPECTATIONS 1 | OFTEN EXCEEDS EXPECTATIONS 2 | OFTEN EXCEEDS EXPECTATIONS 1 | MEETS EXPECTATIONS 2 | MEETS EXPECTATIONS 1 | REQUIRES IMPROVEMENT 2 | REQUIRES IMPROVEMENT 1 | UNSATISFACTORY |
|---|---|---|---|---|---|---|---|---|---|
| **JOB PERFORMANCE 65%** | | | | | | | | | |
| **Plans & organizes work to complete objectives - leads per month: 40%** | | | | | | | | | |
| Leads generated 1st month | 48+ | 41-47 | 36-40 | 31-35 | 28-30 | 25-27 | 23-24 | 20-22 | 0-19 |
| Leads generated 2nd month | 85+ | 76-84 | 69-75 | 61-68 | 56-60 | 50-55 | 46-49 | 40-45 | 0-39 |
| Leads generated 3rd-6th month | 646+ | 599-645 | 558-598 | 517-559 | 458-516 | 400-459 | 349-399 | 300-350 | 0-299 |
| 6 month TOTAL leads | 779+ | 716-778+ | 663-715 | 609-662 | 542-608 | 475-541 | 418-474 | 360-417 | 0-359 |
| **Is motivated to achieve results independently: 5%** | Spends 91% or more time outside of office working with customers | | Spends 81-90% of time outside of office working with customers | | Spends 80% of time outside of office working with customers | | Spends 70-79% of time out of office working with customers | | Spends less than 70% of time outside of office working with customers |
| **Uses creativity in pursuing new ideas - applications: 50%** | | | | | | | | | |
| Applications from leads 1st month | 5+ | 4 | 3 | 2 | 2 | 1 | 1 | 0 | - |
| Applications from leads 2nd month | 8+ | 7 | 6 | 6 | 5 | 4 | 3 | 3 | 0-2 |
| Applications from leads 3rd-6th month | 59+ | 55 | 44 | 47 | 43 | 34 | 35 | 31 | 0-31 |
| 6 month TOTAL applications | 72+ | 66-71 | 60-65 | 55-59 | 50-54 | 44-50 | 39-43 | 34-38 | 0-33 |
| **Is conscientious in use of company resources: 5%** | 91% or more of leads are from events other than job fairs and trade shows | | 81-90% of leads are from events other than job fairs and trade shows | | 70-80% of leads are from events other than job fairs and trade shows | | 60-69% of leads are from events other than job fairs and trade shows | | less than 60% of leads are from events other than job fairs and trade shows |
| **JUDGMENT: 8%** | | | | | | | | | |
| Uses sound judgment in making decisions: 2% | Schedules 6-7 lead generating events each week | | Schedules 4-5 lead generating events each week | | Schedules 2-3 lead generating events each week | | Schedules 1 lead generating event each week | | Schedules no lead generating events each week |
| Is timely in making decisions: 2% | Consistently balances phones calls, appointments, and lead generating events to reach performance expectations each month | | Often balances phone calls, appointments, and lead generating events to reach performance expectations each month | | Usually balances phone calls, appointments, and lead generating events to reach performance expectations each month | | Occasionally balances phone calls, appointments, and lead generating events to reach performance expectations each month | | Rarely balances phone calls, appointments, and lead generating events to reach performance expectations each month |
| Analyzes consequences, effects of decisions: 2% | Consistently plans recurring lead generating events with the same company | | Often plans recurring lead generating events with the same company | | Usually plans recurring lead generating events with the same company | | Occasionally plans recurring lead generating events with the same company | | Rarely plans recurring lead generating events with the same company |
| Demonstrates effective problem solving skills: 2% | Has no customer issues | | Has no customer issues that go unresolved in a positive manner | | Has no customer issues that go unresolved | | Has customer issues that must be resolved by the manager | | Has continuous customer issues |
| **COMMUNICATION: 4%** | | | | | | | | | |
| Communicates effectively oral: 2% | Consistently delivers corporate presentations that lead to lead generation | | Often delivers corporate presentations that lead to lead generation | | Usually delivers corporate presentations that lead to lead generation | | Occasionally delivers corporate presentations that lead to lead generation | | Rarely delivers corporate presentations that lead to lead generation |
| Communicates effectively written: 1% | Call backs are always current and contact history is always documented | | Call backs are 86-90% current and well documented | | Call backs are 85% current and well documented | | Call backs are often overdue and not documented properly | | Call backs are always overdue and no documentation exists |
| Contributes worthwhile information during meetings: 1% | Consistently shares corporate lead generating activities with enrollment team | | Often shares corporate lead generating activities with enrollment team | | Usually shares corporate lead generating activities with enrollment team | | Occasionally shares corporate lead generating activities with enrollment team | | Rarely shares corporate lead generating activities with enrollment team |

**PLAINTIFF'S EXHIBIT 4**

# BDS PERFORMANCE MATRIX
## 0-6 MONTHS

| Criteria | Consistently | Often | Usually | Occasionally | Rarely/Never |
|---|---|---|---|---|---|
| **WORKING RELATIONSHIPS: 5%** | | | | | |
| Informs supervisor and affected personnel of status of current assignments: 1% | Consistently provides feedback and status of new corporate clients | Often provides feedback and status of new corporate clients | Usually provides feedback and status of new corporate clients | Occasionally provides feedback and status of new corporate clients | Rarely provides feedback and status of new corporate clients |
| Shows flexibility by accepting new ideas 2% | Consistently contacts new company opportunities generated through Corporate Relations Team | Often contacts new company opportunities generated through Corporate Relations Team | Usually contacts new company opportunities generated through Corporate Relations Team | Occasionally contacts new company opportunities generated through Corporate Relations Team | Rarely contacts new company opportunities generated through Corporate Relations Team |
| Shows flexibility by profiting from constructive feedback: 1% | Consistently implements new sales skills from training | Often implements new sales skills from training | Usually implements new sales skills from training | Occasionally implements new sales skills from training | Rarely implements new sales skills from training |
| Establishes and promotes constructive working relationships: 1% | Consistently works with team members to achieve goals and mentors others to do the same | Often works with team members to achieve goals | Usually works with team members to achieve goals | Does not work with team members to achieve goals | Works in a manner that is detrimental to team members |
| **PROFESSIONAL DEVELOPMENT: 3%** | | | | | |
| Communicates professional development plans to manager and obtains proper approval to participate in opportunities: 1% | Identifies own professional development plans, asks for specific courses and reports results to manager | Asks manager to help identify professional development courses and usually reports results to manager | Participates in professional development courses as identified by manager and sometimes reports results to manager | Seldom participates in professional development courses and rarely reports back to manager | Never takes professional development courses |
| Satisfies professional development guidelines as tied to job classification and company goals: 1% | Completes required number of professional development courses and may ask for additional courses related to job improvement | Completes required number of professional development courses and spaces courses evenly through review period | Completes required number of professional development courses | Does not complete any required number of professional development courses. | Does not complete any professional development courses. |
| Applies and utilizes new knowledge, skills or abilities gained from learning opportunities into daily work assignments to improve individual productivity: 1% | Identifies application opportunities from courses and plans to use those skills | Usually identifies application opportunities from courses and usually uses those skills | Works with manager to identify application opportunities from courses and usually uses those skills | Seldom applies skills from courses to job | Never applies skills from courses to job |
| **CUSTOMER SERVICE 15%** | | | | | |
| Interacts cooperatively and constructively with all internal and external customers: 3% | Consistently meets with corporate clients and develops opportunities to work together | Often meets with corporate clients and develops opportunities to work together | Usually meets with corporate clients and develops opportunities to work together | Occasionally meets with corporate clients and develops opportunities to work together | Rarely meets with corporate clients and rarely develops opportunities to work together |
| Demonstrates tact and diplomacy when involved in problem-solving customer relations: 3% | Consistently generates lead producing activities at corporate locations | Often generates lead producing activities at corporate locations | Usually generates lead producing activities at corporate locations | Occasionally generates lead producing activities at corporate locations | Rarely generates lead producing activities at corporate locations |
| Demonstrates a willingness to build rapport with all difficult customers: 3% | Meets with customers and effectively determines customers needs 100% of the time and addresses those needs | Meets with customers and effectively determines customers needs 85% of the time and addresses those needs | Meets with customers and effectively determines customers needs 75% of the time and addresses those needs | Meets with customers and effectively determines customers needs 50% of the time and does not resolve those needs | Meets with customers, but does not effectively determine customers needs |
| Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work. 3% | Consistently schedules appointments for enrollment counselors at lead generating events | Often schedules appointments for enrollment counselors at lead generating events | Usually schedules appointments for enrollment counselors at lead generating events | Occasionally schedules appointments for enrollment counselors at lead generating events | Rarely schedules appointments for enrollment counselors at lead generating events |
| Maintains a professional, competent demeanor with individuals outside the company: 3% | Consistently demonstrates a professional demeanor at all corporate lead generating events | Often demonstrates a professional demeanor at all corporate lead generating events | Usually demonstrates a professional demeanor at all corporate lead generating events | Occasionally demonstrates a professional demeanor at all corporate lead generating events | Rarely demonstrates a professional demeanor at all corporate lead generating events |