**From:** Vince Grell
**Sent:** Friday, July 22, 2005 2:18 PM
**To:** ONLINE ENROLLMENT; ONLINE WIU ENROLLMENT
**Cc:** Leanne Hillman; Brian Stephen Mueller; Jan Clevenger
**Subject:** Update UOP Online / Axia College Lead Policy

An updated version of our lead policy is attached for your review. It is dated and considered effective July 15, 2005. Some highlights based on our previous discussions:

- A cover page and table of contents have been added.
- Pay close attention to page 6, where you will find the "General Lead Policy" and the "Determining Lead 'Ownership'" portion.
- After receiving feedback from many of you when the International Lead Policy was sent in advance earlier this month, the portion on "International Students Living in the U.S. with Foreign Educational Credentials (USFC)" has been revised (page 7). The verbiage on "natural-born U.S. citizens" has been removed and the definition of a 'USFC' student has been simplified.
- Check out the "CL Remarket Leads / Re-inquiry Leads" section on page 9, as that is at the heart of the new CL lead policy and effects UOP and Axia College as well.

Should you have questions or feedback, please see your manager or division director first. Thank you.

**Vince Grell**
**Vice President of Enrollment**
**University of Phoenix, Online Campus**
**Tel. 602-387-6231**

The information contained in this electronic mail message is intended only for the person(s) or entity to which it is addressed and may be privileged and confidential. Any unapproved dissemination from an Apollo Group, Inc. employee may result in disciplinary actions up to and including termination. If you are not the designated recipient of this e-mail, please delete immediately from your computer, and note that any use, review, disclosure, copying, distribution, alteration or manipulation of the content is prohibited.


PLAINTIFF'S EXHIBIT 5

# University of Phoenix
# Online Campus / Axia College

# Lead Policy Guide



# Updated July 15, 2005

- 2 -

# UOP Online / Axia College Lead Policy Guide – Table of Contents

**Lead Policy Guide – Purpose** .......... 3

**Database Management** .......... 3
   Uncontacted Statuses .......... 3
   Contacted Statuses .......... 3

**Checking for Duplicates with Other Online Leads** .......... 4

**Checking for Duplicates with Other UOP 'On-ground' Campuses** .......... 5

**General Lead Policy** .......... 6
   Determining Lead 'Ownership' .......... 6
   Defining 'Contacted' Leads .......... 6
   Defining 'Uncontacted' Leads .......... 6
   Mature Leads .......... 6
   Leads Received on the Same Day .......... 6
   Referrals .......... 7
   Mass E-mail .......... 7

**Military Lead Policy** .......... 7

**International Lead Policy** .......... 7
   International Students Living in the U.S. with Foreign Ed. Credentials (USFC) .......... 7

**Lead Policy Specific to Corporate Liaison (CL) Enrollment Counselors** .......... 8
   CL New Enrollments .......... 8
   Leads Not to be Enrolled by CLs .......... 8
   CL Same-Day Calls (SDC) .......... 8
   Axia College "2 + 2" Program Leads .......... 8
   CL Doctoral Lead Policy .......... 9
   Non-Degree Leads (CTE, Certificate and Single Course) Generated by CLs .......... 9
   Non-Degree, Same-Day Lead Process .......... 9
   CL Remarket Leads / Re-inquiry Leads (CLs Only) .......... 9
   HR Contacts or Event Referrals .......... 10

**Axia College (of Western International University)** .......... 10

**Phone Standards and Etiquette** .......... 10

**Standards of Performance** .......... 10
   Company Resources / Status Manipulation .......... 11

*The enrollment management teams at UOP Online and Axia College reserve the right to assign leads and designate lead flow on the basis of each EC's ability to work his / her leads. Reason for lead re-assignment or lead-flow adjustment might include, but are not limited to, the following: a high number of overdue callbacks, not returning prospect phone calls in a timely manner, the counselor taking extended periods of time away from the office, and/or low overall activity / performance. The Division Director team reserves the right to*

- 4 -

make exceptions to lead policy in instances they deem out of the ordinary or those that violate the spirit or intent of the policy.

## Lead Policy Guide – Purpose

One of the primary goals of the University of Phoenix Online / Axia College Enrollment Department is to provide our prospects ('leads') and students with professional, 'high-touch' customer service. The same is true of service provided to our internal customers and peers.

The Lead Policy Guide exists to assist us in that goal, providing a reference for the consistent treatment of both internal and external customers where the company's leads are concerned. It serves as our official source of written policy, outlining who is responsible for servicing new and existing prospects found within our lead / student-tracking system, Galaxy. The policy guide also assists in determining lead 'ownership' in the case of duplicate leads or when a prospect (lead) has made contact with more than one Enrollment Counselor within the University of Phoenix system.

## Database Management

Listed below are the *primary* Galaxy enrollment statuses used by UOP Online and Axia College, and the definition of those statuses. (*Note: The Online Qualifying Center may use some statuses for different purposes.*)

**Uncontacted Statuses**
NEW - A new lead has been entered or uploaded to the database and no action has been taken
LM1 - Left first message, no voice contact
LM2 - Left second message, no voice contact
LM3 - Left third message, no voice contact
EM1 - Attempted to contact via e-mail, first attempt
EM2 - Attempted to contact via e-mail, second attempt
EM3 - Attempted to contact via e-mail, third attempt
IS - Information has been sent to the lead and no other action has been taken

**Contacted Statuses**
SHOP - Voice-to-voice contact made, but no commitment to Anticipated Start Date
APPT - Attended an initial (first) phone appointment
APND - Verbal or e-mail commitment to send in an application *(Anticipated start date should be entered)*
APIN - Application submitted and application fee paid (or MOU on file)
REG - Financially cleared new student who is scheduled for a class
RMKT - Lead is re-marketed (has inquired again after a period of time)
STRT - Started a program and has been accepted as a new enrollment *(Status not to be used by ECs)*
DUP - The lead mirrors another in our database (same prospect) and this is the lead that should be deleted
NOST - No start – application was received but lead did not start class
NQ - Not qualified for the requested program of interest
NFA - No further action should be taken – prospect specifically requested that we cease contact

- 5 -

## Checking for Duplicates with Other Online Leads

When performing a duplicate lead check ('DUP check') in Galaxy, it is necessary to query using the multi-character wildcard **(the asterisk "*"), as well as the double green check mark**. For example, if you receive a lead named Timothy Johnson, perform a DUP check by putting in the first few letters of the first and last name, followed by the multi-character wildcard (Tim* John*). This will allow the system to check for duplicate leads for any lead in the system that contains TIM in the first name and JOHN in the last name (i.e., a duplicate lead may already exist in the system under TIM, instead of TIMOTHY.)

Additionally, when an EC receives a lead, it is necessary to click on the green double check mark (CHECK FOR DUPLICATES) icon located on the upper left side of the Galaxy screen. This DUP check looks for duplicate leads with incorrectly spelled names that may contain the same e-mail, address, or phone number of the lead that is being checked. Once the green, double check mark check has been performed, a list of the results will be displayed top to bottom – leads that are most alike on top to those least alike at the bottom.

**If a duplicate lead(s) is found**, then refer to the "Determining Lead 'Ownership' of Qualifying Center Calls / Call Center Calls" portion of the General Lead Policy on page 6. **If no duplicates are found there is still one more check to complete (detailed on page 5) before proceeding.**

[Screenshot: Contact Search for Enrollment Manager dialog with First Name "Tim*" and Last Name "John*" entered; University field set to "University of Phoenix"; buttons for OK, Help, Cancel, Clear, Hide. Instructions: "Please enter search parameters above and press Search. Use * for a multi-character wildcard. Use ? for a single-character wildcard. Use ; to separate multiple search parameters."]

- 6 -

## Checking for Duplicate Leads with Other UOP 'On-ground' Campuses

All new leads should also be checked to see if the prospective student might have inquired at more than one University of Phoenix or Online / Axia College campus. Once a lead has been placed in APIN, REG, or ORT status (ORT when used at a local-campus), the lead is not to receive further out-bound contact by a UOP Online / Axia College Enrollment Counselor or Online Qualifying Center Representative.

In the instance represented below, there are three ECs at three campuses assigned to the same lead. This lead is #1 of the three. By clicking on the drop down arrow, other campuses also working with the lead will appear. If the lead does exist at another campus as well as at Online, select each campus to view the status and notes associated with their lead. Again, if the lead has been placed in APIN, REG, or ORT status (ORT when used at an on-ground campus), the lead is not to receive further out-bound contact by a UOP Online / Axia College Enrollment Counselor or Online Qualifying Center Representative.



## General Lead Policy

All lead inquiries are to be entered / uploaded into Galaxy on the same day they are received. It is required that ECs check all leads received for duplicates (see pages 4 and 5) prior to working with them. It is expected that ECs will attempt to contact all new leads within 24 working hours of their receipt. It is also expected that all phone calls and e-mails are returned within 24 working hours of receipt. Management reserves the right to move / transfer leads if not contacted in a timely manner.

Voice-to-voice contact with all new leads will first be attempted via the Online Qualifying Center (QC). The QC will attempt to make voice-to-voice contact with all new leads for a period of 3 to 5 business days. All leads except those in NFA and NQ statuses will be transferred to the appropriate division if they have not been contacted voice-to-voice by the QC in the allotted period of time.

**Determining Lead 'Ownership"** – Regardless of how a lead should come to an EC – be it via the Qualifying Center (QC), the Call Center (CC), a referral, a direct call, a lead transfer, on paper, etc. – a DUP check <u>must</u> be performed in Galaxy using the criteria described on pages 4 and 5. If a duplicate / similar lead is found in the system under another EC, the following rules will apply:

1. If the lead is in a contacted status other than APIN or REG (such as SHOP, APND, etc.) and there has been a documented attempt to contact within the past 21 calendar days, the lead must be given back to the EC who has been working the lead. If there has NOT been a documented attempt to contact within the past 21 calendar days, the lead stays with the EC who received it (by whatever means).
2. If the lead is in an uncontacted status, and it can be proven that the lead came to the EC by any means other than by way of referral, then the lead stays with the EC who received it. This applies to leads in both new and mature teams' lead bases.
3. ECs who are eligible for QC calls are to answer only their own phones in servicing incoming prospect calls. ECs are not to contact the QC or CC directly with call issues. Should there be an issue with a transferred call, an Enrollment Manager should be asked to contact the QC or CC.
4. Any attempt to manipulate in order to receive additional QC / CC calls will result in disciplinary action, up to, and including termination.

**Defining 'Contacted' Leads** – Documented *contact* requires that the lead be in a contacted status with appropriate notes from a conversation posted to Galaxy. *See page 3 for a list of 'contacted' statuses.*

**Defining 'Uncontacted' Leads** – Defined as a lead where no contact has been made by either phone conversation or by way of an e-mail *exchange* between the EC and the prospect, and where no documentation exists to prove the contact had been made (the actual e-mail exchange, notes in Galaxy, etc.). *See page 3 for a list of 'uncontacted' statuses.*

**Mature leads (if applicable)** – Each UOP Online / Axia College division has drawn its own policy around the transfer of mature leads. See your supervisor for more information.

**Leads Received on the Same Day** – Some leads enter our Galaxy system on the same day, which creates issues in determining lead assignment. Lead assignment in these cases will be determined by who made the first attempt to contact as noted in the history notes section of Galaxy. This policy applies to leads that are either uploaded into the system or that are transferred from the Qualifying Center or Call Center. In the case of comparing a self-generated lead to one that already exists in the system, the time stamp should be used in determining lead assignment by looking at the time that the lead was assigned to or created by the EC.

**Referrals** – A lead is considered a referral when a potential student calls in and asks for a specific EC, or if an EC's existing student provides them the name, address, and e-mail address or phone number of an interested prospect. In order to track referrals, all referrals will be entered into Galaxy with "ECRF" in the lead source field. The name of the individual who referred the lead must be indicated in the "referred by" field located in the "lead demographics" screen. Those referrals that do NOT reflect who referred them will not be included in an EC's performance evaluation. Referrals will be spot-checked and must be entered daily. All referral phone numbers should be checked against the "Do Not Call" (DNC) list link prior to being input to Galaxy. The referral's phone number cannot be input if currently on the DNC list. A duplicate lead search must also be completed when entering a referral. If a duplicate lead already exists, see your manager for further instruction.

**Mass E-mail** – Only marketing-approved mass e-mails may be sent out by those who have been designated to do so (typically someone from within each division). Responses to mass e-mails will be handled as if the student is re-inquiring. If the lead is protected (see "Determining Lead 'Ownership'" on page 6), it remains with the current EC – as long as that EC represents the program / Online school that will best suit the prospective student. If the lead is unprotected, or is better served by another division / Online school based on the demographic or program information the prospect submits, the lead can be transferred to another EC.

## Military Lead Policy

A military lead is defined as all active duty armed services personnel and their spouses, all Selective Reserve personnel and their spouses (includes Army Reserve, Marine Corps Reserve, Naval Reserve, Air Force Reserve, Coast Guard Reserve, Army National Guard, and Air National Guard), and all veterans. A veteran is defined as any person who has served time in any capacity in any branch of the Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard). In addition, due to Memorandums of Understanding (MOU) or Memorandums of Agreement (MOA), Department of Defense (DoD) civilian employees and Coast Guard civilian employees will also be worked by the Military Division. The Education and Healthcare divisions are responsible for any domestic military leads requesting information on education or health care programs with the exception of leads from zip codes where on-base representatives exist, and APO / FPO addresses.

## International Lead Policy

All leads residing outside of the United States are considered international leads, with the exception of U.S. military leads. Students residing in the U.S. territories including, but not limited to, American Samoa, Guam, Northern Marianas Islands, Puerto Rico, and U.S. Virgin Islands are also considered international leads. Residence is defined by the country in which the student lives and works. The International Division *enrolls students in *all* degree programs, with the exception of doctoral programs. This policy includes students indicating a United States address on their admissions application, but residing outside of the United States.

However, this policy does not apply to students living in the United States who are traveling outside of the United States on temporary business trips. Students who are traveling outside of the United States for business purposes but have the ability to apply, receive books, and begin their program of study within the United States are considered domestic leads.

**International Students Living in the U.S. with Foreign Educational Credentials (USFC) –**
In addition to leads that fit the international lead definition above, all students living in the United States who have previous academic coursework (including high school) from foreign educational institutions will be considered students of the International Team. Foreign educational institutions are defined as high schools, secondary schools, colleges, or universities that are located outside of the United States; with the exception of DoDDS schools located on U.S. military installations overseas. Educational institutions located in the U.S. territories including but not limited to American Samoa, Guam, Northern Marianas Islands, Puerto Rico, and U.S. Virgin Islands are also considered foreign educational institutions. If a lead has any unique situations in regard to their current citizenship status or visa status this would also come the international department. These situations may include; selective service issues, temporary work permits, non-citizens with visa, and / or petitioning for green card or for permanent residence.

- 9 -

## Lead Policy Specific to Corporate Liaison (CL) Enrollment Counselors

As of April 2005, Corporate Liaisons (CLs) at the Online Campus are responsible for generating new student leads and enrolling those new leads. The role of enrolling students is new to CLs, and a number of new lead policies have grown up around that new responsibility. Below are the primary policies that may affect ECs at UOP Online and / or Axia College who work primarily with the media leads ('paid leads') provided them.

**CL New Enrollments** – A new enrollment is defined as a unique student prospect that successfully completes his/her first course with the University. Successful completion of the course means that the student's course status needs to reflect a completed course (status of 'CO") in our system and the student received a passing grade (A - D).

CLs will earn a 0.5 new enrollment credit for new enrollments to the 2+2 program at Axia College, as well as for new enrollments to UOP Military, International, and Doctoral programs. Non-Degree will be handled separately. *(Note: See SDC process below for details on routing leads that CLs are not authorized to work.)*

**Leads Not to be Enrolled by CLs** – The following leads not eligible to be enrolled by CLs:

- Axia College (2+2 leads) - leads with 47 credits or less. Managers have the ability to authorize a CL to enroll students with less than 48 credits. Leads with less than 48 credits will be authorized on a case-by-case basis.
- Military – lead or spouse fits the definition of a military student
- International - leads with a foreign address or with foreign education credentials / credits
- Doctoral – CLs not choosing to represent doctoral or without the proper training, should use the Same-Day Call (SDC) process outlined below

The CL will send any leads they are unable to work via e-mail to CL Support (CL.Support@phoenix.edu). If there are 20 or more leads the CL may use the upload form to forward the leads to CL Support. If the student "starts" the program, the CL will receive 0.5 credits for start.

When the lead indicates they are ready to start within 30 days, use the Same-Day Call (SDC) policy.

**CL Same-Day Calls (SDC)** – Each CL has a partner EC at Axia College. If the lead is ready to start within 30 days, the lead information is passed along to the SDC partner the CL has been assigned to. If the Axia College EC is not available, please use the hunt group.

Information on Military, International, or Doctoral leads wanting to start within 30 days can be passed along to an EC in one of those respective divisions using the SDC Hunt Group number (877-537-5490).

The CL must provide the EC with name, address, two phone numbers, an e-mail address, program of interest and other information that will assist with the enrollment.

**AXIA College "2 + 2" Program Leads** – An Axia College "2+2" lead is defined as a lead with 47 transferable credits or less, unless the lead is seeking a non-degree course or certificate.

CLs will encounter prospective students who state they have transferable college credits in the range between 47 and 54 credits. In these situations a pre-evaluation must be performed to determine which institution (UOP Online or Axia College) would best serve the student.

If it is determined the lead should go to the Axia College 2+2 program, the CL should either call in the leads via the Same Day Call process (SDC) to their partner EC or enter the lead on the upload spreadsheet and send to Corporate Development Support.

A lead is defined as a 2+2 International lead when the student graduated from high school outside of the 50 United States or attended a college / university outside of the 50 United States. Exception: lead graduated from a U.S. high school on a military base overseas; lead earned a GED (English version).

**CL Doctoral Lead Policy** – CLs who have attend the proper training and are choosing to enroll students into the Doctoral program, will become designated CLs that will generate interest out in the field for doctoral programs. They will be required to walk students through apply web and collect the application fee. The CL will forward the IRN and student name to Michelle Nuckols. Michelle will review the application and payment and "approve" it as complete. At this point, the student (and application) will be moved to a doctoral EC to finish the doctoral application process. That same doctoral EC will then work with the student throughout their doctoral program. This process will be reevaluated in July 2005.

Designated doctoral CLs will receive 0.5 new enrollment credit for a completed doctoral APIN and fee.

*Note: Other CLs should use the SDC process for doctoral leads. If the doctoral EC REGs the student, the CL will receive 0.5 new enrollment credit.*

**Non-Degree Leads (CTE, Certificate and Single Course) Generated by CLs** – As a part of a CL's business development efforts, CLs should offer all UOP programs and services, including non-degree offerings. These programs and services enhance our alliances with our organizational customers and we want to encourage the development of non-degree opportunities.

If the lead has a dual interest in both non-degree and degree programs, the lead should be treated as a degree lead but the CL should also notify the Non-Degree department. The Non-Degree department will be able to locate the lead in Galaxy and build a secondary lead from the original lead.

**Non-Degree, Same-Day Lead Process** – Below are the steps associated with the same-day lead process for Non-Degree program leads.
- CLs must call this toll-free number - **1-800-366-9699** and follow the prompts accordingly.
- For Non-Degree SDC leads, all Corporate Liaison SDC leads must be compiled by Non-Degree program and called in separately in order to be routed to the appropriate EC.

    - Continuing Teacher Education:   Ext. 41025 or e-mail cte@phoenix.edu
    - Single Course:   Ext. 41026 or e-mail single.course@phoenix.edu
    - Certificates (Business):   Ext. 41045 or e-mail certificate.programs@phoenix.edu
    - Certificates (Education):   Ext. 41028 or e-mail certificate.programs@phoenix.edu

- When an EC answers, it is important that the CL states his/her name, position, and lets the rep know that the call is regarding an SDC lead.

**CL Remarket Leads / Re-inquiry Leads (CLs Only)** – If a lead generated by a CL is already in the Galaxy system with a status of APIN, REG, STRT, NOST or APND with a *future* anticipated start date (see below), the CL cannot work the lead. The CL must send an e-mail to the already-assigned EC letting them know that they met the EC's student and must relay any relevant information to that counselor.

If the lead is not in one of the statuses listed above, the CLs should make a copy of the lead card (with the student's original handwriting) and forward to their manager. The lead card should be accompanied by a note that includes the student's name and IRN and a request that the lead be switched to them to work.

The CL manager will be allowed to move the lead to their CL ONLY if the following two conditions exist:

- Lead does not have a future anticipated start date in Galaxy
- Lead has not had voice-to-voice contact within 90 days as indicated by the lead's status and by notes in Galaxy

If the CL manager moves the lead to their CL, they must put the following note in Galaxy: *"Per lead policy, this lead was moved to a Corporate Liaison to work."* The CL manager must keep a copy of the lead card on file for six months to verify the lead move.

**HR Contacts or Event Referrals** – If an Enrollment Counselor (EC) at UOP Online or Axia College provides a Corporate Liaison (CL) with an HR contact or provides information about an upcoming event at a company or organization, the CL is required to split the leads generated from that event 50/50 -- up to 40 leads apiece. The leads should be sorted alphabetically by student's last name and then split 50/50.

Regarding EC referrals from divisions that CLs do not work such as our Axia College 2+2 programs, the ECs get to keep up to the first 40 leads. Surplus of leads above 40 are turned over to the CL Director of Enrollment of that Region for distribution.

## Axia College (of Western International University)
An Axia College lead is defined as a lead with 47 transferable credits or less, unless the lead fits the definition of a military student or is seeking a non-degree course or certificate program.

UOP Online ECs will encounter prospective students who state they have transferable college credits in the range between 47 and 54 credits. In these situations a pre-evaluation must be performed to determine which institution (UOP Online or Axia College) would best serve the student.

UOP Online ECs working with potential students with 47 transferable credits or less who are requesting to attend UOP Online are required to have an Academic Counseling Manager verify the prospect's request. Academic Counselors / Managers will provide the prospective student information on the Axia College model and will assist the student in making an informed decision.

Prospective Axia College students with greater than 47 transferable credits who state they want to attend Axia College need to provide written acknowledgement that they may be forfeiting credits to attend Axia College.

A lead is defined as an Axia College International lead when the student graduated from high school outside of the 50 United States or attended a college / university outside of the 50 United States. Exception: lead graduated from a U.S. high school on a military base overseas; lead earned a GED (English version).

## Phone Standards and Etiquette
Logging in and out of the phone is a critical component to the fair distribution of leads as well as to the tracking of staffed time and phone activity. ECs are to log into their phones every morning at the start of their day and to log out every evening at day's end. In addition, ECs are to 'Aux Out' for breaks, their lunch hour, or any time they are away from their desks. These actions not only insure proper staffing time is documented, but they lessen the chance of RONA's (redirected calls on no answer) from the Online Qualifying Center, which could be seen as a lack of customer service from our potential students.

## Standards of Performance
In accordance with the "Standards of Performance" as written in the Enrollment Counselor Policy Guide, any Enrollment Counselor (EC) found to be circumventing lead policy for personal gain (as determined by frequency or a repetition of an inappropriate action/activity) will be disciplined up to and including termination. Some of these actions include, but are not limited to:

- Allowing students to use an address other than where they reside to circumvent no-enroll state or international policies.
- Providing misinformation concerning eligibility or availability of programs offered to keep the prospect as one's own.
- Not properly advising students of their program options / availability (i.e., Axia College - Associates programs; Healthcare - BSHA, Education - BSHS/M, Military - AAGS, Doctoral programs, etc.)

- 12 -

**Company Resources / Status Manipulation** – Company resources (computer systems, phones, working hours, prospect leads) are not be used for personal gain. In addition, lead and / or student information, and lead statuses used to determine where in the business cycle those leads are, are not to be manipulated at any time for personal gain. This includes, but is not limited to, dialing phone numbers that are not located in the Galaxy database or moving leads into a contacted status when no voice-to-voice contact has been achieved. Misuse of company resources and / or any form of call or status manipulation will result in disciplinary action up to and including termination.