# Online Merit Matrix -- All Divisions

## NEW ECs ONLY

**New EC Merit Matrix:** New ECs are those who have not yet received their first, 6-month performance review. Follow % guidelines below to determine new salary after the New EC's first 6-month review. Then transition the New EC to their Veteran EC merit matrix by finding the EC's newly assigned salary on the Veteran EC Merit Matrix below. This determines what level of performance the now-veteran EC will be responsible for in their second, 6-month performance period.

| | Consistent Level | | | Often Level | | | Meets Level | | | Requires Level | | | Unsatisfactory Level | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third |
| New EC Salary % Increase / Decrease | * 20% | 18% - 19% | 16% - 17% | 14% - 15% | 12% - 13% | 10% - 11% | 8% - 9% | 6% - 7% | 2% - 5% | (-0% - 3%) | (-3% - 6%) | (-6% - 9%) | (-10%) | (-10%) | (-10%) |
| Total Review Points (of a possible 100) | 77 | 74-76 | 71-73 | 68-70 | 64-67 | 60-63 | 54-59 | 47-53 | 40-46 | 34-39 | 27-33 | 20-26 | 14-19 | 7-13 | 0-6 |

(* Exceptional performance may warrant a salary of up to $40,000 based on the first 6-month review.)

## VETERAN ECs ONLY

**Veteran EC Merit Matrix:** Veteran ECs are those who have received one or more 6-month performance review (or who have completed 6 or more performance months). The range (first, middle or top third) that an EC's salary falls into determines the EC is accountable for in their next 6-month performance period. At no time is an EC accountable for anything less than performance at least equal to the minimum level of performance at the "First Third" of the "Meets Level."

| | Consistent Level | | | Often Level | | | Meets Level | | | Requires Level | | | Unsatisfactory Level | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third | Top Third | Middle Third | First Third |
| Veteran EC Salary Ranges ** | $61k-$70k | $55-60,999 | $49k-54,999 | $45k-48,999 | $41k-44,999 | $37-40,999 | $34-36,999 | $31-33,999 | $28-30,999 | < $28,000 | | | | | |
| Total Review Points (of a possible 100) | 94-100 | 87-93 | 80-86 | 74-79 | 67-73 | 60-66 | 54-59 | 47-53 | 40-46 | 34-39 | 27-33 | 20-26 | 14-19 | 7-13 | 0-6 |

** IMPORTANT: Find the Veteran EC's Salary (Above) to Determine Minimum Performance Range, NOT to Determine Salary.

**Veteran EC Salary Increases:** To earn a salary increase, an EC must have maintained or increased performance within the range (first, middle or top third) achieved at their last 6-month review period.

**Follow these guidelines for increases:**
Add 0% - 4% -- If performance result is in the same range it was at the beginning of the half.
Add 4% - 8% -- If performance result improved by one range by the close of the half.
Add 8% - 12% -- If performance result improved by two ranges by the close of the half.
Add 12% - 16% -- If performance result improved by three ranges by the close of the half.
Add 16% - 20% -- If performance result improved by four ranges by the close of the half.
Add 20% -- If performance result improved by more than four ranges by the close of the half.

**Veteran EC Salary Decreases:** ECs that do not, at minimum, maintain performance within the range achieved on their last 6-month review (first, middle or top third), may have their salaries decreased.

**Follow these guidelines for decreases:**
Subtract 0% - 3% -- If performance result drops one range by the close of the half.
Subtract 3% - 6% -- If performance result drops two ranges by the close of the half.
Subtract 6% - 9% -- If performance result drops three ranges by the close of the half.
Subtract 10% -- If performance result drops four or more ranges by the close of the half.

*Note: At higher salaries, there are fewer ranges available to move up in to, so the amount of percentage increase is not as great as it may be for those at a lower salary level.*

5/25/2004

PLAINTIFF'S EXHIBIT 6