**ENROLLME[NT]**
**PERFORMANC[E]**

Admin

Semi-Annual Review
> AMIE KOCALSKI > DONNA PARRISH

## Semi-Annual Performance Review

**Name:** DONNA PARRISH (SOUTH EAST)  
**Tenured:** NO  
**Marketing Segment:** Business / Technology / Health Care  

**Evaluation Period:** 11/01/2004 - 04/30/2005  
**Attendance:** 99 / 123  

**Status:** Preview Approved by VPE  
**Total Review Points:** 31  

### Hard Skills Overview

| Skill | Nov 04 | Dec 04 | Jan 05 | Feb 05 | Mar 05 | Apr 05 | Total/Average | Weight | % Performance (Review Points) |
|---|---|---|---|---|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | | | | | 65.0 | 12.6 % (8.2) |
| Plans & organizes work to complete objectives: (Enrollments) | 3 | 0 | 4 | 2 | 3 | 2 | 14 | 32.5 | 4.42 % (1.4) |
| Is motivated to achieve results independently: (Average Talk Time Per Week) | 12.4 | 12.7 | 13.6 | 13.9 | 14.3 | 11.6 | 13.1 | 10 | 61.67 % (6.2) |
| Uses creativity in pursuing new ideas: (Monthly Referrals) | 1 | 0 | 0 | 2 | 0 | 0 | 0.5 | 3 | 2.48 % (0.1) |
| Is conscientious in use of company resources: (Retention) | 0 | 0 | 3 | 2 | 1.7 | 1.1 | 7.8 | 19.5 | 2.75 % (0.5) |

### Soft Skills Overview

| Skill | Empirical Measurement | Weight | % Performance (Review Points) |
|---|---|---|---|
| **JUDGMENT** | | 8 | 70 % (5.6) |
| Uses sound judgment in making decisions | | 2 | 60 % (1.2) |
| Is timely in making decisions | | 2 | 70 % (1.4) |
| Analyzes consequences/ effects of decisions | | 2 | 50 % (1) |
| Demonstrates effective problem-solving skills | | 2 | 100 % (2) |
| **COMMUNICATION** | | 6 | 46.7 % (2.8) |
| Communicates effectively - oral | 43.1 | 2 | 30 % (0.6) |
| Communicates effectively - written | | 2 | 70 % (1.4) |
| Contributes worthwhile information during meetings | | 2 | 40 % (0.8) |
| **WORKING RELATIONSHIPS** | | 8 | 50 % (4) |
| Informs supervisor and affected personnel of status of current assignments | | 2 | 60 % (1.2) |


PLAINTIFF'S EXHIBIT 7

http://ecpm:8080/ecpm/hy/evaluationReport/select.do?employeeId=2386&evaluationMont...  6/14/2005

| | | |
|---|---|---|
| Shows flexibility by accepting new ideas | 2 | 50 % (1) |
| Shows flexibility by profiting from constructive feedback | 2 | 40 % (0.8) |
| Establishes and promotes constructive working relationships | 2 | 50 % (1) |
| **PROFESSIONAL DEVELOPMENT** | **3** | **100 % (3)** |
| Communicates professional development plans and progress to manager and obtains proper approval to participate in learning opportunities | 1 | 100 % (1) |
| Satisfies professional development guidelines as tied to job classification and company goals | 1 | 100 % (1) |
| Applies and utilizes new knowledge, skills or abilities gained from learning opportunities into daily work assignments to improve individual productivity | 1 | 100 % (1) |
| **CUSTOMER SERVICE** | **10** | **74 % (7.4)** |
| Interacts cooperatively and constructively with all internal and external customers | 2 | 60 % (1.2) |
| Demonstrates tact and diplomacy when involved in problem-solving customer relations | 2 | 50 % (1) |
| Demonstrates a willingness to build rapport with all difficult customers | 2 | 100 % (2) |
| Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work | 2 | 100 % (2) |
| Maintains a professional, competent demeanor with individuals outside the company | 2 | 60 % (1.2) |

Acknowledgement Form

ECPM 1.2.87 | © 2005 University of Phoenix. | Problems or feedback | uoponlacpm | Load Time: 0.26

# Semi-Annual Employee Performance Overview

Employee:        DONNA PARRISH (SOUTH EAST)
Evaluation Period:    11/01/2004 to 04/30/2005
Marketing Segment:   Business / Technology / Health Care
Tenured:         NO

## Category Performance

| Category / Skill | Scale Performance |
|---|---|
| **JOB PERFORMANCE** (8.2 points of a possible 65) | Unsatisfactory |
| Plans & organizes work to complete objectives: (Enrollments) (1.4 points of a possible 32.5) | Unsatisfactory |
| Is motivated to achieve results independently: (Average Talk Time Per Week) (6.2 points of a possible 10.0) | Often Exceeds Expectations |
| Uses creativity in pursuing new ideas: (Monthly Referrals) (0.1 points of a possible 10) | Unsatisfactory |
| Is conscientious in use of company resources: (Retention) (0.5 points of a possible 9.5) | Unsatisfactory |
| **JUDGMENT** (5.6 points of a possible 8) | Often Exceeds Expectations |
| Uses sound judgment in making decisions (1.2 points of a possible 2.0) | Meets Expectations |
| Is timely in making decisions (1.4 points of a possible 2.0) | Often Exceeds Expectations |
| Analyzes consequences/ effects of decisions (1.0 points of a possible 2.0) | Meets Expectations |
| Demonstrates effective problem-solving skills (2.0 points of a possible 2.0) | Consistently Exceeds Expectations |
| **COMMUNICATION** (2.8 points of a possible 6) | Meets Expectations |
| Communicates effectively - oral (0.6 points of a possible 2.0) | Requires Improvement |
| Communicates effectively - written (1.4 points of a possible 2.0) | Often Exceeds Expectations |
| Contributes worthwhile information during meetings (0.8 points of a possible 2.0) | Requires Improvement |
| **WORKING RELATIONSHIPS** (4.0 points of a possible 8) | Meets Expectations |
| Informs supervisor and affected personnel of status of current assignments (1.2 points of a possible 2.0) | Meets Expectations |
| Shows flexibility by accepting new ideas (1.0 points of a possible 2.0) | Meets Expectations |
| Shows flexibility by profiting from constructive feedback (0.8 points of a possible 2.0) | Requires Improvement |
| Establishes and promotes constructive working relationships (1.0 points of a possible 2.0) | Meets Expectations |
| **PROFESSIONAL DEVELOPMENT** (3.0 points of a possible 3) | Consistently Exceeds Expectations |
| Communicates professional development plans and progress to manager and obtains proper approval to participate in learning opportunities (1.0 points of a possible 1.0) | Consistently Exceeds Expectations |
| Satisfies professional development guidelines as tied to job classification and company goals (1.0 points of a possible 1.0) | Consistently Exceeds Expectations |
| Applies and utilizes new knowledge, skills or abilities gained from learning | Consistently Exceeds |

| | |
|---|---|
| opportunities into daily work assignments to improve individual productivity (1.0 points of a possible 1.0) | Expectations |
| **CUSTOMER SERVICE** (7.4 points of a possible 10) | Often Exceeds Expectations |
| Interacts cooperatively and constructively with all internal and external customers (1.2 points of a possible 2.0) | Meets Expectations |
| Demonstrates tact and diplomacy when involved in problem-solving customer relations (1.0 points of a possible 2.0) | Meets Expectations |
| Demonstrates a willingness to build rapport with all difficult customers (2.0 points of a possible 2.0) | Consistently Exceeds Expectations |
| Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work (2.0 points of a possible 2.0) | Consistently Exceeds Expectations |
| Maintains a professional, competent demeanor with individuals outside the company (1.2 points of a possible 2.0) | Meets Expectations |

## Overall Performance Evaluation

**Overall Performance Rating**
(Total Review Points: 31.0)                           Requires Improvement

Next Review Date                                  -- 11/01/2005
Next Review Type                                     Semi-Annual

4

I acknowledge I have discussed this performance evaluation with my supervisor

I acknowledge I have discussed this performance evaluation with my supervisor. By signing my name and checking the line below, I acknowledge and agree that all areas on the evaluation form were considered when determining my overall evaluation rating.

I furthermore understand that if I do not agree that all of these areas have been taken into consideration, I have the right to appeal that issue through the Apollo Human Resources Department. To do so I must contact my Employee Relations Administrator within 10 working days of receiving this evaluation.

____ I acknowledge all areas of the evaluation have been considered in my overall evaluation rating.

__X__ I do not agree that all areas of the evaluation have been considered in my overall evaluation rating and wish to have an employee relations administrator review my evaluation.

_____
Employee (print name)

_____
Employee (signature)

_____
Supervisor (print name)

_____
Supervisor (signature)

6/14/05
Date

Forward to    Employee Relations Supervisor
              Employee Services Department
              Apollo Group, Inc. - HR
              Mail stop AA-A301
              4635 E. Elwood St
              Phoenix, AZ 85040