# 2004-2005 Catalog

WIU Online Campus

**Western International University**™

Where success is highly individualized.

# Welcome

## Welcome to Western International University – Online Campus

Western International University (WIU) is a private university with some very unique characteristics. The majority of our students are working adults who thrive on the strength of our educational programs while appreciating the flexibility and convenience of our course schedules and services. WIU Online provides students with the opportunity to choose a convenient time to attend class using our asynchronous classroom environment. Courses are available 24 hours a day, 7 days a week, allowing students to continue to work and raise their families while completing their degree programs. Our nine week sessions also allow students to accelerate their programs to the extent that they are capable of handling their own workloads.



We strive to have a diverse, multi-cultural student population. Significant portions of our students have come to WIU from different countries. They recognize that, throughout the world, an accredited American degree is a valuable commodity.

WIU Online faculty hold advanced degrees in their teaching fields and are also highly successful practitioners in their areas of expertise. While our course schedules may be "non-traditional" in form, our educational model and teaching style can be considered more "traditional." Faculty share their knowledge through lectures, presentations and class discussions. Students have the opportunity to demonstrate their achievements through individual quizzes, tests, papers, projects, and presentations.

Global and technology issues are key themes throughout the WIU's curriculum in all degree programs. Many of our faculty have international business experience. The international flavor of our student body provides ample opportunity to identify with and observe many cultures. What better preparation is there for building a career in a world that is becoming more "connected" through advanced communications and where businesses increasingly cross national and international boundaries?

Western International University is part of the Apollo Group, the leading educational corporation in the United States. Apollo's long term commitment to customer service and total quality management in higher education ensures that our students and faculty will have rewarding and exciting experiences at our institution.



Michael J. Seiden
President

Effective September 1, 2004 - August 31, 2005

Information contained in this catalog is
subject to change at the discretion of Western International University.

Western International University is not responsible for information or claims made by individuals
not affiliated with the university that are contrary to Western International University's published material.

WIU Online Student Website: http://mycampus.wintu.edu

# Table of Contents

| | |
|---|---|
| Campus Location ........................................1 | Student Appeals Committee ...........................15 |
| Western International University .................2 | Grade Appeals ...............................................16 |
| Online Campus...........................................2 | Transcripts .....................................................16 |
| Mission Statement .....................................2 | Graduation......................................................16 |
| Accreditation ..............................................3 | Commencement Ceremony ...........................16 |
| Affiliations & Memberships ......................3 | Graduation Clearance Procedure...................16 |
| Admission ...................................................4 | Diploma Request Procedure .........................17 |
| Degree Seeking Students ...........................4 | Graduation Deadlines....................................17 |
| Undergraduate Admission- Associate of Arts in Business4 | Student Code of Conduct .............................17 |
| Provisional and Admitted Status.................5 | Tuition & Fees ..............................................18 |
| Denial of Admission ..................................5 | Financial Policies & Procedures .................19 |
| Non-Degree Seeking Students ....................5 | Payment Policies ...........................................19 |
| Notification of Admission Status ...............5 | Cash Payment Option ....................................19 |
| Admission Appeals .....................................5 | Deferred Corporate Reimbursement Option ...............19 |
| Re-admission ..............................................5 | Direct Bill Option .........................................19 |
| International Student Admission ...............6 | Military Payment Option ...............................19 |
| Conditional and Admitted Status................6 | Veterans Educational Assistance ..................19 |
| English Language Proficiency ....................6 | DANTES Reimbursement ..............................20 |
| Academic Advising ....................................7 | Financial Aid Option .....................................20 |
| University Policies .....................................8 | Refund Policy ................................................20 |
| Student Contact Information .......................8 | WIU Online Associates Degree .....................20 |
| Drop/Add Policy ........................................8 | Additional Refund Policies for Students Receiving ......21 |
| Schedule Adjustments ................................8 | Financial Charges Grievance.........................21 |
| Class Attendance ........................................8 | Financial Appeals ..........................................21 |
| Withdrawal from the University..................9 | Financial Aid ................................................21 |
| Re-entry to the University ..........................9 | Federal Pell Grant Program ..........................22 |
| Residency Requirements .............................9 | Federal Stafford Student Loans (Subsidized and |
| Transfer of Credit ......................................9 | Unsubsidized) ...............................................22 |
| Choice of Catalog.......................................11 | Financial PLUS Loans ...................................22 |
| The Americans with Disabilities Act | Campus Based AID ........................................22 |
| (ADA) of 1990 ..........................................11 | FSEOG ...........................................................22 |
| Nondiscrimination Policy ...........................11 | Perkins Loans ................................................22 |
| Student Grievance ......................................11 | Alternative Loans ..........................................23 |
| Student's Right to Privacy ..........................11 | Loan/Grant Disbursement .............................23 |
| Student Associations ..................................12 | Satisfactory Academic Progress ...................23 |
| Alumni Network .........................................12 | Leave of Absence ..........................................24 |
| Academic Policies & Procedures ..............13 | Student Right-To-Know ...............................24 |
| WIU Online Writing Style ..........................13 | Campus Safety...............................................24 |
| Grading Procedures ....................................13 | Campus Statistics..........................................25 |
| Incompletes .................................................14 | Sexual Assault Prevention Programs |
| Course Repeat Policy ..................................14 | and Sexual Harassment .................................25 |
| Academic Load ...........................................14 | Student Completion Rate...............................25 |
| Academic Standards ...................................14 | Drug & Alcohol Prevention Program ........25 |
| Honors.........................................................14 | University Teaching and Learning Model ........26 |
| Academic Probation ...................................14 | Academic Program Requirements .............27 |
| Academic Suspension .................................14 | Associate of Arts in Business Degree............27 |
| Academic Dismissal ...................................14 | General Education Requirements ..................27 |
| Academic Disqualification ..........................15 | Common Body of Knowledge (CBK) ..........28 |
| Academic Integrity .....................................15 | Course Descriptions ....................................28 |
| Academic Dishonesty and Plagiarism .........15 | Directors .......................................................31 |

# Campus Locations



Phoenix
Main Campus
9215 N. Black Canyon Highway
Phoenix, AZ USA 85021
Phone: 602.943.2311
Fax: 602.371.8637
602.943.3204

Chandler Campus
55 N. Arizona Place
Chandler, AZ USA 85225
Phone: 602.943.2311
Fax: 480.726.3068

Fort Huachuca Campus
Buffalo Soldier Training and
Education Center/Rascon
Building #52104, ATZS HRH-E
Fort Huachuca, AZ USA 85613-6000
Mailing: PO Box 12426
Ft. Huachuca, AZ USA 85670-2426
Phone: 520.459.5040
Fax: 520.459.7571

Scottsdale Campus
8860 E. Chaparral, Suite 120
Scottsdale, AZ USA 85250
Phone 602.943.2311
Fax: 480.850.1338

Online Campus
4150 S. Riverpoint Parkway
Phoenix, AZ USA 85040
Phone 800.822-1319

# Western International University

Western International University (WIU) was founded in 1978 as a private, non-profit institution and regionally accredited in 1980. In 1995, WIU was acquired by Apollo Group, Inc. and became a for-profit subsidiary of one of the leading educational corporations in the United States. WIU is headquartered in Arizona, the Grand Canyon State.

WIU's main campus is conveniently located adjacent to the Black Canyon Highway in northwest Phoenix. A second Phoenix metro area campus is situated in the East Valley suburb of Chandler, and our most recent Arizona campus is located in Scottsdale, Arizona. The Southern Arizona campus is located on the Fort Huachuca Army Post in Sierra Vista. Campus classrooms are designed to encourage student and faculty interaction and discussion. In addition to campus programs, Western International University provides on-site coursework at numerous corporate and governmental teaching sites including; Salt River Project and Maricopa County. WIU also offers coursework in classrooms at affiliate campuses in Delhi, India and Bejing, China as well as virtual classrooms through the WIU Online Campus.

Further information regarding WIU Online is available on the campus website, www.wiuonline.com

## Online Campus

A prevalent modern trend in higher education is utilizing the convenience of the Internet to deliver exceptional educational opportunities. Recognizing this important option for students, WIU has created a new online campus for those seeking the Associate of Arts in Business (AAB) Degree. This new WIU implementation takes advantage of the latest technology and blends our superb teaching approach to enable students to study and complete the AAB degree in less than two years. In this innovative teaching model, students take two classes in parallel for nine weeks, logging in to attend class at times most convenient to their schedule. Faculty will be available with the equivalent of office hours five days a week in times that are most conducive to a student's time zone. Together, these features maximize student learning and program success. An electronic version of the WIU Online Campus catalog is located at www.wiuonline.com

# Mission Statement

Western International University provides a broad educational foundation, including a focus on business and technology, designed to prepare students for leadership positions in a dynamic, global marketplace.

Purposes

1. To provide education programs to a student population that includes domestic and international students
2. To provide education in a format and at times and locations conducive to the student population
3. To provide programs that meet educational needs identified by industry, government and other institutions of higher education in communities served by the University
4. To provide domestic and international students with an education that blends practical experience with a strong theoretical framework
5. To provide an international educational environment through implementation of global-oriented curriculum
6. To generate the financial resources to ensure financial viability
7. To provide for the personal professional development of staff and faculty through education, training and the encouragement of professional and community involvement
8. To provide and maintain an emphasis on continuous improvement of programs and services

# Accreditation

Western International University is accredited by The Higher Learning Commission of the North Central Association of Colleges and Schools

30 N. LaSalle Street, Suite 2400
Chicago, Illinois 60602-2504
312-263-0456

to offer courses and programs leading to Certificates, the Associate Degree, Bachelor (arts and sciences and professional curricula) degrees, and Master (professional curricula) degrees. Copies for review of WIU's accreditation and licensure may be obtained upon written request to:

Office of the President
Western International University
9215 N. Black Canyon Highway
Phoenix, AZ 85021

# Affiliations & Memberships

WIU holds membership in or is affiliated with the following:

- American Assembly of Collegiate Schools of Business (AACSB)
- American Association of Collegiate Registrars and Admissions Officers (AACRAO)
- American Council on Education (ACE)
- Arizona Association of Collegiate Registrars and Admissions Officers (AZACRAO)
- Arizona Association of Student Financial Aid Administration (AASFAA)
- Arizona Veterans Program Association (AVPA)
- Council for Adult and Experiential Learning (CAEL)
- Independent Colleges and Universities of Arizona (ICUA)

- National Association of Foreign Student Advisors (NAFSA)
- National Association of Independent Colleges and Universities (NAICU)
- National Association of College and University Business Officers (NACUBO)
- National Association of Veterans Programs (NVPA)
- Pacific Association of Collegiate Registrars and Admissions Officers (PACRAO)
- Service members Opportunity Colleges (SOC)
- Western Association of Student Financial Aid Administration (WASFAA)

# Admission

Western International University (WIU) welcomes applications from all students qualified to achieve the University's educational goals without regard to gender, race, creed, age, disability, national origin, or religious belief.

Because coursework at WIU Online begins each month, applications and registrations are accepted on an on-going basis. Please work with your Enrollment Counselor to ensure sufficient processing time of all application materials.

Students must complete all application requirements before being considered for admitted status. All students applying for admission to WIU Online have the responsibility of submitting a complete and accurate application package including all academic and professional credentials required. Applications to the University are considered current for 12 months from the date of submission. Admission requirements must be met within 12 months of application date. Should this not occur, students will be notified in writing and must reapply to continue the admission process.

Special consideration is given to applicants who are active service members or reservists called to active duty.

WIU Online recognizes, for admission and transfer credit purposes, only coursework attempted and credit earned at regionally or nationally (Associate Degree granting) accredited (or equivalent) colleges and universities.

As a service to students, the WIU Online Admissions Office accepts the responsibility of obtaining transcripts from previously attended institutions. However, should another institution refuse to release a student's records, the student will be notified and must assume responsibility for obtaining documentation required for admission.

## Degree-Seeking Students
University applicants pursuing Associate Degrees at WIU Online are considered degree-seeking students.

Students applying for financial aid must be accepted for enrollment as degree-seeking students prior to financial aid being processed. Students having completed a WIU Online application and granted provisional status are considered eligible for enrollment. The three types of admission to degree programs are Provisional, Conditional, and Admitted.

## Undergraduate Admission-
## Associate of Arts in Business
### Eligibility
All applicants must meet the following requirements to be considered for admission to the Online AAB:

- High school graduation or equivalent from an institution that is regionally accredited and/or state licensed. In certain circumstances, a transfer Associate Degree from a regionally or nationally (Associate Degree granting) accredited institution may be accepted in lieu of a high school diploma.

NOTE: Because of the purposes and specific mission of the WIU Online AAB program, admission criteria differ from those of other WIU programs.

- United States (U.S.) citizenship or appropriate legal status allowing University enrollment.

### Standards
All students who have presented qualifications meeting published admission criteria will be provisionally admitted to WIU Online during their first four courses and will receive a letter indicating this status.

Upon completion of four courses with a GPA of 2.0 or better, all WIU Online students will be moved to Admitted Status and receive a letter notifying them of their admission.

In addition, if the student's primary language is not English, they must demonstrate English language proficiency prior to enrollment.

### Procedures
Candidates for Admission must:

- Submit a completed and signed WIU Online Application for Admission listing secondary and all post-secondary institutions attended. Applicants under the age of 18 must have the signature of a parent or legal guardian.

- Pay non-refundable application fee.

- Sign request form(s) for official transcripts from all previously attended regionally or nationally (Associate Degree granting) accredited colleges, universities, and national testing agencies. Students relying on foreign transcripts for admission must provide official academic records from all institutions attended outside the U.S. Students whose records are on administrative hold at another institution must resolve the issues and provide the required documents to WIU Online.

# Admission

### Provisional and Admitted Status

Provisional Status is granted to applicants who have presented qualifications meeting Western International University's published admission criteria. Under this status, degree-seeking students are eligible to immediately enroll in and attend a maximum of four courses after submission of Application for Admission and payment of the application fee. This status is not available to students utilizing, for admission purposes, schooling from countries other than the United States.

All students attending courses under Provisional Status must achieve the University's required academic standards by the end of the fourth course to be granted Admitted Status. Associate Degree students must achieve a cumulative grade point average of 2.0 or above. Students are granted Admitted Status upon receipt and review of academic documentation and successful completion of courses under Provisional Status. Students who do not achieve University academic standards by completion of their fourth course will be denied further enrollment and will be academically disqualified from the University.

### Denial of Admission

Applicants will be denied admission to the University if, after all documentation has been provided, it is determined that the University's published admission requirements have not been met. Provisionally admitted students who do not meet the required GPA at the end of their fourth graded course will be denied Admitted Status, and they will be academically disqualified.

Denied students are not eligible to register for further coursework. Students enrolled in a course(s) at the time of the denial decision have the option of completing the course(s) or immediately withdrawing without penalty. All future course registrations will be cancelled.

### Non-Degree Seeking Students

All students attending WIU Online are required to be enrolled in the Associate of Arts in Business program.

### Notification of Admission Status

Students are notified of their provisional admission by mail within four weeks of receipt of all application materials.

If the official admission decision is favorable upon completion of four courses, students will meet with their Academic Counselor to review transfer credits, remaining degree requirements and to develop a course of study.

If the official admission decision is not favorable upon completion of four courses, students may complete course(s) in progress or withdraw at time of notification with no penalty. No further registrations will be accepted.

### Admission Appeals

An applicant whose admission to the University is denied may file a written appeal of the decision. The appeal should be directed to the attention of the Student Appeals Committee. Students are not allowed to register for courses during the appeal process.

The applicant must provide an explanation of extenuating circumstances or other pertinent information that is, in the student's opinion, relevant to the decision. Upon receipt of the written appeal and supporting information, the Student Appeals Committee will review the appeal and render a decision. Applicants will be notified by mail of the committee's decision, which may include specific requirements and/or recommendations.

Should the denial be upheld, further appeals will not be considered for 12 months from the date of the denial. At that time, the student may petition for admission by submitting a letter describing the reasons for previous academic deficiencies and a statement explaining how these issues have been resolved. Re-admission applications should be submitted to the attention of the Student Appeals Committee.

### Re-admission

Students who interrupt their enrollment for more than 12 consecutive months must apply for re-admission by completing a new WIU Online Application for Admission. Official transcripts from all colleges or universities attended since the last enrollment at WIU Online will also be required. (Refer to Re-Entry to the University section of this catalog for further information).

# International Student Admission

Western International University (WIU) welcomes students from around the world. International students are defined as those who are neither citizens nor permanent residents of the United States (U.S.).

*Eligibility*

International Candidates for Admission to WIU Online are expected to meet the same requirements for admission as applicants from the U.S. These include:

- All Associate degree applicants must have completed the equivalent of a U.S. high school degree (12th grade-secondary school).

- All applicants from countries where English is not the official language must demonstrate English language proficiency.

*Procedures*

Candidates for Admission who reside in countries other than the U.S. must:

- Submit a signed WIU Online Student Application for Admission form. All parts of the form must be filled accurately and completely. Applicants under the age of 18 must have the signature of a parent or legal guardian. Applicant name should appear as indicated on passport.

- Pay non-refundable application fee in U.S. funds, which must be submitted with the WIU Online Student Application for Admission form.

- Provide official academic records from all secondary and postsecondary schools attended outside the U.S. An official academic record/document is an original or true copy, which includes seal, stamp, and signature of the institution. Copies must be certified by an official of the institution attended, U.S. Consular official, or U.S. Information Agency (USIA) office. All documents must be in English or accompanied by a certified English translation. Graduation date, degree earned (if applicable), courses, grades, and years of attendance should be clearly indicated. Students desiring transfer credit must furnish catalogs and/or course descriptions. The University reserves the right to request official documents to be sent directly from the issuing institution or request students provide a professional evaluation from a WIU Online approved agency.

- Submit documentation of English language proficiency. Students from countries where English is the official language are not required to provide proof of English proficiency. All other international applicants must provide English proficiency documentation.

## Conditional and Admitted Status

Applicants who meet all other admission criteria, but provide unofficial academic records from institutions outside the U.S. may be eligible for Conditional Admission Status. Under this status, students may attend a maximum of four courses during a six-month period. Prior to the end of the timeframe, students must obtain and submit official academic records. Upon acceptance of the documentation by the Online Admissions Office, students will be fully admitted to the University. Students must meet and maintain acceptable academic standards under this status.

## English Language Proficiency

To be considered for admission into WIU Online degree programs, applicants from countries where English is not the official language are required to demonstrate English proficiency. Documents verifying proficiency must be sent directly to the University by the issuing institution. Proficiency may be demonstrated by:

- **Graduation from an English-speaking high school**– which includes completion of at least two (2) years of coursework at a regionally accredited or state-approved secondary school with a cumulative GPA of 2.0 on a 4.0 scale (C level).

- **College or university attendance at a certified English-speaking institution** - Completion of at least 24 semester credits at a regionally or nationally (Associate degree granting) accredited or state-approved English-speaking college or university with a cumulative GPA of 2.0 on a 4.0 scale including completion (with a grade of C or better) of two semesters of English Composition equivalent to COM 110 and COM 112.

The Admission Department maintains a listing of educational systems that meet the English proficiency requirement.

- **Completion of Combined English Language Skills Assessment (CELSA)**

WIU Online will accept CELSA scores from tests taken within two years of application with a score of 65+ (Associate program) This examination is administered on-site at the University.

# International Student Admission

- **Completion of Test of English as a Foreign Language (TOEFL)**

WIU Online will accept TOEFL scores from tests taken within two years of application. A minimum score of 500 (paper-based) or 173 (computer based) is required for admission to Associate Degree programs. The Test of Written English (TWE) with a passing score of five (5) should be included. To have results sent or to obtain information regarding testing locations and dates of testing in any country, applicants may write:

TOEFL
Box 6154
Princeton, New Jersey
USA 08541-6154
or
Contact TOEFL at their website:
http://www.toefl.org

- **Completion of International English Language Testing System (IELTS)**

WIU Online will accept scores from tests taken within two years of application. A minimum band score of 6.0 (Associate program) is required for admission to the University. For further information, students may contact IELTS at their website,
http://www.ielts.org

Students not achieving the minimum score on their chosen ESL examinations are not eligible to submit new scores or retake the test for one year or until such time as the student can demonstrate additional efforts have been made to improve English language proficiency (e.g. documentation of English language tutorial courses, etc.).

**WIU Online reserves the right to require an internal assessment or recognized examination to confirm English proficiency at any time during a student's attendance at the University.**

# Academic Advising

Western International University (WIU) provides academic guidance to all students throughout their academic careers at the University. Enrollment Advisors assist students entering the University. Upon provisional admission, students are assigned an Academic Counselor who will work with them throughout the balance of their degree programs.

Students should plan to meet with their Academic Counselor prior to receipt of their letter of admission to the University.

Students will be contacted again once the final admission decision has been made (after the end of students' fourth course). During this meeting, admission transfer credit implications and credit alternatives, such as Assessment of Prior Learning and national testing programs, will be explained. A graduation plan, designed to support the students' successful completion of their academic goals, will also be developed. This schedule will incorporate prerequisite requirements and the appropriate sequencing of courses.

Students are further expected to work with their Academic Counselor regarding any issues that may affect their academic performance, to develop all course schedules and to utilize the Counselor's expertise.

Students are responsible for following University policies, knowing their degree requirements, adhering to their plan of study and contacting their Academic Counselor to make adjustments to or extend their schedule.

At a minimum, all students will meet with their Academic Counselor upon admission and prior to graduation.

# University Policies

## Student Contact Information

It is the responsibility of each student to maintain current personal and contact information on file with the University. A Change of Information form may be completed with your Academic Counselor or Financial Service Representative. All official University documentation will be issued in the student's name as indicated on the WIU Online Application for Admission. Any request for change of name must be accompanied by legal documentation and submitted to the Registrar's Office. Students should contact their Academic Counselor to discuss any contact information changes.

## Drop/Add Policy

The student's Academic Counselor must be notified of a student's intent to drop a course or the student may be subject to full tuition costs. For students utilizing financial aid, schedule changes affect financial aid eligibility. These students should contact their Financial Services Representative if dropping or adding any coursework. If a student meets the attendance requirement for any week of a WIU Online course, the student's permanent record will reflect a grade of W.
Students are not eligible to withdraw from a course once 7 weeks of attendance have been posted. Students with 7 or more total weeks of attendance in any course will receive their earned letter grade.

## Schedule Adjustments

The University reserves the right to cancel any course. Students enrolled in a course that has been cancelled will be contacted in a timely manner. Academic Counselors will assist students in making another course selection. Based upon University faculty and classroom availability, additional sections will be added to courses with registrations exceeding classroom capacity. The University reserves the right to transfer students to newer sections, based on date of registration. .

## Class Attendance

Since WIU Online offers non-traditional course schedules, governmental compliance requires tracking of student attendance. Three-credit courses are scheduled over a nine-week period, and student adherence with the WIU Online attendance policy is mandatory. Class attendance requirements are as follows:

1. Students may not miss more than two weeks of attendance in a nine week course.

2. Students who have missed three or more weeks of attendance in a nine week course will be administratively withdrawn and receive a grade of W.

Absences from a course may impact a student's grade, and it is important for students to understand the distinction between attendance and participation. Attendance guidelines outlined in this section present the minimum administrative requirement for a student to be eligible to receive an earned grade in a course. WIU Online students meet the minimum attendance requirement each week by posting at least one message to a newsgroup on two separate days of each week. Please see the message posted by Executive Administration in each course for additional information regarding the attendance and participation definitions/requirements.

## Withdrawal from the University

All students who find it necessary to interrupt their attendance at the University, withdraw from the program, or take a leave of absence for any reason, must contact their Academic Counselor and Financial Service Representative to complete appropriate paperwork. For those students receiving financial aid, a change in enrollment status may result in a loss of financial aid eligibility or cancellation of funds.

# University Policies

### Re-entry to the University
The University considers students who allow a time lapse of 12 months between the completion of one WIU Online course and the beginning of the next course to be on inactive status. To regain active status, students must submit a new Application for Admission accompanied by a reapplication fee. The University Re-entry Advisor assists students with this process as well as scheduling appropriate coursework following re-enrollment.

Associate's Degree candidates will re-enter under current catalog degree requirements unless all three of the following criteria have been met:

• A minimum of 24 credits that are applicable to the student's Associate of Arts in Business program have been earned at WIU Online.

• All degree-required coursework (within six credits) has been completed.

• The student will be able to complete the program within five years from its original start date.

Students meeting all three of the above requirements may reenter under their original catalog's degree requirements.

All students are subject to University policies in affect at the time of re-entry.

### Residency Requirements
At the Associate Degree level, a minimum of 30 total credits must be earned through WIU Online courses for issuance of a WIU Online degree. Please see the Associate of Arts in Business program requirements for additional information related to the residency requirement.

### Transfer of Credit
For WIU Online students only: Academic credit earned for courses appearing on an official transcript from a regionally or nationally accredited Associate Degree granting college or university will be evaluated according to University policies and accepted subject to approval of the Central Office of Admissions.

All official transcripts received and evaluated by the Admissions Office are considered the property of WIU Online and will not be released. Only coursework documented on official transcripts will be evaluated.

The regional accreditation agencies with commissions on colleges or institutes of higher education are:

• Middle States Association of Colleges and Schools New England Association of Schools and Colleges (Commission on Higher Education only)

• The Higher Learning Commission of the North Central Association of Colleges and Schools

• Northwest Association of Schools and Colleges

• Southern Association of Colleges and Schools

• Western Association of Schools and Colleges

The national accreditation agencies with commissions on colleges or institutes of higher education are:

• Accrediting Associate of Bible Colleges

• Association of Advanced Rabbinical and Talmudic Schools

• Accrediting Council for Independent Colleges and Schools

• Accrediting Bureau of Health Education Schools

• Accrediting Commission for Career Colleges/Colleges of Technology

• Association of Theological Schools

• Council on Occupational Education

• Distance Education and Training Council

• Transnational Association of Christian Colleges and Schools

Credit earned through personal, professional and military experience, institutional exam or assessment, and national tests for credit will also be considered for transfer by the University.

# University Policies

## Evaluation of Credit

A preliminary estimate of transfer credit may be provided at the time of application for admission to the University. The official transfer credit evaluation will be completed and applied to the student's record by the Admissions Office upon admission to the AAB program. Any questions regarding the evaluation must be addressed by the student with an Academic Counselor within 60 days of the date of admission notification. The evaluation of prior academic credit will be considered final after this period.

The University engages in transfer credit articulations with various institutions. These articulations are designed to support the academic mission of University programs and supercede the University's standard transfer credit policies. Unless otherwise notified, the Admissions Office will evaluate prior credit based on these articulations. Any request for re-evaluation of credits under general policies must be made in consultation with the Academic Counselor and submitted in writing within the 60-day period.

## Eligible Credit

Transfer credit is accepted if the coursework is applicable, the residency requirement will be met at WIU Online and an acceptable grade has been earned. A minimum grade of "C" must be earned for transfer of an undergraduate course. Grades earned at other institutions are considered for admission but are not included in computing a student's cumulative grade point average at WIU Online.

## Limitations

The 30-credit hour residency requirement for the Associate of Arts in Business Degree must be met to graduate from the program at WIU Online. Please see the specific program requirements for more information about the specific courses required as part of the residency requirement.

Semester-hour courses are transferred with the credit hour value assigned by the issuing institution. Quarter-hour credit earned is equivalent to two-thirds of a semester credit hour. A transfer course must bear a minimum weight of 25 semester credits to fulfill a specific course requirement at WIU Online.

## Non-Eligible Credit

Transfer credit will not be awarded for non-credit courses, workshops, activities or seminars offered by postsecondary institutions as part of continuing education or professional development programs. Courses identified by the issuing institution as not applicable to a baccalaureate degree or otherwise pre-college level are not transferable. A maximum of 4 vocational/activity credits may be accepted in transfer unless specified in a University articulation agreement.

Coursework in information technology must have been completed within five years of the date of application to be applied toward specific IT courses at WIU Online.

Military training is considered for transfer credit for the courses approved by the American Council on Education (ACE) or Program on Non-Collegiate Sponsored Instruction (PONSI) and evaluated according to ACE or PONSI recommendations.

Students relying on transfer credit from military service must provide official current copies of form DD295 or copies of form DD214.

An official transcript from the Army/ACE Registry Transcript System (AARTS) is recommended.

## Credit by Examination

Transfer credit and/or advanced placement may also be awarded for successful completion of the following national program tests:

• DANTES (SST) - Subject Standardized Tests (formerly USIF)

• CEEB/AP - College Entrance Examination Board Advanced Placement Examinations

• CLEP - College Level Examination Program Excelsior College Examinations - Previously known as ACT/PEP and RCE/PEP

## Assessment of Prior Learning

Students with personal and professional experience that is equivalent to college-level learning may earn undergraduate credits through the Assessment of Prior Learning Program. Examples of such learning include:

• Documentation of professional training courses

• Licenses and certificates earned

• Essays relating to life experiences (15-credit maximum)

Meeting with an Academic Counselor is mandatory for submission of a portfolio. A maximum of 24 credits of the Associate of Arts in Business Degree at WIU Online may be earned through any combination of APL and credit by examination. No more than 15 of the credits may be earned through APL submissions.

# University Policies

### Choice of Catalog
Students whose attendance has not been interrupted will graduate under the curriculum and course requirements in effect at the time of enrollment. However, specific course prerequisites may change and those in effect at the time the course is taken will apply.

Changes of major or program will be evaluated under catalog requirements in effect at time of request.

WIU catalogs are published annually. Students may choose to graduate under the program requirements of any current catalog issued while they are in attendance.

### The Americans with Disabilities Act (ADA) of 1990
Western International University recognizes and accepts its obligations under the Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1974, prohibiting discrimination on the basis of a disability and requiring the University provide reasonable accommodations to qualified disabled students in all University programs and activities.

Students have the responsibility to both self-disclose and request accommodation through the WIU Online ADA Officer. Communication with faculty or other staff members does not constitute in itself fulfilling the University ADA accommodation requirements. Verification through documentation from a health care provider is required prior to determination and fulfillment of accommodations. Students must allow several weeks between self-disclosure and accommodations being made and should schedule course work accordingly.

No student shall be retaliated against for seeking accommodation through this policy or for participating in any complaint procedures brought against the University for noncompliance with this policy.

### Nondiscrimination Policy
Western International University does not discriminate on the basis of race, age, color, national origin, sex, disability or veteran status in its educational programs, activities or employment practices. The University complies with Title IX of the Education Amendments of 1997, Titles VI and VII of the Civil Rights Act of 1964 and regulations, and Section 504 of the Rehabilitation Act of 1973.

### Student Grievance
The University has a responsibility to protect the rights of students and ensure compliance with its nondiscrimination policy by providing an appeal process for those who wish to file a grievance. All grievances must be submitted in writing.

A student alleging discrimination based on race, age, color, national origin, sex, disability, or veteran status, or violation of University policy by administration or faculty member must present the grievance in writing to Office of Student Relations.

A University Grievance Committee comprised of University stakeholders will convene to investigate and review the charges. The members may hold staff, faculty, or Board of Director positions. All grievances will be reviewed and responded to within thirty days of receipt.

A University Grievance Committee will be convened to investigate and review the charges. The Executive Director of Operations will chair the committee, which will be comprised of University stakeholders. The members may hold staff, faculty, or Board of Director positions. All grievances will be reviewed and responded to within thirty days of receipt.

If a complaint cannot be resolved through the University's grievance procedures, the student may file a complaint with the Arizona State Board for Private Postsecondary Education. The student may contact the State Board for further instructions,

> 1400 W. Washington, Room 260
> Phoenix, AZ 85007
> Phone: 602-542-5709
> http://azppse.state.as.us

### Student's Right to Privacy
Western International University maintains compliance with the Family Education Rights and Privacy Act (FERPA). This Act affords students certain rights with respect to their educational records. The law requires that:

1. Students are afforded the right to access official records directly related to the student. Students who wish to see their records must make an appointment through the Online Registrar's Office or local campus. Students may not remove any materials but are entitled, at their expense, to one copy of any material contained in their file, unless a disclaimer appears on the document indicating that the student is not to be given a copy, or if the student waived the rights to the document. Information will be provided for viewing within 21 days.

# University Policies

2. Students have the right to a hearing to challenge such records on the grounds that they are inaccurate, misleading or otherwise inappropriate. The right to a hearing under law does not include any right to challenge the appropriateness of a grade as determined by a faculty member.

3. Student's written consent must be received prior to releasing personally identifiable student data from the records to other than a specified list of exceptions.

4. The University is authorized to release public directory information concerning students. Directory information includes the student's name, local and permanent addresses, phone number, e-mail address, date of birth, photographs, major field of study, dates of attendance, residency status, degrees and awards received, and most recent previous educational institution attended by the student. Directory information is subject to release at any time unless the Registrar has received a prior written request from the student specifying information not be released. A request for non-release must be submitted to the Registrar in writing and should include name, student identification number, address, specific records that are to be withheld and/or to whom the privacy hold applies, signature, and date. The hold will apply throughout the student's enrollment unless the University is otherwise notified.

5. The University is authorized to provide access to student records to University officials and employees who have legitimate educational interests to such access. These are persons who have responsibilities in the University's academic, administrative, service, or research functions.

6. Students have the right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. These may be sent to:

Family Compliance Office
U.S. Department of Education
400 Independence Avenue SW
Washington, D.C. 20202-4605

Educational records will also be released pursuant to a judicial order or lawfully issued subpoena, but only after the student is given reasonable notification of the University's intent to comply before release of records. Inquiries regarding FERPA and requests for non-release may be addressed to:

Registrar
WIU Online
PO Box 52026
Phoenix, AZ 85072

# Student Associations

## Alumni Network

The WIU Alumni Network provides services and benefits to Western International University graduates, as well as current degree-seeking and certificate students. The Network exists to foster the mission and purposes of the University, promote communication among alumni, students, faculty, and administration, and to support members in the achievement of their professional goals. The network provides information regarding professional development, current University activities, scholarships, career services, and continued access to online research.

Upon graduation, students are added to the database. However, current WIU Online students are also welcome to join the Network and take advantage of the services offered. Students and alumni may join and continue to update their information by accessing and registering on the Alumni Network web page at http://www.wintu.edu/alumni/. No dues or fees are associated with the Alumni Network.

# Academic Policies & Procedures

## WIU Online Writing Style

Western International University has adopted the American Psychological Association (APA) style for resource documentation of papers. A handbook of the approved style is available on the WIU Online website or the University bookstore.

**It is the student's responsibility to learn to document papers in the established format.**

## Grading Procedures

Students' official grades are posted by the Registrar's Office upon completion of each course.

Faculty members are required to forward final grades to the University for processing within seven (7) calendar days of completion of the course. Official grades are available for viewing through the student website immediately upon posting.

WIU Online uses the following 4.0 grading system to valuate student performance:

| Letter Grade | Points |
|---|---|
| A | 4.00 |
| A- | 3.67 |
| B+ | 3.33 |
| B | 3.00 |
| B- | 2.67 |
| C+ | 2.33 |
| C | 2.00 |
| C- | 1.67 |
| D+ | 1.33 |
| D | 1.00 |
| D- | .67 |
| F | .000 |
| I | Incomplete |
| Non-Grade Symbols | |
| R | Repeat |
| W | Withdrawal |
| WV | Waiver |

The University has established the following grading guidelines for faculty compliance.

A = Clearly stands out as excellent performance. Has unusually sharp insight into material and initiates thoughtful questions. Sees many sides of an issue. Articulates well and writes logically and clearly. Integrates ideas previously learned from this and other disciplines; anticipates next step in progression of ideas.

B = Grasps subject matter at a level considered to be good to very good. Is an active listener and participant in class discussion. Speaks and writes well. Accomplishes more than the minimum requirements. Work in and out of class is high quality.

C = Demonstrates a satisfactory comprehension of the subject matter. Accomplishes only the minimum requirements and displays little or no initiative. Communicates orally and in writing at an acceptable level for a college student, with acceptable understanding of all basic concepts.

D = Quality and quantity of work in and out of class is below average and barely acceptable.

F = Quality and quantity of work in and out of class is unacceptable.

I = INCOMPLETE. (see section below).

The University has established the following non-grade symbol guidelines for faculty compliance:

R = REPEAT. Posted with the first grade earned in a course that is later retaken.

W = WITHDRAWAL. Students who attend at least one class and miss at least four class sessions prior to the eighth meeting will receive a W. W grades do not factor into the GPA.

WV= WAIVER. Course requirement alternatively fulfilled.

# Academic Policies & Procedures

## Incompletes

An incomplete grade (I) may be issued when extenuating circumstances prevent a student from completing course requirements by the end of the session. A student may be granted an additional five weeks (faculty discretion) to complete any outstanding coursework as part of the incomplete grade designation. A student must be in attendance compliance to be eligible for issuance of an incomplete in a course. All incompletes may be assessed a penalty of one full letter grade upon completion. During the incomplete period the posted Incomplete (I) is not factored into the cumulative GPA.

Upon issuance of the earned grade, the GPA will be amended to reflect the earned grade for the course. The student record will permanently reflect both the "I" and the final grade earned (i.e. IB+, IB, IB-, IC+).

Incomplete grades will revert to an "F" at the end of the incomplete period if the coursework is not completed in the five week deadline.

In the event that the student still wants credit for the course, the student must register for the course again and pay full tuition.

## Course Repeat Policy

Normal registration procedures are followed when students repeat courses. A new grade earned in a repeated course will be computed in the student's cumulative GPA at the appropriate undergraduate or graduate level. Students' academic transcripts will record both the initial grade and the subsequent repeat grade. Once the course is retaken, "R" (repeat) will be posted with the initial course grade, and that grade will no longer factor into the student's cumulative GPA. The earned grade from the subsequent course will be posted as the official grade and factored into students' GPA.

Electing to repeat courses in which passing grades have been earned may adversely affect satisfactory academic progress for purposes of VA educational benefits, financial aid or corporate funding. Students may not take the same course more than three times.

## Academic Load

Each three credit course at Western International University represents 36 contact hours (12 hours per 1 credit). Students are expected to budget a minimum of two hours out-of-class study (eight hours per week) for each hour spent in class.

The recommended maximum course load is two courses at one time. Students may not request to enroll in more than three three-credit courses simultaneously without first successfully completing the six foundation courses in the Associate of Arts in Business program. This maximum includes courses taken in overlapping sessions. Students should contact their Academic Counselor to request an exception.

All credits issued for successfully completed WIU Online coursework are in semester increments.

## Academic Standards

Grade point average (GPA) is determined by credits earned times grade points earned divided by total credits attempted.

Associate Degree students must maintain a minimum GPA of 2.0. Students must be in good academic standing for conferral of degrees or certificates.

## Honors

WIU Online does not issue honors designations at the Associate Degree level.

## Academic Probation

Academic Probation will occur when a student's grade point average falls below acceptable levels (2.0 undergraduate). The student is notified in writing by the Registrar of placement on Academic Probation. Students are allowed to complete four courses subsequent to the assignment of Academic Probation during which cumulative GPA must be raised to an acceptable level. Students must continue to enroll in courses applicable to their programs and may be required to repeat courses with unacceptable grades. Students are advised to meet with Academic Counselors at this time. Veteran's benefits and financial aid students may continue to receive funds while on Academic Probation.

## Academic Suspension

Academic Suspension will result if a student fails to clear Academic Probation status during the four course probationary period. Suspended students are not eligible for readmission for a period of one year, and only upon evidence, presented to and approved by the Associate Director Academic Affairs, that academic conditions have been met. Academically suspended financial aid students will be disqualified from further funding.

Students readmitted within a reasonable time frame following the year of suspension may return under previous catalog requirements.

## Academic Dismissal

Academic Dismissal will result if a student fails to maintain an acceptable grade point average (2.0 undergraduate) upon completion of the fourth class after

# Academic Policies & Procedures

readmission due to Academic Suspension. Academic Dismissal may also occur due to academic dishonesty and/or plagiarism or violation of the Student Code of Conduct. Students who are academically dismissed from WIU Online are not eligible for readmission.

## Academic Disqualification
Provisionally admitted students who are then denied admission and students whose admission denial is upheld through the appeals process are academically disqualified from the University. Disqualified students must cease enrollment at the University for a minimum of 12 months. At that time, further appeals for readmission will be considered. Appeals for readmission should be addressed to the WIU Online Admission Manager.

## Academic Integrity
Acts violating academic integrity include, but are not limited to, plagiarism, cheating on an examination, forging an instructor's signature, copying themes or tests from other students, altering college records, enlisting another person to write an assignment for any class, or conduct detrimental to the student or other members of the class. A student found aiding another in the activities is also subject to sanction. Students charged with a violation of academic integrity are subject to disciplinary action under Student Code of Conduct or Academic Dishonesty and plagiarism processes.

## Academic Dishonesty and Plagiarism
All the work submitted by a student must represent the student's original endeavor. Where outside sources are used as references, work submitted by the student should identify the source and make clear the extent to which the sources have been used. The University considers plagiarism and falsification of documents, including documents submitted to the University for other than academic work, a serious matter and may result in one or a combination of the following sanctions:

- **Warning** - notice given orally or in writing that any further misconduct may result in more serious discipline
- **Forfeiture** - loss of all or part of the credit for work conducted in association with academic dishonesty
- **Disciplinary** - supplemental assignment(s) may include rewrite of the assignment in question and/or additional paper and consultation with the Writing Center to increase understanding of academic dishonesty

- **Suspension** - separation from the University for a specified period of time
- **Dismissal** - permanent separation from the University

Faculty members will report all incidents of academic dishonesty directly to the student and in writing to the Associate Director of Academic Affairs. Depending upon the severity of the infraction the faculty member must assign the student an "F" grade for the specific assignment and for the entire course within the usual seven-day grade reporting time. The Associate Director of Academic Affairs will send written notification of charges of academic dishonesty to the student and request that the student respond within 10 working days. Students who do not respond within 10 working days will be suspended. Ignorance of University policies will not be accepted as a reasonable excuse for dishonesty. Once the Associate Director of Academic Affairs has completed the investigation, the findings will be forwarded to the University Academic Council with recommendations for action. The Council is responsible for reviewing all referred cases and for recommending the appropriate sanctions.

Students who were suspended and then found not to be in violation of standards of academic honesty shall be reinstated automatically without further petition. Students found in violation of academic dishonesty standards will receive written notice of the findings and sanctions. Decisions of the University Academic Council are final. No further appeals will be considered by University administration.

Charges of falsification of information on University documents other than academic work will be addressed to the Director of Student Services and follow procedures similar to charges of academic dishonesty or plagiarism.

## Student Appeals Committee
The Student Appeals Committee (SAC) provides a systematic process for the resolution of student disputes of grades or attendance and requests for exception of University policy. The committee meets bi-monthly and will provide students a written response within two weeks of reviewing an appeal.

### Formal Appeal Process
Prior to submitting a request to the committee, the student must attempt to resolve the issue through the appropriate department by working with their Academic Counselor or Financial Services Representative. If the issue cannot be resolved through those means, a formal

# Academic Policies & Procedures

appeal may be submitted. To obtain a SAC hearing, a student must submit an appeal in writing. The appeal must include specific information and documentation to support the request. Grade and attendance appeals must include dates, course, instructor name, and materials/information relevant to the appeal. Transfer credit appeals must include course descriptions for the courses in question. Requests for the desired action or outcome, along with an explanation regarding previous actions taken in attempting to resolve the issue, must be included.

### Appeal for Grade

Prior to submitting a grade appeal, the student is required to discuss the issue with the instructor involved. Every reasonable attempt should be made by both parties to resolve the issue and must be initiated within six weeks of the course end date. SAC will only consider grade appeals that have been initiated within the required timeframe. The instructor is obligated to review grade calculations for accuracy and respond to student inquiries in writing within ten days of the request with an explanation of the rationale for the grade issued reported. If the instructor does not respond to a student's repeated attempts to contact, or the issue is not resolved through informal

communication within the ten day period, the student may contact his/her Academic Counselor regarding submission of a formal appeal.

Decisions of the WIU Student Appeals Committee are considered final adjudication. Should additional information emerge subsequent to the committee findings, students may contact in writing:

WIU Office of Student Relations
9215 N. Black Canyon Highway.
Phoenix, AZ, USA 85021

In all cases of administrative and academic student appeals, if the issue cannot be resolved through the University's procedures, a student may file a complaint with the Arizona State Board for Private Postsecondary Education. Students may contact the State Board for further instructions.

Arizona State Board for Private Postsecondary Education

1400 W. Washington, Room 260
Phoenix, AZ 85007
Phone: 6025425709
http://azppse.state.az.us

# Transcripts

The Registrar's Office will release transcripts upon written request from the student. The request must include the student ID number, date of last attendance, and name(s) used while in attendance at WIU Online. No official transcripts will be released until all financial and other obligations to the University have been met. Each student is issued one transcript free of charge at time of graduation. There is a charge for each additional transcript.

Transcripts may be requested in person, by mail or fax from the Online Registrar's Office. Requests will not be accepted from, or released to, third parties without a written permission from the student. Transcripts issued to students will be stamped "Unofficial Issued to Student."

# Graduation

At WIU Online, students complete degree requirements and are graduated from the University on a monthly basis. Diplomas are posted with the last date of the month during which the degree requirements are met.

### Commencement Ceremony

The commencement ceremony for the University is held once a year in early summer. All students completing their degrees during the previous year, or who are within nine credits of degree completion at the time of the ceremony,

are eligible to participate. Students are notified by the Online Registrar's Office of eligibility. Students are allowed to participate in only one ceremony per degree earned. Participation in the commencement ceremony is not mandatory.

### Graduation Clearance Procedure

Students may verify graduation clearance by contacting the Online Registrar's Office or an Academic Counselor at least 9 credits or 90 days prior to expected completion

# Graduation

date. Upon receipt of the request, the Registrar's Office updates the student's program evaluation, and the student can then meet with an Academic Counselor to review remaining requirements.

## Diploma Request Procedure

Students must contact the Online Registrar's Office upon receipt of their final grade to initiate final degree audits and order their diplomas. Students who receive government financial aid must complete and sign an exit interview form available in the Financial Aid Office.

Students must be in good academic standing, clear any indebtedness to the University, and pay the graduation fee prior to release of the diploma and official transcript indicating the award of the degree. Students who plan an additional program at the University must remain out of attendance for a 30 day period during degree posting.

Issuance of the diploma is delayed two weeks to allow funds to clear if the student writes a check for the diploma fee or to clear any debts to the University. Students who have met all degree requirements and financial obligations may request from the Online Registrar a letter verifying degree completion prior to receiving their diplomas.

## Graduation Deadlines

All WIU Online students are expected to complete their programs within a reasonable time frame. The following timelines have been determined as the expected maximums for completion:

• Associate of Arts Degree: Five years from start of program

Time away from the University will not be counted against graduation deadlines for those students who leave the University and return as a re-entry student.

# Student Code of Conduct

Students enrolled at Western International University assume the responsibility to conduct themselves as mature adults and members of an academic community. In addition to observing local, state and federal laws, students are expected to treat staff, faculty, and other students with respect and courtesy as well as uphold and promote the image of the University.

Alleged violations of the Student Code of Conduct should be forwarded immediately in writing to the Director of Student Services. Charges will be addressed according to procedures established by the University. Sanctions may be imposed, up to and including, dismissal from the University.

Grounds for disciplinary action include, but are not limited to, the following:

• Actions, verbal statements, and written statements which threaten or violate the personal safety of any member of the faculty, staff, or other students, or any conduct which interferes with the educational process or institutional functions

• Harassment, sexual or otherwise, that has the effect of creating a hostile or offensive educational environment for any student, faculty or staff member.

• Disruptive activity that hinders or interferes with other students' or faculty's educational environment.

• Fabrication-intentional or unauthorized falsification or invention of any information, citation, or document, or lying during an investigation.

• Fraud, forgery, alteration, or unauthorized use of documents, University records or instruments of identification.

• Theft of University property or property of a member, intellectual or otherwise, of the University community on campus.

• Willful, wanton, or reckless damage to University premises, property or the property of a member of the University community.

• Failure to comply with published University policy or with directives of University officials while performing their duties.

• Unlawful manufacture, distribution, dispensation, possession, or use of alcohol and/or controlled substances using University resources; participation in any University activity while under the direct or residual influence of any controlled substance, alcohol, misused or overused legal drugs to the extent of causing impairment.

# Student Code of Conduct

- Possession, use, sale or distribution of any firearms, fireworks, explosives, illegal drug paraphernalia, dangerous weapons, or any other materials/substances prohibited by law on University premises or at University sponsored events.
- Unauthorized use of the University's name or logo that is the property of the University.
- Violation of local, state or federal statutes, University regulations or any applicable professional codes of ethics or conduct.

- Cheating-intentionally using or attempting to use unauthorized materials, information, or study aids in any academic exercise.
- Plagiarism-intentionally or knowingly representing the words or ideas of another as one's own in an academic exercise.
- Helping another student fabricate, cheat or plagiarize.

# Tuition & Fees

| Type of Fee | Phoenix Amount | When Due |
|---|---|---|
| Application Fees | | |
| Resident | $85 | Paid when application submitted |
| International | $85 | Paid when application submitted |
| WIU Online Associates Degree | | |
| Curriculum Tuition Per Credit | $265 | Please refer to your payment option |
| Assessment of Prior Learning | | |
| Pre-evaluated Training Evaluation (one-time) Credit Awarded (per Credit) | | |
| | $90 | Paid with first submission |
| | $50 | Paid upon notification |
| Portfolio Evaluation (one Time) Credit Awarded (per credit) | | |
| | $175 | Paid with first submission |
| | $90 | Paid upon notification |
| Miscellaneous Charges | | |
| Additional Diploma Copy (limit one) | $25 | Paid upon completion of program |
| Graduation | $75 | Paid with Application for Diploma |
| Transcript | $5 | Paid upon request |
| Late Payment | $25 | Paid upon notification |
| Declined Credit Card | $25 | Paid upon notification |
| Returned Check (NSF) | $25 | Paid upon notification |

*ALL FEES ARE NON-REFUNDABLE AND SUBJECT TO CHANGE*
*ALL PAYMENTS NOT MADE ON TIME ARE SUBJECT TO LATE FEES*

# Financial Policies & Procedures

**Payment Policies**

All tuition and applicable fees are due and payable as specified by the student's payment option. There will be a late payment fee if payment is not received consistent with the terms of the student's chosen financial option. There will be a fee for declined credit cards or for checks returned for any reason. If a student's checks are returned from the bank on two occasions, the student will be required to pay all future charges in cash, cashiers check or money order.

Students are required to clear any indebtedness to the University before grades or transcripts will be issued or the degree awarded. All costs of collection, court fees and reasonable attorney's fees will be added to delinquent accounts collected through third parties.

Note: Failure to pay tuition and fees in accordance with the student's chosen financing agreement can result in administrative withdrawal, no course credit, account holds, assessment of late fees, referral to collections and unfavorable credit reference. Failure to comply with terms of the chosen financial option may result in a student being defaulted to the "Cash" option. Further violations of these policies will jeopardize eligibility for deferment and re-entry into school. The student maintains full responsibility for ensuring that all tuition and fees are paid in full regardless of the payment option in force. All tuition and fees of the University are subject to change.

**Cash Payment Option**

Students who have selected the Cash Payment Option, or have been defaulted to Cash Payment Option, are required to pay all tuition and fees two weeks prior to the start of each class. At WIU Online, checks, credit cards and cash are all considered as cash payments.

Students who have not paid tuition two weeks prior to the first class meeting may not be allowed to attend the course and, if allowed to continue, will be subject to applicable late fees.

**Deferred Corporate Reimbursement Option**

This option is available to students whose employers have an approved written reimbursement policy. 100% of tuition is deferred until 60 days after the course start date. The student must submit a credit card and authorization to charge automatically to secure the deferment. Debit cards will not be accepted. The student's credit card will be charged 60 calendar days after the course start date. Tuition is deferred for a maximum of two courses per session. A declined credit card fee will be charged to the student's account for each declined transaction.

**Direct Bill Option**

Students who request that Western International University bill employers or another agency directly for the cost of tuition must submit approved tuition vouchers or letters of credit to their Financial Services Representative at least two weeks prior to the first class meeting of each course. A late fee per course will be assessed and the student's account may be placed on hold should the student's direct billing paperwork not be received two weeks prior to the first class meeting of the course.

Currently, the University has direct billing arrangements with several employers. Each direct bill program has specific requirements that the student must meet. Students may contact their Financial Services Representative for further information. Students must contact their employer to determine if this option is available to them.

This program does not relieve students of their financial obligation to the University. Students retain full responsibility for ensuring that all tuition and fees are paid in full and in a timely manner.

**Military Payment Option**

Students utilizing military tuition assistance must submit appropriate documentation and pay their portion of the tuition, if any, and fees two weeks prior to the first class meeting of each course. A late fee per course will be assessed and the student's account placed on hold if the student's military assistance paperwork and/or payment are not received at least two weeks prior to the first class meeting of the course.

This program does not relieve students of their financial obligation to the University. Students retain full responsibility for ensuring that all appropriate tuition and fees are paid in a timely manner.

**Veterans Educational Assistance**

Formal application for admission to the University should be completed before applying for Veterans Educational Assistance. Each WIU program, course, and location requires separate Arizona Department of Veterans' Services approval for the training of veterans. Students should contact their local campus for information on current approvals.

Application for VA benefits should be sent to the local campus for submission to the Department of Veterans' Affairs with enrollment certification. WIU Online does not participate in the Department of Veterans' Affairs advance pay program.

# Financial Policies & Procedures

VA benefit eligibility and assistance rates vary depending on each individual's military history and the educational program being pursued. Only the Department of Veterans' Affairs can determine a VA applicant's eligibility. To contact a Department of Veterans' Affairs representative, call toll free 1-888-442-4551.

To avoid overpayments, VA educational benefit recipients should promptly report any changes in enrollment or dependency status to the VA Coordinator at the University and the Department of Veterans' Affairs. The University is required to notify the Department of Veterans' Affairs within 30 days of a change in student status during previously certified periods of enrollment.

Changes include withdrawal, reduction in training time, unsatisfactory academic progress or conduct, and assignment of a non-punitive grade. Upon receipt of the notice, the Department of Veterans' Affairs is required to take prompt and aggressive action to recover benefit overpayments.

## DANTES Reimbursement

Independent study courses have Defense Activity for Non- Traditional Education Support (DANTES) approval for tuition reimbursement. For information on this program, students may contact the Educational Service Office on their base.

## Financial Aid Option

Students may be eligible for the Federal Pell and SEOG Grant Programs and/or the Federal Family Educational Loan Programs, which include Stafford subsidized, unsubsidized, Plus Loans and the Perkins Loan programs. All students seeking federal financial aid benefits must be admitted to an eligible degree or certificate program in order to determine financial aid eligibility.

In order to be eligible for tuition deferment under the Financial Aid Plan at least 50% of a student's annual tuition must be funded through federal financial aid benefits and the student must meet the following conditions: the student must have 1) completed a financial aid orientation, 2) completed an Entrance Interview Form, 3) submitted a completed financial aid packet (including all required paperwork and related documentation), 4) completed the Admissions Application, and 5) paid all applicable fees.

In order to continue tuition deferment beyond the first course, the student must provide the University all documents required to complete the certification of federal financial aid funds. Failure to submit these documents, or to qualify for federal financial aid, means the student will be immediately responsible for any outstanding balances incurred and will be required to select another finance option.

The student must reapply for funding every academic year on this plan. The student must allow at least 60 days before their next academic year begins to complete the reapplication process. It is critical that the student reapply for future loans or grants early to ensure their educational program is not interrupted. If the student does not reapply for financial aid in a timely manner, they will no longer qualify for a financial aid deferment and will be required to comply with the terms and conditions of the Cash Option (see above). Please refer to the subsequent section of this Catalog for more information related to this financial option.

**Please note that continuous class attendance with no attendance breaks greater than 29 days is required to retain disbursed federal financial aid funds.**

## Refund Policy

All fees, including application, assessment, student services fees, graduation, independent study and lab fees are nonrefundable.

## WIU Online Associates Degree

Prorated based upon the number of weeks completed up to and including the last week of attendance.

Example of refund on attendance for a 9 week course:
Attend week 1 89% refund due
Attend week 2 78% refund due
Attend week 3 67% refund due
Attend week 4 56% refund due
Attend week 5 45% refund due
Attend week 6 or after no refund due

# Financial Policies & Procedures

## Additional Refund Policies for Students Receiving Financial Aid

If students drop temporarily, financial aid refunds will be applied toward future tuition. If the student has not reentered the program after 30 days or as of the agreed upon return date, the credit balance will be issued to the lender. If students permanently withdraw from the University, refunds will be issued within 60 days.

If students withdraw and have completed at least 60% of the first half of their academic year at the University a refund calculation will be completed, and the largest amount refunded based on the following policies:

1. Western International University Refund Policy: See Refund Policy
2. Federal Refund Policy: This calculation allows the University to retain a certain percentage of the institutional charges based upon the percentage of the academic year students have attended.

If students withdraw and have not completed 60% of the first half of their academic year at the University an additional refund calculation will be performed.

Students will be notified of the results of this refund calculation and have 14 business days to respond to the University. If no response is received, any funds remaining on the students' accounts will be returned to the lender.

In some cases the amount to be returned to the lender will result in a balance owing on the student's account with the University. This balance will be collected from the student. For more details regarding the refund policy for students receiving financial aid, students should contact their Financial Services Representative.

## Financial Charges Grievance

The University has a responsibility to protect the rights of students and ensure compliance with its nondiscrimination financial policy by providing an appeal process for those who desire to file a grievance against the University.

All disputes relating to charges must be initiated within six (6) weeks from the charge date and must be submitted in writing to the Financial Services Manager.

### Financial Appeals

All student appeals or requests for policy exceptions must be submitted in writing and include all relevant documents or statements of support. Appeals may be submitted through the student's Academic Counselor or Financial Services Representative or may be mailed to:

Student Appeals Committee
Western International University
9215 N. Black Canyon Highway
Phoenix, Arizona 85021

The Student Appeals Committee will review the student's submissions as well as any other relevant information and render a written decision within two weeks of reviewing the appeal.

# Financial Aid

Western International University (WIU) participates in five Title IV Financial Aid programs designed to give students who need or desire assistance several alternatives in financing their education. Information and/or application forms may be obtained from the Finance Office at each campus. Students may apply for financial aid if they are enrolled in an eligible degree or certificate program.

Students may borrow to the federal limits of their financial aid eligibility once every academic year (a minimum of 24 passing credits and not less than 30 weeks of instruction time). At WIU, students are required to successfully complete at least 24 credits. This type of funding method is called borrower-based. Therefore, students may be eligible to apply for two, three or four loans and/or two, three or four grants during their program. Normal processing time is 30 to 60 days. Students must complete the credits approved under the first loan of their academic year before receiving disbursement of a new loan.

# Financial Aid

All students applying for financial aid at WIU will have loan documents reviewed for eligibility and approval by the WIU Financial Aid Office prior to each disbursement of financial aid loans and/or grants. Students must reapply for financial aid at least 60 days prior to the expiration date of their current loan period.

All students receiving financial aid must comply with the requirements of WIU's Satisfactory Academic Progress Policy (SAP) for Title IV recipients. Those students not making satisfactory academic progress may be academically disqualified and/or financial aid disqualified.

## Federal Pell Grant Program

A Federal Pell Grant is an award that helps qualified undergraduate students (who have never obtained a Bachelor degree) supplement a portion of their education. Unlike loans, repayment of Federal Pell Grants is not required, as long as students complete the required amount of coursework. Eligibility is based on a formula revised and approved each year by Congress.

## Federal Stafford Student Loans (Subsidized and Unsubsidized)

Federal Stafford Loans (formerly GSL loan program) are low-interest loans. Loans are made by lenders such as banks or credit unions. These loans are not credit-based. These loans are insured by the appropriate national or state guarantee agency and reinsured by the federal government. Loans must be repaid once students graduate or withdraw from the University.

The federal government pays the interest on Subsidized Federal Stafford Loans while the student is in school. For Unsubsidized Federal Stafford Loans, the student has the option of deferring interest although the interest continues to accrue.

The Subsidized Federal Stafford Loan is made to borrowers who demonstrate financial need according to the federal methodology. The Unsubsidized Federal Stafford Loan may not be available to dependant students. Both graduate and independent undergraduates may apply for this loan.

Students cannot borrow more than their cost of education at WIU less any other financial aid received. Other financial aid could include, but is not limited to, tuition assistance, scholarships and veteran benefits. Funding amounts are based on the level of credits students have reached in their academic progress. Information on current interest rates, loan limits, insurance premiums and guarantee fees can be obtained from your Financial Services Representative.

After students graduate or leave school, they have a six - month grace period before beginning repayment for the Federal Stafford Loans. During the grace period, students receiving subsidized funds are not required to pay the interest or principal. For an Unsubsidized Federal Stafford Loan, students have the option of deferring interest but the interest will continue to accrue.

Your Financial Services Representative will provide loan applicants with a list of lenders who participate in the federal loan programs. Students that are using financial aid as their primary payment option must select a lender.

## Financial PLUS Loans

The Federal PLUS Loan is available to parents of d ependent students. This loan is a low-interest, non-need based federal loan made by a private lender and subject to credit approval. Repayment begins 60 days from the date the loan is fully disbursed by the lender. The loan may be paid back to the lender over the course of 10 years.

## Campus Based AID

The Federal Supplemental Educational Opportunity Grant (FSEOG) Program awards grants, and the Federal Perkins Loan Program offers low interest loans. These programs are campus-based and administered directly by the Financial Aid Office. Unlike the Federal Pell Grant Program, which provides every eligible student with funds, campus-based programs receive a limited amount of funds from the federal government each year. Once the available funds have been distributed, no further awards can be made from campus- based programs for that year.

## FSEOG

FSEOG is available for undergraduates with exceptional financial need. This is defined as students with the lowest Expected Family Contributions (EFC). Students who receive Federal Pell Grants are given priority. FSEOG does not need to be paid back by students who successfully complete the required coursework during the award period.

## Perkins Loans

The Perkins Loan is a low-interest (5 percent) loan for both undergraduates and graduate students with exceptional financial need. This loan is made with WIU as the lender. Perkins loans must be repaid to the school. Repayment begins nine months after students graduate, leave school, or drop below half-time status. This nine-month period is called a grace period. At the end of the grace period, students must begin repaying the loans. Students may be allowed up to 10 years to repay this type of loan.

# Financial Aid

## Alternative Loans

Students who do not want to apply for federal funds or are not eligible to receive federal funds may consider an alternative loan. These loans are available through a variety of lenders and are based on credit worthiness. Interest rates and repayment options vary by lender. Additional information concerning other sources of funding may be obtained from your Financial Services Representative.

## Loan/Grant Disbursement

Loan applications may be certified and disbursed while students have an acceptable admission status. Additionally, students must be making Satisfactory Academic Progress as defined by federal regulations and outlined in this catalog.

Federal disbursements are made in two payments; at the beginning of the loan period and after successfully completing approximately one-half of the credits for that loan period. Any processing fees will be divided in half and deducted from both payments. The loan check will be co payable to the University and the student, or funds will be transferred via EFT (Electronic Funds Transfer) directly to WIU. With authorization from the borrower, the University will apply all financial aid monies toward tuition for the current half of the academic year. Any excess monies will be refunded to the student. Federal regulations require a delay in disbursement of loan monies to first-time borrowing students until after 30 days of attendance. Since WIU does not have standard fall/spring semesters, funding is borrower-based.

Grant disbursements are made to eligible students at the beginning and midpoint of the grant period.

## Satisfactory Academic Progress

Students receiving Title IV financial aid funds must maintain the minimum grade point average for their degree program. For information regarding the minimum grade point requirements for each degree, refer to the Academic Policies and Procedures in this catalog.

Students must also make satisfactory progress toward completing their degree programs within the maximum time frame allowed according to Federal regulations. The maximum time frame allowed is based on the required number of credits for graduation from the degree program, less any transfer or assessed credits, times 150%.

This maximum time frame will be evaluated for all periods of attendance at the University, including periods during which the student did not receive aid. Students who transfer between programs, majors or drop and re-enter, will have their maximum time frame evaluated based on courses that apply to the new program and/or major. Students must complete a minimum of 16 credits during each 24 attempted credit increment to make Satisfactory Academic Progress. Non-punitive or failing grades do not count as completed credits. A non-punitive grade is an incomplete (I) or a withdrawal (W). A failing grade is an (F). Each counts as an attempted credit as does each course the student begins. For repeated courses, only the repeated course that receives a passing grade counts as a completed course.

Students who are not making satisfactory academic progress at the end of a 24-attempted credit increment will be placed on financial aid probation. From that time, the student has two future 24-attempted credit increments to make up the credit deficiency. Students who do not make up the deficient credits within their two probationary increments, do not maintain the minimum credit requirement in the probationary increment (16), or are more than 8 credits deficient at the end of the second increment, will be placed on financial aid disqualification- at which time all Title IV funding will cease.

At the time of certification and each disbursement, the Financial Counselor requests a SAP audit to be performed by the Student Services Department.

The students are evaluated on the number of credits required for graduation in their degree program to determine the maximum time frame. The minimum number of credits required for graduation is 60 credits for the Associate's Degree, 126 credit hours for the bachelor's degree and 40 credit hours for graduate degrees. For more information, refer to the Academic Program Requirements section of this catalog.

The Student Services Department will notify students in writing if they have been placed on academic probation. If the SAP audit results in financial aid disqualification, the WIU Financial Aid Office will notify the student in writing. Students may continue to take courses at WIU; subject to University policies (see Academic Policies and Procedures in this catalog for more information). However, students will not be eligible for financial aid at that time. Students that feel they should not be disqualified from receiving financial aid should file a formal appeal following the guidelines set forth in the Financial Appeals process in the catalog.

# Financial Aid

The following example assumes that students have no transferred or applied credits for their program.

AA-Undergraduate Student
Increment completed Attempted
1 16 completed 24 credits
2 32 completed 48 credits
3 48 completed 72 credits
4 60 completed 90 credits

In the 4th increment, students only need 12 credits to graduate. Therefore, the student must complete 12 out of 18 credits attempted in order to not exceed the maximum time frame.

## Leave of Absence

On occasion, students may find it necessary to take a Leave of Absence (LOA). The LOA serves several purposes. While in a current academic year, it serves to maintain eligibility within the financial aid process. It also serves to delay students' grace/repayment periods for federal student loans. LOA should be requested any time the student will not be in attendance for a period of time greater than 29 calendar days. For students requesting an LOA, the following applies:

1. The LOA must be requested in writing, using the LOA Request Form. This form is available by contacting your Financial Services Representative.

2. Under most circumstances, only one LOA can be granted in any 12-month period.
3. Under most circumstances, the LOA should not exceed 90 calendar days (1 two-month term).
4. The LOA Request Form must be received by your Financial Services Representative before the last date of attendance.
5. If an unforeseen circumstance prevents the student from providing this request, the University may approve the leave, if the request and documentation is received within fifteen days of the last date of class attendance. The student is not eligible to receive financial aid disbursements while on an approved leave of absence. In addition, failure to return at the conclusion of the leave may result in the cancellation of any future scheduled federal financial aid.

All students requesting a LOA will be notified of their status by their Financial Services Representative. An LOA may also affect the amount of funding that the student may receive. Financial Services Representatives will re-evaluate the funding based on the number of months in the loan period and the amount of credits that will be completed during the loan period. Students will be notified of any changes.

# Student Right-To-Know

## Campus Safety

Western International University is strongly committed to crime prevention and to the safety of the University community. The University considers the personal physical safety of its students and employees necessary for a successful learning environment. In the event of an emergency while on campus, students should call 911 for immediate assistance. In a non-emergency situation, students should contact a campus administrator or available security personnel for assistance. All criminal activity is logged and, if possible, action taken to avert further incidents (i.e. additional security personnel, increased parking lot lighting, etc.). Security personnel are stationed on campus to ensure student, employee, and property safety. Local law enforcement agencies will be notified of crimes warranting their involvement.

# Student Right-To-Know

### Campus Statistics

Under the Federal Student Right-To-Know and Campus Security Act, Western International University is obligated to publish statistics regarding on-campus crimes that have been reported to campus security authorities or local law enforcement services. Campus locations that are to be included in this report are only those that fall under the jurisdiction of WIU.

Crime statistics may be found on the WIU website: www.wintu.edu.

### Sexual Assault Prevention Programs and Sexual Harassment

Sexual Assault Prevention programs and literature are available from the local law enforcement agency. If a student is sexually assaulted, it is recommended that the local law enforcement agency be notified immediately (dial 911). Student's who believe they have been sexually harassed by faculty, administrative personnel, or other students, are urged to report these incidents to the Director of Student Services.

An immediate investigation of all complaints will be undertaken. Anyone found, after appropriate investigation, to have inappropriately harassed a student or employee, will be subject to sanctions. Student sanctions may include written warnings and/or dismissal. Faculty members and employees are subject to written warnings and/or terminations.

### Student Completion Rate

In accordance with the Higher Education Act of 1965, each educational institution must publish its student completion rate excluding graduate programs. Western International University's completion rate averages 60% across all programs.

# Drug & Alcohol Prevention Program

The U.S. Department of Education requires institutions of higher education to provide a drug prevention and awareness program for their students and employees.

### Standards of Conduct

All students are expected to conduct themselves as mature adults and members of an academic community. The consumption of alcohol or drugs while attending class, or meeting with campus personnel, is prohibited.

### Associated Health Risks

There are dangers related to specific drugs. Listed below are the names of some of these drugs and the dangers that accompany them.

### Marijuana

Can slow reflexes, diminish mental power, impair judgment and cause forgetfulness. Can damage lungs, the reproductive system and brain functions.

### Cocaine

Can create the illusion of being superhuman, can impair judgment and decision-making ability, cause emotional problems, mood swings, loss of dependability and can increase workplace crime due to the high cost of the drug. Can damage the respiratory and immune systems and can cause malnutrition, seizures and loss of brain functions.

### Heroin

Can cause lack of interest in workplace safety. The high cost of the drug can cause an increase in workplace crime. Dirty needles and other such paraphernalia can cause an increase in the spread of diseases such as AIDS. Can diminish personal productivity, damage relationships, and cause loss of financial stability. An overdose can cause a coma and/or death. Heroin is addictive, even in small amounts, and withdrawal is difficult and painful.

### Hallucinogens (PCP, LSD, Ecstasy)

Can cause hallucinations that distort audio and visual perceptions. Can cause sudden changes in behavior that may result in attacks on others. Can also cause loss of concentration and memory after the drug has worn off.

### Amphetamines

Can cause the feeling of being rushed and result in pushing oneself beyond capacity. Can disrupt family life and cause serious health problems such as kidney and liver disease.

### Sedatives

Can slow mental reflexes, causing danger for those in positions that require mental alertness. Can disrupt family life and cause serious health problems such as kidney and liver disease.

# Drug & Alcohol Prevention Program

### Alcohol

Can cause loss of concentration and judgment, tardiness and absenteeism, placing a greater share of the workload on co-workers. Can also increase the inability to deal with problems at work. Can cause liver and kidney disease. Excessive use can result in alcoholism.

### Sanctions the School will impose

Any student found consuming or selling alcohol or drugs on school property, or using University resources, will be subject to discipline on a case-by case basis. Disciplinary action will be based on the seriousness of the situation. Some cases may result in dismissal from school. In all cases, the school abides by local, state and federal sanctions regarding unlawful possession of drugs and the consumption of alcohol by minors. All illegal drugs are governed by the program.

### Counseling, Treatment and Rehabilitation Programs

In order to assist any student who may have a drug or alcohol problem, the following national toll-free phone numbers are provided. These associations can assist in identifying a counseling, treatment, or rehabilitation program.

- Al-Anon
  1-800-356-9996
- National Council on Alcoholism and Drug Dependence
  1-800-NCA-CALL
- Drug Free Workplace Helpline
  1-800-843-4971
- National Drug and Treatment Referral
  1-800-662-HELP

# University Teaching and Learning Model

At WIU Online the focus is on learning. Those successfully completing the Associate of Arts Degree in Business will be prepared, at various levels, for employment and/or advancement in the national and international work environments.

The WIU Online teaching and learning model is a unique one that combines both traditional and non-traditional approaches that best serve our students. Each session is nine weeks in length.

The WIU Online faculty is also a blend of traditionally and non-traditionally prepared (master's-degree or higher) and working professionals- many with international experience. They bring both theoretical and practical knowledge and skill to their teaching and facilitate student collaboration to maximize learning.

To accommodate a variety of learning styles, teaching methods include lecture, discussion, case study, projects, and application of concepts and theory to real world situations. Students are encouraged to target their assignments to issues and projects directly related to their work or primary areas of interest.

To prepare students for successful employment and advancement in the business world, WIU Online also incorporates global, multicultural, and international perspectives in its curriculum and emphasizes communication, critical thinking, and computer skill development.

It is the University's belief that any student who might benefit from enrollment in its programs is welcome. However, academic standards remain rigorous and require that students come to WIU Online prepared for university-level work or seek the preparation they need either before they begin their coursework or during their initial enrollment period. Learning is a social, and often a sequential, experience. Therefore, it is critical that students enroll with the commitment to attend and actively participate in all classes. It is important to take classes in the recommended order as detailed in the following program descriptions. All course prerequisites must be met prior to enrolling in courses which require them.

# Academic Program Requirements

## Associate of Arts in Business Degree

The Associate of Arts in Business (AAB) Degree provides students with a solid background of general knowledge in addition to a broad-based business foundation. WIU Online's AAB program is designed so that students wishing to continue their education are prepared to move easily into the core and major course requirements of any bachelor degree program offered at WIU or University of Phoenix Online, a partner institution.

Total number of credits required - 60

AAB Degree Requirements:

- General Education Core Requirements - 48 credits
- Common Body of Knowledge Requirements - 12 credits

Additional Requirements:

- A minimum of 30 credits must be earned in residence at WIU Online.
- 18 of the required 30 credits completed in residence at WIU Online must include, without exception, the following "Foundation Courses": IT 101, COM 110, COM 112, COM 210, CRT 201, and ETH 123.
- 3 of the required 12 credits in the Common Body of Knowledge, must include INB 300.
- Students must maintain a minimum cumulative grade point average of 2.0 (C) or higher for all coursework at WIU Online.

## General Education Requirements

General Education courses provide foundation knowledge for all undergraduate degree programs. The requirements consist of 48 credits in the General Education categories and 12 credits in the Common Body of Knowledge (business emphasis).

### Communication Arts - 12 Credits

- COM 110 Effective Persuasive Writing (Foundation Course)
- COM 112 Utilizing Information in College Writing (Foundation Course)
- COM 210 Written Communication (Foundation Course)
- CRT 201 Critical Thinking (Foundation Course)

### Information Technology - 3 Credits

- IT 101 Skills for Learning in an Information Age (Foundation Course)

### Humanities - 6 Credits

Select two of the following courses:

- HUM 201 World Culture and the Arts
- HUM 127 Religions of the World
- LIT 205 World Literature
- PHI 101 Introduction to Philosophy

### Social & Behavioral Sciences - 6 Credits

- ETH 123 Cultural Diversity (Foundation Course)
- INS 301 Introduction to World Cultures & Social Environments

### Mathematics - 6 Credits *Indicate courses requiring a prerequisite

Select two of the following courses:

- MAT 105 Basic Math
- MAT 106 Algebra IA*
- MAT 107 Algebra IB*

### Natural Science - 3 Credits

Select one of the following courses:

- SCI 244 Geology
- SCI 264 General Physics
- SCI 270 Environmental Science

# Academic Program Requirements

## Open Electives- 12 Credits

The Open Elective credit block offers students the opportunity to pursue a variety of topics of interest. Please speak with your Academic Counselors for a list of available courses to fulfill this requirement.

## Common Body of Knowledge (CBK)

A portion of all Bachelor degree programs are comprised of Common Body of Knowledge (CBK) courses which represent the competencies necessary for effective performance in business environments.

## Common Body of Knowledge (CBK) Requirements - 12 credits

Courses providing competencies common across all degree programs at WIU and University of Phoenix Online, a partner institution:
- INB 300 International Business (residency requirement)

Select three of the following courses:
- ECO 301 Economic Theory
- IT 300 Management Information Systems
- MGT 340 Organization Theory and Behavior
- MGT 352 Political, Legal and Ethical Issues in Business

# Course Descriptions

WIU Online courses listed below are offered as part of the current AAB program or former programs still in progress.

## COM 110 Effective Persuasive Writing

Effective Persuasive Writing (COM 110) focuses on developing the writing skills of entry-level college students. This 9-week course emphasizes the use of Standard English grammar and mechanics, correct spelling, and basic documentation skills as well as coherence and correctness in written communication. COM 110 students will examine the characteristics of the persuasive essay and utilize the steps in the writing process to create an effective persuasive essay. (3 credits)

## COM 112 Utilizing Information in College Writing

This course continues to build writing skills as students explore the strategies for organizing, writing and documenting a research paper in a specified style. (3 credits) Prerequisites: COM 110 and IT 101

## COM 210 Written Communication

Internal and external business communications using nonverbal techniques are addressed in this course. Major topics are how to effectively write job-related communiqués such as letters, memos, résumés, bids and proposals. (3 credits) Prerequisites: COM 110, COM 112, IT 101 and CRT 201

## CRT 201 Critical Thinking

This course is designed to help students develop the ability to think both clearly and critically. Emphasis is placed on recognizing fallacious reasoning; unclear or misleading language including sexism and connotative terms; and manipulative techniques used in various forms of communication. (3 credits) Prerequisites: IT 101 and COM 110

## ECO 301 Economic Theory

This course introduces fundamental economic theory in both microeconomics and macroeconomics. Economic principles are studied and their application and impacts on all aspects of economic life are analyzed and discussed. Topics covered include supply, demand, consumption, production, investment, money, inflation, interest rates, unemployment and economic growth. (3 credits) Prerequisite: Foundation Courses

## ETH 123 Cultural Diversity

This course is designed to educate students about issues of diversity, including, but not limited to, race/ethnicity, gender, sexual orientation, age, disability, and class, and to provide the tools necessary to promote a more respectful and inclusive society. (3 credits) Prerequisites: COM 110, COM 112, IT 101, and CRT 201

# Course Descriptions

## HUM 127 Religions of the World
A comparative study of major religions of the world and their impact on the cultures in which they are prevalent. This course reviews tenets of Buddhism, Christianity, Confucianism, Hinduism, Islam, Judaism and Taoism. (3 credits) Prerequisite: Foundation Courses

## HUM 201 World Culture and the Arts
Culture and the arts play a complex role in enriching the human experience. Universal human themes and values in art and the power and influence of the arts are examined by analyzing art forms from great world literature to popular contemporary alternative media. (3 credits) Prerequisite: Foundation Courses

## INB 300 International Business
Environmental constraints on doing business abroad, effects of overseas business investments on domestic and foreign economies, foreign markets analysis, operational strategy of a firm, and management problems of international operations are the major topics covered in this survey course in international business. (3 credits) Prerequisite: Foundation Courses

## INS 301 Introduction to World Cultures & Social Environments
The course uses comparative and historical methods to focus on how the religious, philosophical, historical and cultural aspects of various civilizations impact modern problems, processes and outcomes. Students will examine the impact of colonialism and the modern state, building on the cultures and societies of the area. Focus is placed on the cultures of the Pacific Rim, Latin America, and Europe. (3 credits) Prerequisite: Foundation Courses

## IT 101 Skills for Learning in an Information Age
This course introduces students to learning in an information-rich society. Students will develop strategies for successful distance learning, time management, and managing the abundance of information available in today's society. Students will also explore the appropriate use of information in an academic environment. (3 credits)

## IT 300 Management Information Systems
This course provides an introduction to the use and application of information systems technology in the business environment. Concepts include the components of M.I.S., the systems development process, and the uses of the basic types of information systems in support of the organization's goals and objectives. Topics discussed include basic hardware and software concepts, telecommunications, business processes, strategy, databases, artificial intelligence, ethics, legal issues, and electronic commerce using the Internet. (3 credits) Prerequisite: Foundation Courses

## LIT 205 World Literature
This course covers prose and poetry by major world authors. Readings are chosen to enhance appreciation of literature and to prompt students to explore universal themes and values as well as the creative literary techniques that appear in great works. (3 credits) Prerequisite: Foundation Courses

## MAT 105 Basic Mathematics
This course focuses on foundational understanding of basic mathematics principles including arithmetic, decimals, fractions, percentages, linear equations with one and two variables, simple geometry and concepts of algebra. This course is not available to students who have already completed MAT 106. (3 credits) Prerequisite: Foundation Courses

## MAT 106 Algebra IA
With special focus on the application of algebraic principles to business and industry, MAT 106 begins study of the basic concepts of algebra, including variable expressions, operations on polynomials, graphing linear equations, inequalities, factoring, exponents, radicals and quadratic equations. (3 credits) Prerequisite: Foundation Courses

## MAT 107 Algebra IB
MAT 107 continues study of the basic concepts of algebra, including variable expressions, operations on polynomials, graphing linear equations, inequalities, factoring, exponents, radicals and quadratic equations. (3 credits) Prerequisite: Foundation Courses and MAT 106

## MGT 340 Organization Theory and Behavior
Realistic case studies, group exercises and self-assessment illustrate the integration of the principles, philosophies and theories of management/leadership and organizational behavior as used in public and private organizations. Some of the topics included are: evolving management thought, functions and practices, management approaches, general management systems theory, contingency management and process analysis. (3 credits) Prerequisite: Foundation Courses

# Course Descriptions

## MGT 352 Political, Legal and Ethical Issues in Business

How the management of business, including its structure, personnel, activities and concerns is impacted by government policies and regulations. Specifically, this course addresses the legal environment within which all businesses must operate, ethical considerations for businesses and the interrelation of the two. (3 credits) Prerequisite: Foundation Courses

## PHI 101 Introduction to Philosophy

Philosophical thinking and reasoning are introduced by examining the basic questions of life: knowledge, values, ethics, society and the nature of reality. Exploring the meaning of life and helping the students develop a unique philosophy of life statement are integral parts of this course. (3 credits) Prerequisite: Foundation Courses

## SCI 244 Geology

Two billion years of earth history are explored, covering rocks and minerals, weathering and erosion, stratigraphic principles, the geologic time scale, geologic structures, plate tectonics, mountain building, volcanism, landforms and economic geology. Visits to unique geologic environments and field trips to selected sites are included. Lab fee may be required. (3 credits) Prerequisite: Foundation Courses

## SCI 264 General Physics

The principles of Newtonian and modern physics, including mechanics, heat, sound, electricity, light and atomic physics are covered in this course. Emphasis is on comprehension of concepts rather than on computations. (3 credits) Prerequisite: Foundation Courses

## SCI 270 Environmental Science

Providing a general overview of scientific knowledge, this course examines the current and future issues of the global environment from the scientific, social, business and individual perspectives. (3 credits) Prerequisite: Foundation Courses

# Directors

## WIU Online Department Directors

**Dr. Stan Meyer**
Campus Director

**Ms. Yvonne Phelps**
Associate Director of Academic Affairs

**Ms. Nikki Fosse-Mancuso**
Director of Enrollment

**Mr. Josh Cage**
Associate Director of Finance and Administration

**Ms. Sarah Leon**
Director of Student Services

## WIU Department Directors

**Ms. Jo Arney**
Executive Director of Operations

**Ms. Kay Look**
Director of Curriculum and Academic Affairs

**Ms. Karen Janitell**
Director of Enrollment

**Mr. Roger Walton**
Director of Finance and Administration

## WIU Board of Directors

**Ms. Abbie Beller**
President
Global Advantage, Inc.
Phoenix, AZ

**Mr. John Jacobs**
CIO
Salt River Project
(Retired)
Phoenix, AZ

**Mr. Michael J. Seiden**
President
Western International University
Phoenix, AZ

**Mr. Dan Diethelm**
Private Investor

**Mr. Todd S. Nelson**
President
Apollo Group, Inc.
Phoenix, AZ

WIU Online Campus
4150 S. Riverpoint Parkway
Phoenix, Arizona 85040