## WITHDRAWAL FROM THE UNIVERSITY
### Return of Title IV Funds Due to Student Withdrawal

For current financial aid recipients, a tuition percentage will be determined based on the return of Title IV funds regulations. The Office of Student Financial Aid determines the return of Title IV funds percentage and informs the Office of the Registrar. Institutions are required to determine the percentage of Title IV aid "earned" by the student and to return the unearned portion to the appropriate aid program. This percentage is determined by the percentage of the enrollment period completed by the student, as outlined below.

**Students must officially withdraw their registration through the Office of the Registrar, 1 Jessup Hall.**

The return of funds policy follows these steps.

- **Determine the percentage of the enrollment period completed by the student.**

    Days Attended ÷ Days in Enrollment Period = Percentage Completed

    If the calculated percentage exceeds 60%, then the student has "earned" all Title IV aid for the enrollment period.

- **Apply the percentage completed to the Title IV aid awarded to determine the student's eligibility for aid prior to the withdrawal.**

    Total Aid Disbursed  x  Percentage Completed  =  Earned Aid

- **Determine the amount of unearned aid to be returned to the appropriate Title IV aid program.**

    Total Disbursed Aid - Earned Aid = Unearned Aid to be Returned

    If the aid already disbursed equals the earned aid, no further action is required. If the aid already disbursed is less than the earned aid, a late disbursement will be made to the student. If the aid already disbursed is greater than the earned aid, the difference must be returned to the appropriate Title IV aid program.

- **Distribute the responsibility to return funds between the institution and the student.**

    If the type of aid that the student is responsible for returning is a loan, then the student is not required to immediately repay the amount as the grace period for the loan, generally six months, is invoked. If the type of aid that the student is responsible for returning is a grant, then the student will incur a charge on the University bill. Federal return of funds regulations require that the student only repay one-half of the grant amount that is unearned.

    Any refund or repayment obligation will be clearly outlined for the student in writing and will also appear on their University bill.

- **Return the Title IV aid, based on the type of aid disbursed, in the following order:**

  1. Federal Direct Unsubsidized Stafford Loan
  2. Federal Direct (Subsidized) Stafford Loan
  3. Federal Perkins Loan
  4. Federal Direct PLUS (Parent) Loan
  5. Federal Pell Grant
  6. Federal SEOG

If the contracted charges are adjusted downward by the Registrar or Housing Office after the withdrawal was finalized, any credit balance will be refunded to the funding source in the order outlined above.

For examples regarding the application of the Return of Title IV Funds policy, the student should call 335-1445 or come to Room 208 Calvin Hall.

The student's grace period for loan repayments for Federal Unsubsidized and Subsidized Stafford Loans, Perkins Loans, and HEAL Loans will begin on the day of the withdrawal from the University. The student should contact the lender if they have questions regarding their grace period or repayment status.

If the student withdraws from the University, their employment under both the Work Study and part-time hourly employment programs will be terminated. The student's eligibility for future financial aid may change based on their withdrawal from the University and the University of Iowa Reasonable Academic Progress (RAP) Standards.

The RAP Standards require that an undergraduate who enrolls for two terms of an academic school year must complete twenty-two semester hours (twelve semester hours for a graduate student) by the end of an academic school year (fall and spring semesters plus the subsequent summer session).

If the student is unable to earn the required semester hours over the academic year due to their withdrawal, they will be placed on RAP probation and remain eligible for financial aid during the probationary term.

If the student withdraws from both fall and spring semesters of an academic school year, they are no longer eligible for financial aid

If the student withdraws during a RAP probation, they will no longer be eligible for financial aid.

If the student wishes to establish future financial aid eligibility, they must file a RAP appeal or complete the necessary hours and GPA requirement of the RAP Standards without financial aid or remain out for one year and return as a reenrolling student eligible for aid under the RAP Standards. RAP appeal forms can be downloaded from the financial aid web site.

**Morsell Ector**
**Enrollment Counselor**
**Axia College of Western International University An Educational Partner with University of Phoenix Online**
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
**3157 E. Elwood Street**
**Phoenix AZ 85034**
**1.800.822.1319 ext. 34019**
**Fax# 602.735.1253**
**morseller.ector@apollogrp.edu**



# Return of Title IV Funds

Federal financial aid law specifies how a school must determine the amount of Student Financial Aid (SFA) program assistance that you earn if you completely withdraw from all of your classes. The law requires that, when you withdraw during a payment period, the amount of SFA program assistance that you have earned up to that point is determined by a specific formula. If you received (or your school received on your behalf) less assistance than the amount that you earned, you will be able to receive those additional funds. If you received more assistance than you earned, the excess funds must be returned.

The amount of assistance that you have earned is determined on a pro-rated basis. That is, if you completed thirty percent of the payment period, you earn thirty percent of the assistance you were originally scheduled to receive. Once you have completed more than sixty percent of the payment period, you earn all of your assistance.

If you received excess funds that must be returned, SFCC must return a portion of the excess equal to the lesser of:

- your institutional charges multiplied by the unearned percentage of your funds, or
- the entire amount of the excess funds.

If SFCC is not required to return all of the excess funds, you must return the remaining amount. Any loan funds that you must return, you (or your parent for a PLUS Loan) repay in accordance with the terms of the promissory note. That is, you make scheduled payments to the holder of the loan over a period of time.

If you are responsible for returning grant funds, you do not have to return the full amount. The law provides that you are not required to return 50 percent of the grant assistance that you receive that is your responsibility to pay. Any amount that you do have to return is a grant overpayment, and you must make arrangements with SFCC or the Department of Education to return the funds.

If there are SFA funds to be returned, they must be returned in the following order until the return amount is exhausted.

1. Unsubsidized FFEL Stafford Loan
2. Subsidized FFEL Stafford Loan
3. FFEL PLUS Loan
4. Pell Grant
5. SEOG
6. Other Title IV programs

Schools may exclude unreturnable books or equipment costs, fees that are passed on to other entities, and discretionary costs such as parking fines and service charges from the Return of Title IV Funds calculation.

**Morsell Ector**
**Enrollment Counselor**

3

Axia College of Western International University An Educational Partner with University of Phoenix Online
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
3157 E. Elwood Street
Phoenix AZ 85034
1.800.822.1319 ext. 34019
Fax# 602.735.1253
morseller.ector@apollogrp.edu

4

file://C:\WINDOWS\TEMP\GW}00001.HTM

Return of Federal Title IV Funds Procedures -
Bursar Process

REFUND/REPAYMENT (1998 Reauthorization)

Sec. 668.22 Treatment of Title IV funds when a student withdraws

All prior statutory language in this section has been replaced with new language.

A portion of Title IV grant or loan funds, but not Federal Work-Study funds, must be returned to the Title IV programs upon a Title IV recipient's withdrawal from school. The law does not specify an institutional refund policy.

Withdrawal date: The day the student withdraws is the date (determined by the school):

- the student began the prescribed withdrawal process;
- the student otherwise provided the school with official notification of the intent to withdraw; or
- for "unofficial withdrawals" the midpoint of the payment period or period of enrollment for which Title IV assistance was disbursed (unless the institution can document a later date).

Percentage of payment period completed: Divide the total number of calendar days comprising the payment period for which assistance is awarded into the number of calendar days completed as of the withdrawal date.

Calculation of Title IV assistance earned: The percentage of Title IV assistance earned is equal to the percentage of the payment period completed-up through the 60 per cent point. If the withdrawal date occurs after the 60 per cent point, then the percentage of Title IV assistance earned is 100 per cent. This percentage is then applied to the total amount of Title IV grant and loan assistance that was disbursed (and that could have been disbursed) to the student, or on the student's behalf, for the payment period for which it was awarded.

Differences between amount earned and amount received: The school will follow the regulations for late disbursement if the student received less grant or loan assistance than the amount earned. If the student has received more grant or loan assistance than the amount earned, then the unearned funds shall be returned by the school or the student, or both.

Responsibility of the school: The school shall return the lesser of the unearned amount of Title IV assistance or an amount equal to the total institutional charges the student incurs for the payment period, multiplied by the unearned percentage of awarded Title IV grant and loan assistance.

Responsibility of the student: The student returns unearned Title IV assistance minus the amount the school returns. (Note that there is no longer any discretion on the school's part as to the presumed amount of noninstitutional costs incurred by the student.)

Special rule: A student (or parent for PLUS loans) repays the calculated amount attributable to a Title IV loan program according to the loan's terms. (Note that this includes Perkins now.) A student repays a Title IV grant



program subject to repayment arrangements satisfactory to the school or the Secretary's overpayment collection procedures. A student shall not be required to return 50 percent of the grant assistance received that is the responsibility of the student to repay. (This is done in acknowledgment that the neediest students have up-front expenses and limited resources to cover them.)

Order of return of Title IV funds: Unearned funds returned by the school or student are credited to outstanding Title IV loan balances. Excess funds must be credited to outstanding balances in the following order:

- Unsubsidized Federal Direct loans
- Subsidized Federal Direct loans
- Federal Perkins loans
- Federal Direct PLUS loans

If funds remain after repaying all outstanding loan amounts, then the remaining amount is credited to grant programs in the following order:

- Federal Pell Grants
- Federal SEOG
- Other Title IV assistance for which a return of funds is required.

Funds from sources other than Title IV programs are no longer included.

Timeframe for the return of funds: An institution must return the funds for which it is responsible no later than 30 days after the date of its determination that the student withdrew.

IMPLEMENTATION DATE

The law gives an effective date for the provisions contained in this section of the law of two years after the date of enactment (that would be October 7, 2000). However, an institution may choose to implement the provisions on or after November 1, 1999. The Department has said that all of the provisions under this section of the law (section 484B) go together; an institution must implement all or none.

Example A

Student A lived on campus; his institutional charges of tuition, fees, room and board totaled $8,000 for the payment period. He was awarded $6,000 in Title IV grants and loans. All of his aid was disbursed (it doesn't matter whether the aid was disbursed by crediting his account or by giving cash to him directly). Student A withdraws after completing 30% of the payment period.

Step 1: Determine how much of this aid the student is entitled to use. Student A was enrolled for 30% of the payment period, and has thereby "earned" 30% of his aid: $1,800.

Step 2: Determine how much has to be returned. The unearned percentage is 70%. The unearned amount is $4,200, which must be returned.

Step 3: Determine who must return the aid. The institution must return the lesser of (a) the full amount of unearned aid ($4,200) or (b) an amount equal to institutional charges multiplied by the unearned percentage ($8,000 x 70% = $5,600). The institution must return the full $4,200. The student is therefore not required to return any funds.

Example B

Student B lived off-campus; her institutional charges of tuition and fees totaled $5,000 for the payment period. She was awarded $6,000 in Title IV grants and loans. All of her aid was disbursed. Student B withdraws after completing 30% of the payment period.

Step 1: Determine how much of her aid the student is entitled to use. Student B was enrolled for 30% of the payment period, and has thereby "earned" 30% of her aid: $1,800.

Step 2: Determine how much must be returned. The unearned percentage is 70%. The unearned amount is $4,200, which must be returned.

Step 3: Determine who must return the aid. The institution must return the lesser of (a) the full amount of unearned aid ($4,200) or (b) an amount equal to institutional charges multiplied by the unearned percentage ($5,000 x 70% = $3,500). The institution must return $3,500. The student must return the balance of unearned funds ($4,200 - $3,500 = $700). Note that the calculation assumes that all available Title IV funds were used first to pay institutional charges ($5,000), and that the balance of the total Title IV grants and loans ($1,000) was given to the student.

Morsell Ector
Enrollment Counselor
Axia College of Western International University An Educational Partner with University of Phoenix Online
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
3157 E. Elwood Street
Phoenix AZ 85034
1.800.822.1319 ext. 34019
Fax# 602.735.1253
morseller.ector@apollogrp.edu

7

file://C:\WINDOWS\TEMP\GW}00001.HTM                                    7/8/05