Page 1 of 4

### When does the LOA form have to be submitted?
LOAs still must be requested using the new form on or before the last date of class attendance. However, they can be accepted up to 15 days after the last date they were in class (as long as there is a written explanation attached). This form is available on the student website. Students can only receive a LOA that begins on a W grade course if the campus approves the corresponding Authorization Withdrawal Tuition Credit (AWTC).
The form has to be initially submitted to the campus and then to ACS within 20 days.

### How many LOAs can you have in a 12 month period?
A student can have up to 2 LOAs in a 12 month period. A second leave during a 12 month period may be approved for special circumstances such as military reasons, FMLA, jury duty, course cancellation, and natural disasters. The first approved LOA and its associated Last Date of Attendance is used to determine the start of a 12 month period.

### Is there an electronic version of the LOA form?
There is a PDF version of the LOA form available on the FAW. The form must be printed out and faxed to ACS at 480-598-4381. The form must have a date the student will be returning from class, but you can list exactly 60 days from the start of the LOA and be OK. We can't extend LOAs, but it's OK for students to return early.

### When does the student have to sign the LOA form?
Students should sign the LOA form before the start of the LOA. If they don't, they can do so up to 15 days from the LOA as long as they complete the portion of the form asking why they signed it late (not the reason for the LOA). Campuses have 20 days from the LDA to fax it in and ensure it has been logged into PeopleSoft as received.

### How many LOAs can you have in a 12 month period?
A student can have up to 2 LOAs in a 12 month period. A second leave during a 12 month period may be approved for special circumstances such as military reasons, FMLA, jury duty, course cancellation, and natural disasters. The first approved LOA and its associated Last Date of Attendance is used to determine the start of a 12 month period.

> **Determining breaks to see whether a Leave of Absence will be needed:**

29 days is sill the magic number, 21 days for Georgia students. Students receiving Financial Aid must complete a Leave of Absence form.

### How do you calculate the 21, 29 or 60 day break?
Going out: Last Date of Attendance (LDA) determines when the break starts.
If a student has earned a W or WF grade, count the **last night** they posted Y attendance as their last day of attendance. If however, they have earned a true grade (anything other than a W or W/F) count the **last night of the course** as their last day of attendance. There cannot be an LOA with a WF grade.

> **Program/Version Changes Will Affect FA**

Anytime a student changes his/her program/version, this may affect their financial aid (resulting in reduced levels of funding for their 1st academic year in the new program if their prior courses do not apply to the new program). For counselors, this means you should always let students know that a program change could affect their FA and to determine which courses (if any) that applied to the first

program will not apply to the second. Remember, if the total lower division is different in the new program/version, this might change how their transfer credit was applied, so don't just look at the courses they've taken at UoP - LOOK AT ALL THE CREDITS.

> **180 Day Rule**

For reentry students, if they've been out over 180 days it's harder for them to get more FA funding. They can still get FA, but being out over 180 days may reduce the amount they can get (Due to starting a new AY/LP, the student may take longer to process grade levels in order to increase their funding).

> **Online Shared or Transfer Students**

Regardless of the campus, the LOA date is calculated based on the LDA.

**Here is an example:**
A student drops SOC/101 (end date of course 11/12/03) after the 1st night. The student's return date must be on or before 1/11/04.

> **Other Frequently Asked Questions:**

**Is it true that if a FA student doubles for only one week, they will need to pay cash only for that one week double up not for the entire class?**
If a student doubles up, we exclude the weeks from certification. With academic year (AY) requirements of 24 credits and 30 weeks, a student taking a standard 5 week class of three credits can actually have 10 weeks overlapping before the award is adjusted. The reason is because it would normally take 40 weeks to complete 24 credits. If it only takes 30 weeks, we'll still cover the full 24 credits. If there are 11 weeks of double-ups, we would include an additional class in the AY, so the student will need to cover the cost of 9 classes with the same award amount. Often, that results in a shortfall.

**Does the student have to be back in class on the 29/21 day or the 30/22 day?**
Students can have 29 consecutive calendar days with no attendance posted (21 in GA) and be fine. Once they hit the 30th day (22 in GA), exit tracking checklists will open and the account will be reviewed for a possible refund calculation.

**Is there an exception if the student is scheduled within 29 days, but does not attend the first night of class (but complete the second workshop and complete the course)? Are they counted as being "in attendance" even though they didn't start within 29 days?**
If the student misses the first night of the class and it's the only night missed, he/she will be fine financially as long as he/she completes the class with a grade.

**What is the difference between collections and CCC collections?**
Collections are the campus collections which involves the campus working with students on unpaid balances. The CCC sweep 180 day balances from Oracle and work with the students. Once students are in the hands of CCC, they can't be worked by the campuses unless the campuses get the AR back from the CCC.

### Should a student remain in class if they are delinquent?

Various campuses use different reasons for coding students as delinquent. Some code them only if the paperwork is late, but before there are any balances on account. Most campuses allow students to attend class while the FA is being processed even though charges are accruing.

**Morsell Ector**
**Enrollment Counselor**
**Axia College of Western International University An Educational Partner with**
**University of Phoenix Online**
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
**3157 E. Elwood Street**
**Phoenix AZ 85034**
**1.800.822.1319 ext. 34019**
**Fax# 602.735.1253**
**morseller.ector@apollogrp.edu**