Policy for Title IV recipients - Effective October 1, 2000 the University will implement the new federal return provisions for recipients of Student Financial Aid (SFA). The new requirements, which will apply to students who have returns calculated on or after October 1, 2000, will use a formula to determine the amount of SFA funds a student has earned as of his or her last day of class attendance. Students out of attendance for over 29 days and not on an approved leave of absence, will be considered withdrawn for Federal and University refund processing. Students residing in Georgia are considered to be out of attendance if they are absent for over 21 days.

The Policy for Title IV recipients is in addition to the University's Tuition Refund Policy. Both calculations will be completed when the student withdraws
If a student withdraws before completing more than 60% of the payment period, the percentage of SFA funds earned will equal the percentage of the calendar days completed in the payment period prior to the withdrawal date. After the student has completed 60% of the payment period, he or she has earned 100% of the SFA funds disbursed
The amount of SFA funds earned by the student is the percentage of SFA assistance that has been earned multiplied by the total amount of SFA assistance that was disbursed for the payment period, to include funds retained by the University and funds given directly to the student
Percentage Earned - The percentage of SFA funds earned is equal to the percentage of the payment period completed as of the last date of attendance recorded from class attendance records
Percentage Unearned - The total SFA funds disbursed, minus the amount of SFA funds earned determine the amount of SFA loan and grant aid that is unearned and must be returned by the University.

The University will return the lesser of the following amounts:

*      The amount of SFA funds that the student does not earn, or

*      The amount that is equal to the total University charges incurred by the student for the payment period multiplied by the percentage of unearned aid

The University will return funds to the SFA Programs in the following order: Unsubsidized Federal Stafford Loans, Subsidized Federal Stafford Loans, Federal Perkins Loan, and Federal PLUS Loans. If funds remain after repaying


PLAINTIFF'S EXHIBIT 11

all loan amounts, those remaining funds must be credited in the following order: Federal Pell Grants (FSEOG), and other grants or loan assistance authorized by the U.S. Department of Education

After the University has allocated the unearned funds for which it is responsible, the student must return assistance for which they are responsible. This amount is calculated by subtracting the amount of unearned aid that the University is required to return from the total amount of unearned SFA assistance to be returned. The student (or parent in the case of funds due to a PLUS Loan) must repay loan funds in accordance with the terms of the loan and any grant funds as an overpayment. The student is obligated to return only one-half of the unearned grant amount.

Changes in my class schedule, which include breaks in excess of 29 days (or 21 days if attending a Georgia campus), may result in the cancellation or revision of student financial aid awards.

I have reviewed and understand the University's *Satisfactory Academic Progress Policy.

I have reviewed and understand the University's **Policy for Title IV recipients who withdraw or graduate from the University.

I understand that the interest accrued on any monies the University retains in my student account will be retained by the University Of Phoenix.

I understand that any excess funds above the amount the University retains will be issued to me after the University processes each disbursement.

I understand that although I have applied for student financial aid, I am responsible for all charges incurred while attending the University. I will, therefore, pay any charges not covered by financial aid.

I understand that the University Of Phoenix can and will retain Title IV Student Financial Aid funds and/or state funded student assistance, to include tuition charges (including state sales tax), rEsource fees, special course fees for Directed Studies and Graduation fees.

If I cancel my approval or do not choose to complete the authorizations subsequent to funds being disbursed, I must pay for each course and rEsource fees prior to my first date of attendance.

I understand that I may withdraw my approval for any one or all of the below authorizations at any time. This may be accomplished by contacting my campus Financial Aid Advisor. I also understand that a cancellation or modification of this Authorization will be effective for disbursements processed after the date the University received the change, and will not affect funds already retained.

Morsell Ector
Enrollment Counselor
Axia College of Western International University An Educational Partner with University of Phoenix Online
"CHANGING THE WORLD ONE DEGREE AT A TIME"
3157 E. Elwood Street
Phoenix AZ 85034

1.800.822.1319 ext. 34019
Fax# 602.735.1253
morseller.ector@apollogrp.edu