

Western International University

# Financial Aid Web

## Application Walkthrough



PLAINTIFF'S
EXHIBIT

12

tabbies



Western
International
University



Western
International
University

# Western International University Student Financial Aid Web

Congratulations on your decision to attend the Western International University!

Welcome to Western International University Financial Aid Web and online financial aid application process.

**IMPORTANT** - This is a secured site that requires the submission of a User Login Name and Password for access.

**NEW USERS:** If you are a first time user, please complete the registration form to create a secure User Login Profile and begin the application process! The registration process requires that you enter your Identification Record Number or IRN assigned by the school to complete the financial aid application process. If you do not have your IRN number, please contact your Campus Representative.



**☆ REGISTER NEW USER**

## STUDENT LOGIN

USERNAME

PASSWORD

forgot password?

**GO**

SYSTEM STATUS

DOWNLOADS

ONLINE HELP

Aug 16, 2004

HELP



# Western International University



**FINANCIAL AID APPLICATION PROCESS**

HELP    LOGOUT

Aug 16, 2004

## NAVIGATION BAR 2004/2005

**Aid Year**

- Welcome
  Instructions
  Process

Personal Information

Financial aid Application
University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**

Welcome to the Western International University financial aid web application process.
Congratulations on taking the next step toward completing your degree!

This website will take you step by step through the financial aid process. If you have any
questions about this website or financial aid application process, please contact your finance
counselor or campus representative at your local campus.

The Financial Aid Application process includes the following items:

- Apply for a FAFSA PIN from the Department of Education
- Complete the University Financial Aid Application
- Review and Acknowledge University Policies
- Complete the University Entrance Interview
- Complete the Master Promissory Note
- Complete the FAFSA (Free Application for Federal Student Aid)

For instructions and information about this site, please click on the Instructions link on the
Navigation Bar.



Apply now
for your FAFSA
PIN!

[ View Steps In Process ]

[ Apply For Financial Aid ]

**IMPORTANT NOTICE: Any inactivity or staying on a page for more than 15 minutes without
clicking on a button or link will cause your user session to be logged off.**

Use the navigation bar to move throughout the site. Please do not use the browser's "back"
and "forward" buttons to navigate. For further instructions and information about this site,
please click on the Instructions link on the navigation bar.



The Welcome Page allows students to apply for a FAFSA PIN and view the steps in the FAW Process



Western International University

---

Western International University

Aug. 16, 2004

HELP   LOGOUT

# PERSONAL INFORMATION

NAVIGATION BAR 2004/2005
Aid Year

- ✓ + Welcome
- Personal Information

Financial Aid Application
University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

Privacy Policy

---

To complete forms throughout the financial aid application process, we need you to provide some personal and demographic information about yourself. Please review the pre-populated data retrieved from our systems (if any) and complete or update the required fields. Required fields are noted with an asterisk *.

CLICK ON THE SAVE AND CONTINUE BUTTON AT THE BOTTOM OF THIS FORM TO SAVE YOUR DATA.

## General Information

Full Legal Name *:  ○ Mrs.  ○ Ms.  ○ Mr.

Legal Last Name *: [Test]    Legal First Name *: [Justa]    Middle Initial: [ ]

Previous Name: [ ]

USA SSN *: [600] - [55] - [4444]    Date of Birth* (mm/dd/yyyy): [  ] / [  ] / [  ]

## U.S. Address & Contact Information

Permanent Street Address *: [127 Test Drive]    Enter Non-U.S./Canada Address

Permanent Street Address 2: [Apt 26]    Enter U.S. Military APO/FPO Address

City *: [Chico]    State/U.S. Territory *: [California]

Zip Code *(suffix): [95973] - [ ]    Country *: [USA ▾]

Home Phone *: [602] - [231234]

Work Phone *: [400] - [231234]    ext. [ ]

Fax:



**Western International University**

**Privacy Policy**

What's a FAFSA PIN?

APPLY FOR PIN

Get Acrobat Reader

Home Phone*: [602] - [123] - [1234]

Work Phone*: [480] - [123] - [1234]  ext [    ]

Fax: [    ]  Format: 999-9999999 (extension is optional)

**Driver's License Information**

Driver's License State*: [Select One ▼]    Driver's License Number*: [    ]

Select "No U.S. License" if applicable

**Communication Preferences**

Primary Email Address*: [wildw@phoenix.edu]    Note: Please check your email regularly for updates or requests for information.

**Password Recovery Information**

These questions will help us provide support while maintaining the privacy of your data. When you call technical support you will be asked to provide the answer to your challenge question along with other information to confirm your identity.

Challenge Question*: [When I was a child my favorite food was? ▼]

Answer*: [Jello]

Save and Continue



**Western International University**

FINANCIAL AID APPLICATION

Aug 16, 2004

HELP    LOGOUT

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Other FA Assistance
  Authorization to Apply Funds
  E-sign or Paper
University Policies
Master Promissory Note
FA Entrance Interview
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**

**Dependency Status**

The first step of the Western International University financial aid application is to determine if you are a **dependent or independent** student. All of the questions must be answered to proceed to the next step.

1. Were you born before January 1, 1981?
   ○ Yes    ⦿ No

2. Will you be working on a master's or doctorate program (such as an MA, MBA, MD, JD, PhD, EdD, etc. or a graduate certificate) from July 1, 2004 to June 30, 2005? (Undergraduate students completing a bachelor's degree should answer "No" to this question.)
   ○ Yes    ○ No

3. As of today, are you married? Answer "Yes" if you are separated but not divorced.
   ○ Yes    ○ No

4. Do you have children who receive more than half of their support from you?
   ○ Yes    ○ No

5. Do you have dependents (other than your children or spouse) who live with you and receive more than half of their support from you, now and through June 30, 2005?
   ○ Yes    ○ No

6. Are both of your parents deceased, or are you or were you (until age 18) a ward/dependent of the court?
   ○ Yes    ○ No

7. Are you a veteran of the U.S. Armed Forces?
   ○ Yes    ○ No

Save and Continue

*For more information on Dependent students, click here





Western
International
University

FINANCIAL AID APPLICATION

Aug 16, 2004

HELP     LOGOUT

NAVIGATION BAR 2004/2005
Aid Year

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Other FA Assistance
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

**Other Colleges**
Did you attend a college or university other than the Western International University on or after July 1, 2004?

○ Yes     ○ No

Save and Continue







Western
International
University



Western International University

# FINANCIAL AID APPLICATION

Aug 16, 2004



HELP    LOGOUT

## Types of Federal Aid

In addition to grants, are you interested in applying for federal student loans?

- ☐ Yes, Loans AND Grants
- ☐ No, Grants Only

Note: Student loans must be repaid. However, loan payments for full time students can be deferred while in school. Also, if you chose not to apply for Stafford student loans, some grant programs may not provide enough funding for all educational costs. Please consult your campus representative on the funding options available at the University.

[Continue]

*udents should answer Yes in order to apply for the Stafford Loan*

---

**NAVIGATION BAR 2004/2005**

Aid Year

✓＋ Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Other FA Assistance
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?



Western International University



Western International University

**FINANCIAL AID APPLICATION**

HELP    LOGOUT

Aug 16, 2004

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓← Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Loan Questions
  Other FA Assistance
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Student Loan Questions**

We will certify your loans for the **maximum loan amount** you are eligible to receive unless you enter a lower amount.

If you would like to **request less than the maximum loan amount**, please indicate the reduced total loan amount. (The minimum loan amount you can request is $100.)

$ [            ]

Please leave the field blank if you want to be certified for the maximum loan amount.

The loan amounts certified will include Unsubsidized Student Loan funds. **Unsubsidized student loans** require interest payments to be made by the student while interest for subsidized student loans is paid for by the federal government.

☐ Check to decline unsubsidized loans. (Optional)

(Checking this box **WILL REDUCE the amount of your student loan and may result in a shortfall funding situation, where you may not have enough financial aid to cover your tuition costs.**)

Save and Continue





# Western International University

**FINANCIAL AID APPLICATION**

Aug. 16, 2004

HELP  LOGOUT

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ + Welcome

✓ Personal Information

- Financial Aid Application
    Dependency Status
    Other Colleges
    Federal Aid Types
    Loan Questions
    Other FA Assistance
    Authorization to Apply Funds
    E-sign or Paper
University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

**Other Financial Assistance**

Choose your response based on aid you will receive from July 1, 2004 - June 30, 2005.

1. Will you be receiving employer tuition assistance or a tuition waiver while attending the University?    ○ Yes   ○ No

2. Will you be receiving Military Tuition Assistance or Military Active Duty Benefits, etc.?    ○ Yes   ○ No

3. Will you be receiving private student loans, scholarships, state grants, tribal aid, stipends, or monetary gifts?    ○ Yes   ○ No

Save and Continue









Western International University

Aug 16, 2004

HELP    LOGOUT

# FINANCIAL AID APPLICATION

**NAVIGATION BAR 2004/2005**
Aid Year

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Loan Questions
  Other FA Assistance
  Employer Resources
  Military Resources
  Other Resources
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Employer Resources**

Indicate any Employer Assistance you will receive while attending Western International University. Please provide the total dollar amount. **Include only amounts you are aware of at the time you complete this form.**

Please note that employer tuition assistance includes monies paid to the University on your behalf by an employer, monies paid to you directly by an employer for educational related costs, and tuition or resource "waivers" granted.

**Enter the total resources you will receive from July 1, 2004 - June 30, 2005.**

| Source of Funds | | | |
|---|---|---|---|
| Description | Percent (%) For Tuition and Books/Resource | | Total Amounts $ (no decimals) |
| Employer Tuition Assistance/Waivers: | ____ % | OR | $ ____ |
| Employer Book Assistance/Waivers: | ____ % | OR | $ ____ |

Save and Continue



Western International University



Western International University

FINANCIAL AID APPLICATION

Aug 16, 2004

HELP    LOGOUT

**NAVIGATION BAR 2004/2005**
Aid Year

✓+ Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Loan Questions
  Other FA Assistance
  Employer Resources
  Military Resources
  Other Resources
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Military Resources**

Indicate any resources you will receive while attending Western International University. Please provide the total dollar amount you will receive and the number of months you will receive it, for the award year indicated below. **Include only amounts you are aware of at the time you complete this form.**

Examples of other resources: Military Tuition Assistance, Military Active Duty Benefits, etc.

**Enter the total resources you will receive from July 1, 2004 - June 30, 2005.**
**(only include amounts not reported on FAFSA)**

|  | Number of Months | Amount($) (no decimals) |  |
|---|---|---|---|
| Montgomery GI Bill Chapter 30 | ☐ | ☐ | Per Month |
| **Other/Veterans Benefits** (ex: Chapters 31, 32, 35, & 1606) | ☐ | ☐ | Per Month |
| **Active Duty Military** Tuition Assistance: | ☐ | ☐ | Per Month |

Save and Continue



Western International University

# FINANCIAL AID APPLICATION

HELP    LOGOUT

Aug 16, 2004

**NAVIGATION BAR 2004/2005**
Aid Year

✓ + Welcome

✓ Personal Information

- Financial Aid Application
   Dependency Status
   Other Colleges
   Federal Aid Types
   Loan Questions
   Other FA Assistance
   Employer Resources
   Military Resources
   Other Resources
   Authorization to Apply Funds
   E-sign or Paper
University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Other Resources**

Indicate any resources you will receive while attending Western International University. Please provide the total dollar amount you will receive for the award year indicated below. Include only amounts you are aware of at the time you complete this form.

Examples of other resources: private student loans, scholarships, state grants, tribal aid, stipends, monetary gifts, Military Tuition Assistance, Military Active Duty Benefits, etc.

**Enter the total resources you will receive from July 1, 2004 - June 30, 2005.**

| Source of Funds | Total Amounts $ (no decimals) |
|---|---|
| Scholarship: | $ |
| Private Student Loan: | $ |
| Other Resources (Select One) | |
| State Grant (Select One) | $ |
| Tribal Aid: | $ |
| Other: (ex: BIA, Americorps, etc.) | $ |
| Other: (ex: BIA, Americorps, etc.) | $ |

Save and Continue





## Western International University

### FINANCIAL AID APPLICATION

HELP     LOGOUT

Aug. 16, 2004

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
  - University Policies
  - FA Entrance Interview
  - Master Promissory Note
  - FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and information

**Authorization to Apply Funds**

Please contact your campus representative if you have any questions about this section. The following policies are available for your review in responding to the questions and information listed below.

*Satisfactory Academic Progress Policy

**Policy for Title IV recipients

Your responses will document your acknowledgement and authorization of the following:

excess of 29 days, may result in the cancellation or revision of student
financial aid awards.

*Satisfactory Academic Progress Policy.

**Policy for Title IV recipients who withdraw or graduate from the University.

Changes in my class schedule, which include breaks in _____
I have reviewed and understand the University's _____
I have reviewed and understand the University's _____
I understand that the interest accrued on any monies the University retains in my student account will be retained by the Western International University.

I authorize the University to apply the remaining proceeds of my Title IV student financial aid disbursement(s) as follows:



**Western International University**

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
- University Policies
- FA Entrance Interview
- Master Promissory Note
- FAFSA

- Forms Status
- View Forms
- FAQ's
- Other FA Forms and Information

Change Your Password?

Privacy Policy

What's a FAFSA PIN?

APPLY FOR PIN

Get Acrobat Reader

© 1998-2004 Western International University. All Rights Reserved. | 1.0.0.12 2004/08/15 18:40

...our ... acknowledgment and authorization of the following:

excess of 29 days, may result in the cancellation or revision of student financial aid awards.

Changes in my class schedule, which include breaks in

*Satisfactory Academic Progress Policy.

I have reviewed and understand the University's

**Policy for Title IV recipients who withdraw or graduate from the University.

I understand that the interest accrued on any monies the University retains in my student account will be retained by the Western International University.

I authorize the University to apply the remaining proceeds of my Title IV student financial aid disbursement(s) as follows:

Indicate your approval by selecting "Yes" or "No" to the right of each statement.

1) Title IV student financial aid funds and/or state funded student assistance may be applied to all open allowable charges, including administrative fees and charges for this academic year.  ○ Yes  ○ No

2) Title IV student financial aid funds and/or state funded student assistance may be applied to estimated future tuition charges (including state sales tax) and resource fees for the disbursement period within the academic year.  ○ Yes  ○ No

3) Title IV student financial aid funds and/or state funded student assistance may be applied to my University account for outstanding charges incurred prior to this payment period, loan/Pell period, and/or academic year.  ○ Yes  ○ No

Selecting "yes" indicates that I acknowledge that I have read, understand, and authorize the above.  ○ Yes  ○ No

Save and Continue



Western International University



Western International University

Aug 16, 2004

HELP    LOGOUT

# FINANCIAL AID APPLICATION PROCESS

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓+ Welcome

✓ Personal Information

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
- University Policies
- FA Entrance Interview
- Master Promissory Note
- FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Confirm Authorization To Apply Funds**
Based on your answers to the questions on the previous screen, you have selected to manage your own financial aid funds.

If you select to manage your own funds, upon receipt of your disbursement from the lender, the University will retain funds to pay for current outstanding institutional charges. Institutional charges may include tuition charges and applicable state sales tax, rEsource fees, special course fees for directed studies, and graduation fees. Any additional funds will be disbursed to you according to University policies. All future courses will need to be paid in advance and prior to attending class.

If you want the University to manage your funds, click on the Go Back button below and answer Yes to the questions on the previous screen. If you do not want to change your answers, click on the Continue button.

Go Back    Continue









Western
International
University



Western
International
University

HELP    LOGOUT

# SIGNATURE OPTIONS

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Loan Questions
  Other FA Assistance
  Employer Resources
  Military Resources
  Other Resources
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

## E-Sign or Paper Signature Options

Now it's time to review your application, sign it and submit for processing. Please select the appropriate signature option below.

E-Signature is the preferred method and the fastest option for processing your financial aid. You will have the option to print copies of all documents signed electronically. By selecting the E-Signature option, you are consenting to the use of electronic signatures.

E-Signature

Submit Paper

* Submitting a paper application may result in substantial delays in processing and receiving your financial aid funds.







# Western International University

## NAVIGATION BAR 2004/2005
### Aid Year

- Welcome

Forms Status
View Forms
FAQ's
Other FA Forms and Information

## CONFIRM PERSONAL INFORMATION

Aug 16, 2004

HELP    LOGOUT

Your personal information will be used on various financial aid application forms in the application process. We will also transfer your data to the Department of Education to complete the FAFSA and to preferred lenders to complete the Master Promissory Note. Please confirm the personal information before proceeding with the process.

### General Information

Full Legal Name*:  ○ Mrs. ○ Ms. ○ Mr.

| | | |
|---|---|---|
| Legal Last Name*: | Test | |
| Legal First Name*: | Justa | |
| Middle Initial: | | |

Previous Name:

USA SSN*: 600 - 55 - 4444

### U.S. Address & Contact Information

Permanent Street Address*: 127 Test Drive

Permanent Street Address 2: Apt 26

City*: Chico

Zip Code*/suffix: 95973 -

State/U.S. Territory*: California

Enter U.S. Military APO/FPO Address

Enter Non-U.S./Canada Address

Country*: USA

Home Phone*: 602 - 1231234

Work Phone*: 480 - 1231234 ext.

Fax: -

Format 999-9999999 (extension is optional)



Western
International
University

Employer Resources
Military Resources
Other Resources
Authorization to Apply Funds
E-Sign or Paper
University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

Privacy Policy

APPLY FOR PIN

What's a FAFSA PIN?

Get Acrobat
Adobe Reader

Permanent Street
Address*:                           127 Test Drive

Permanent Street
Address 2:                          Apt 26                    Enter Non-U.S./Canada Address

City*:                              Chico                     State/U.S.      California
                                                              Territory*:

Zip Code*/suffix:                   95973  -                  County*         USA

Home Phone*:                        602  -  1231234

Work Phone*:                        480  -  1231234   ext

Fax

                                    Format 999-9999999 (extension is optional)

Driver's License Information

Driver's License State*:            No U.S. License           Driver's License Number*:

Select "No U.S. License" if applicable

Communication Preferences

Primary Email
Address*:                           wufew@phoenix.edu

                                                              Note: Please check your email regularly for
                                                              updates or requests for information.

After electronically signing your application, you will not be able to update your data later in the process. Please ensure it
is accurate. Please contact your campus representative if you need to make changes to your personal information after
signing your forms.

Continue

Enter U.S. Military APO/FPO Address



## Western International University

### NAVIGATION BAR 2004/2005
**Aid Year**

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
  - University Policies
  - FA Entrance Interview
  - Master Promissory Note
  - FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**

---

# FINANCIAL AID APPLICATION - REVIEW

## Dependency Status Questions

| | Your Response |
|---|---|
| 1. Were you born before January 1, 1981? | No |
| 2. Will you be working on a master's or doctorate program (such as an MA, MBA, MD, JD, PhD, etc., or a graduate certificate) from July 1, 2004 to June 30th, 2005? (Undergraduate students completing a bachelor's degree should answer "No" to this question.) | No |
| 3. As of today, are you married (Answer yes if you are separated, but not divorced)? | No |
| 4. Do you have children who receive more than half of their support from you? | No |
| 5. Do you have dependents (other than your children or spouse) who live with you and receive more than half of their support from you, now and through June 30th 2005? | No |
| 6. Are both of your parents deceased, or are you or were you (until age 18) a ward/dependent of the court? | No |
| 7. Are you a veteran of the U.S. Armed Forces? | Yes |

## Other Colleges and Information Questions:

### Based on your responses your status is Independent

| | Your Response |
|---|---|
| Did you attend a college or university other than the Western International University on or after July 1st, 2004 | No |

## Student Loan Questions

| | Your Response |
|---|---|
| In addition to grants, are you interested in applying for Stafford student loans? | No |



Western International University

APPLY FOR PIN

What's a FAFSA PIN?

Get Acrobat Reader

Corrections are necessary click the Make Changes button

| Loans and Grants | | Your Response |
|---|---|---|
| ...subsidized and/or unsubsidized loans? | | |
| If you would like to request less than the maximum loan amount, please indicate the reduced total loan amount. The minimum loan amount you can request is $100. | | Maximum |
| I want to decline unsubsidized loans. | | No |

**Other Financial Assistance Questions**

| | Your Response |
|---|---|
| 1. Will you be receiving employer tuition assistance or a tuition waiver while attending the University? | Yes |
| 2. Will you be receiving military tuition assistance or military active duty benefits, etc.? | Yes |
| 3. Will you be receiving private student loans, scholarships, state grants, tribal aid, stipends, or monetary gifts? | Yes |

**Authorization to Apply Funds Questions**

| | Your Response |
|---|---|
| 1. Title IV student financial aid funds, and/or state funded student assistance may be applied to all open allowable charges, including administrative fees and charges for this academic year. | Yes |
| 2. Title IV student financial aid funds and/or state funded student assistance may be applied to estimated future tuition charges(including state sales tax) and resource fees for the disbursement period within the academic year. | Yes |
| 3. Title IV student financial aid funds and/or state funded student assistance may be applied to my University account for outstanding charges incurred prior to this payment period, loan/Pell period, and/or academic year. | Yes |

Make Changes    Continue    E-Signature



Western International University



Western International University

Aug 16, 2004

HELP    LOGOUT

# FINANCIAL AID APPLICATION - REVIEW

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ + Welcome

✓ Personal Information

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
- University Policies
- FA Entrance Interview
- Master Promissory Note
- FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Other Resources**

You indicated that you will receive the following resources while attending the Western International University:

| Source Of Funds | Percent (%)/Amount ($) | | |
|---|---|---|---|
| Tuition Assistance | 100% | | |
| Gift | $5000 | | |

| | Number of Months | Amount ($) |
|---|---|---|
| **Veterans Education Benefits** | | |
| Montgomery GI Chapter 30 | 12 | $900 Per Month |

Make Changes     Continue     E-Signature






Western International University



Western International University

# FINANCIAL AID APPLICATION

   

Aug. 16, 2004

HELP    LOGOUT

**NAVIGATION BAR 2004/2005 Aid Year**

✓ Welcome

✓ Personal Information

- Financial Aid Application
  - Dependency Status
  - Other Colleges
  - Federal Aid Types
  - Loan Questions
  - Other FA Assistance
  - Employer Resources
  - Military Resources
  - Other Resources
  - Authorization to Apply Funds
  - E-sign or Paper
  - University Policies
  - FA Entrance Interview
  - Master Promissory Note
  - FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Electronic Signature Consent**

You have chosen to E-sign your application. To continue with the E-sign process, please check the "I acknowledge" checkbox below to confirm the accuracy of the information you provided on the financial aid application.

The electronic signature process includes the following options:

- The ability to verify and review all data provided and prior to electronically signing all applications and forms. All applications and forms are viewable using Adobe® Acrobat® version 5.0 or higher. An option to download the latest version is available on the navigation bar.

- The ability to print all forms submitted electronically for your records. There are two options available for printing your electronically signed applications - 1) by following the instructions for each form during the electronic signature process and clicking on the printer option on the browser or 2) by navigating to the Forms Status page after electronically signing your form, clicking on the hyperlinks for the appropriate application and then selecting the printer option on the browser. All forms electronically signed in this website are available for printing anytime after the electronic signature process is completed. If your copies are lost or misplaced, you can obtain additional copies by logging back into the website, navigating to the Forms Status page and reprinting your forms.

- The ability to opt-out of the electronic signature process. If you do not wish to conduct the financial aid process electronically, you can print your forms and applications and submit them in a paper format. Prior to electronically signing each form, you will be provided with an electronic signature option and a paper option. To opt-out of the electronic signature process, please select the paper option, or click here. The preferred option is the electronic signature since it accommodates a faster process. Please note if you submit your financial aid paperwork in a paper format, delays may be experienced as a result of U.S. mail delivery and the manual processing of...



Change Your Password?

Privacy Policy

What's a FAFSA PIN?

APPLY FOR PIN

Get Acrobat Reader

- The option to withdraw your consent for electronic signature. If you wish to withdraw your consent for electronically signing documents or if you wish to resubmit your applications using the paper option, please contact your campus representative.

- All electronic signatures processed within this website are legally binding and can be used to legally prove that you signed the document.

- There are no additional monetary costs for processing your application electronically or the

☐ I consent to the use of electronic signature to complete Western International University financial aid application

- Access to a computer (266Mhz or greater and 64 MB RAM or greater preferred) with the following:

- Access to the Internet

- A Web Browser (Microsoft Internet Explorer 6.0 or higher or Netscape Navigator 7.0 or higher are recommended).

☐ I acknowledge that my computer supports the minimum hardware and software system requirements for conducting electronic signature within this website.

for free by clicking on the icon listed on the navigation or status bar.

Continue

The laws governing the electronic process and forms included in the University's financial aid web application process reside in the jurisdiction of the state of Arizona.

© 1998-2004 Western International University. All Rights Reserved. | 1.0.0.12 2004/08/15 18:40



Western International University



Western International University

Aug. 16, 2004

HELP    LOGOUT




# FINANCIAL AID APPLICATION

**NAVIGATION BAR 2004/2005**
Aid Year

✓ Welcome

✓ Personal Information

- Financial Aid Application
  Dependency Status
  Other Colleges
  Federal Aid Types
  Loan Questions
  Other FA Assistance
  Employer Resources
  Military Resources
  Other Resources
  Authorization to Apply Funds
  E-sign or Paper
  University Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Electronic Signature Consent**

You have chosen to E-sign your application. To continue with the E-sign process, please check the "I acknowledge" checkbox below to confirm the accuracy of the information you provided on the financial aid application.

Confirm the accuracy of the information you provided on the Financial Aid Application. Please note that your electronic signature is still valid if errors exist on your application. If you need to make corrections to any forms or data submitted electronically, please contact your campus representative to make the necessary corrections.

☑ I acknowledge that all information provided on my application is true and correct.

Now, enter your first and last name and password in the spaces provided to electronically sign your application.

First Name          Last Name

Justa                Test

Password

✱✱✱✱✱✱✱✱

Submit E-Signature & Continue

By clicking on the Submit E-Signature and Continue button, you are consenting to the use of electronic signatures. All electronic signatures processed within this website are legally binding and can be used to legally prove that you signed the Financial Aid Application. If you do not want to submit your electronic signature, please click on the E-sign or Paper link to the left on the Navigation Bar and choose the paper option. Please note that submitting your application via paper may result in substantial delays in



**Western International University**



Western International University

HELP    LOGOUT

Aug 16, 2004

# FINANCIAL AID APPLICATION - VIEW

**NAVIGATION BAR 2004/2005 Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
 + University Policies
 FA Entrance Interview
 Master Promissory Note
 FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?
Privacy Policy

APPLY FOR PIN

To view and print a copy of your application, select the "View and Print Application" button below. Otherwise select "Continue."

View and Print Application        Continue



Independent students can print the FA Application to their records.



Dependent students can also be printed from the View Forms page.

Western International University

# UNIVERSITY POLICIES

**NAVIGATION BAR 2004/2005**
**Aid Year**

Welcome

Personal Information

Other FA Forms and Information

Change Your Password?

Privacy Policy

What's a FAFSA PIN?

APPLY FOR PIN

Get Acrobat Reader



The next step in the financial aid process is to review and acknowledge your understanding of University policies affecting your financial aid and eligibility. Please review each policy and indicate your understanding of the policy by marking the "I understand" check box at the end of the policy.

If you have any questions related to these policies, please contact your campus representative.

**Attendance Policy:**

Students out of attendance for over 29 days and not on an approved leave of absence, will be considered withdrawn for Federal and University refund processing.

Students who do not re-enter from an approved Leave of Absence as originally scheduled, will be considered withdrawn. The University will calculate breaks based on the last date of class attendance to the student's next date of class attendance.

A student who is considered out of attendance may have all or a portion of their federal funds returned to the lender and Department of Education. This could result in the student owing the University for any unpaid institutional charges. Note: Returned loan monies will reduce the student's outstanding loan amount.

☐ I understand and accept the Attendance Policy.

**Shortfall in Funding:**

Many undergraduate financial aid applicants will not receive enough funding to cover tuition costs for the academic year and should choose a secondary form of payment for those costs in excess of awarded financial aid funds. Eligibility requirements for financial aid funds vary based on the number of transfer credits accepted by the institution. Students must pay tuition not covered by financial aid prior to each course start date. Please contact your local campus for details on shortfall payment options and due dates.

☐ I understand and accept the Shortfall in Funding Policy.

**Expectation in Funding Refunds:**



Western
International
University



APPLY FOR PIN

What's a FAFSA PIN?

Get Acrobat Reader Adobe

Many undergraduate financial aid applicants will not receive enough funding to cover their costs for the academic year and should choose a secondary form of payment for those costs in excess of awarded financial aid funds. Eligibility requirements for financial aid funds vary based on the number of transfer credits accepted by the institution. Students must pay tuition not covered by financial aid prior to each course start date. Please contact your local campus for details on shortfall payment options and due dates.

☐ I understand and accept the Shortfall in Funding Policy.

**Expectations in Funding/Refunds:**

Depending on your campus's tuition rate, undergraduate financial aid students may not receive a refund of financial aid funds. Books and supplies should be considered out of pocket costs and be paid by the student. In the event that a student is Pell eligible, tuition expenses will not be deferred based on these funds alone. Students who are Pell eligible should select a secondary payment option as well to cover all educational costs .

Graduate financial aid students may have an excess of financial aid funds and be entitled to a refund. Any refund of excess financial aid funds will occur within 14 business days of disbursement, and then be mailed to the student. Disbursement dates are approximate and subject to change based on the completion of certain academic criteria. If you have maintained attendance and meet all eligibility requirements, first disbursements should be received within 30-45 days from the loan period start date.

☐ I understand and accept the Refunds and Expectations Policy.

[ Continue ]

© 1999-2004 Western International University. All Rights Reserved. | 1.6.0.12 2004/08/15 18:40

# GENERAL POLICIES AND INFORMATION

Western International University

**NAVIGATION BAR 2004/2005 Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
- University Policies
  General Policies
  FA Entrance Interview
  Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

Privacy Policy

What's a FAFSA PIN?

APPLY FOR PIN



## General Policies

**Schedule Requirements:**

Based on the Federal regulations, an academic year for Western International University students is defined as a minimum of 24 credits and 30 weeks of instructional time. The academic year begins with the first eligible course for the student's degree program and ends when the student has completed the 24-credit and 30-week requirement.

The academic year has no calendar time constraints and continues through periods of non-attendance until both the credit and week requirements are met. For courses eligible for federal aid, a week of instructional time is one that includes at least one regularly scheduled class meeting or study group meeting.

☐ I understand and accept the Schedule Requirements Policy.

**Leave of Absence:**

From time to time, a student may find it necessary to take a leave of absence (LOA). The LOA serves to maintain the student in school enrollment status. For students requesting a LOA, the following applies:

The University may grant a leave of absence(s) to students who provide a written, signed and dated request to their campus on or before the last date of class attendance. If unforeseen circumstances prevent a student from providing this request on or before the last date of class attendance, the University may grant the leave of absence if the campus receives the request and appropriate documentation within 15 days of the student's last date of class attendance. Unforeseen circumstances may include medical and family emergencies, University course cancellation and/or facility closure, and natural disasters. Students who request a leave of absence that would start during a course will not have the leave approved. However, the University will grant leaves between courses. A student on an approved leave of absence will be considered enrolled at the University and eligible for an in-school deferment for his or her SFA loans.

A leave of absence cannot exceed 60 days in a 12-month period. Time in excess of 60 days in any 12-month period may be approved on an exception basis, for unusual circumstances. This leave may not exceed 90 days in length and may be approved for unusual circumstances such as course cancellations, personal leaves, business travel, institutional issues, military reasons, and circumstances covered by the Family and Medical Leave Act of 1993 or jury duty.





month period may be approved on an exception basis, for unusual circumstances. The leave may not exceed 90 days in length and may be approved for unusual circumstances such as course cancellations, personal leaves, business travel, institutional issues, military reasons, and circumstances covered by the Family and Medical Leave Act of 1993 or jury duty.

If a student does not return from an approved leave of absence, his or her withdrawal date and beginning of the loan grace period will be the last date of class attendance. This may result in the loss of some or all of the student's loan grace period.

☐ I understand and accept the Leave of Absence Policy.

**Satisfactory Academic Progress Policy for Title IV Recipients**

Students receiving Title IV financial aid funds must maintain the minimum grade point average for their degree program. These students must also make satisfactory progress towards completing their degree program within the maximum time frame allowed according to federal regulations. The maximum time frame allowed is based on the required number of credits for graduation from the degree program, less any transfer or assessed credits, times 150%.

☐ I understand and accept the Satisfactory Academic Progress Policy.

**Overlapping Courses:**

Students who double up on courses may need to complete more than 24 credits in order to complete 30 weeks of instructional time. Due to the fact that there will be more credit hours included in the loan period or academic year, the student may not be able to completely cover the tuition cost. If courses are taken concurrently after your financial aid has been certified, you are required to choose another payment option for one of the concurrent courses.

In addition, the University's academic policy prohibits students from taking more than two courses concurrently without written approval from the campus Director of Academic Affairs. Students who take three or more courses concurrently without approval cannot have these courses covered by Federal financial aid.

☐ I understand and accept the Overlapping Courses Policy.

**"W", "F" or "I/f" Grades:**

Western International University

... should not take you sp... from the... purpose of Academic Affairs guide... take three or more courses concurrently without approval cannot have these courses covered by Federal financial aid.

☐ I understand and accept the Overlapping Courses Policy.

**"W", "F" or "I/F" Grades:**

Grades of "W", "I/F" and "F" are not considered completed courses for financial aid purposes and will therefore not count towards credit completion for the academic year. In the event that a "W" or "F" grade is earned, students will need to complete additional credits before the student can reapply for federal financial aid. Additionally, if available financial aid does not cover these additional course charges, the student will be responsible for payment in full for the course.

☐ I understand and accept the "W", "F" or "I/F" Grade Policy.

Continue

Note: To print a copy of this policy for your records, please select the View Forms link on the navigation panel.

© 1998-2004 Western International University. All Rights Reserved. | 1.0.0.12 2004/08/15 18:40



Western
International
University



Western
International
University

Aug 16, 2004

HELP   LOGOUT




## FINANCIAL AID ENTRANCE INTERVIEW

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
+ University Policies
FA Entrance Interview
Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**



APPLY FOR PIN

This form must be completed if you are applying for federal Stafford student loans. You will only need to complete this form one time during your enrollment at the University.

### Financial Aid Entrance Interview

I understand that:

1. The participates in the Federal Pell Grant program and the Federal Family Educational Loan Program (FFELP) (Subsidized, Unsubsidized, and PLUS) Loans. They also offer information on alternative loans and scholarships.

2. The FFELP Master Promissory Note (MPN) will be used by borrowers to obtain loans for attendance at the University. Under the multi-year feature of the MPN, I will be able to obtain additional loans from the FFELP programs without having to sign a new promissory note for each period of enrollment. I will be required to complete a new MPN when I first enroll at the University and if I choose to borrow from a different lender.

3. For loans made under the FFELP Master Promissory Note, I will receive an award notification from the University and a disclosure statement from my lender that informs me of the proposed types and amount of student loans being awarded for the loan period.

4. I may provide written notification to my campus financial representative if I wish to cancel the conditions of the Master Promissory Note asking that the MPN no longer be used as the basis for additional FFELP loans.

5. All loans must be repaid including all accrued interest and fees.

6. I have a maximum of 10 years to repay my loan(s) unless my loans are consolidated, which may extend my repayment term.

7. I may prepay all or part of any loan without penalty.

8. The minimum monthly payment for any loan is $50.00, but can be more depending on the sum borrowed. Repayment will begin as follows:

- **Federal Subsidized Loan Borrowers**
Following a 6-month grace period. The grace period is for periods of in-school enrollment after 6 months following graduation or withdrawal.



Western International University

APPLY FOR PIN

[Get Adobe Reader]

**What's a FAFSA PIN?**

Following a 6-month grace period, the grace period is for periods of in-school enrollment and for 6 months following graduation or withdrawal.

- **Federal Unsubsidized Loan Borrowers**
  Following a 6-month grace period; however, interest accrues while in school and can be paid or postponed until graduation or withdrawal.

9.  The interest rate for all loan(s) is specified on my disclosure statement, and I am responsible for paying accrued and/or capitalized interest. A new loan carries a variable interest rate that changes each July 1, not to exceed 8.25%.

10. Multiple borrowing and/or changing lenders will complicate loan repayment and deferment options. Keeping my loans with the same lender throughout my postsecondary career will make repayment of my loan(s) much easier. Tracking loan payments and requesting deferments are simplified if there is only one lender involved.

11. I will be notified in writing if my loan is transferred to a new holder. I must direct all future correspondence to that new holder.

12. If I qualify, I may apply for a postponement of my loan payments. This is known as a loan deferment.

13. If I do not qualify for a deferment and am unable to make payments on my loan, I may request forbearance from my lender.

14. I must notify my lender promptly in writing if I:

    - Change my name
    - Change my address
    - Change my telephone number
    - Change my graduation date
    - Transfer to another school
    - Enroll for less than half-time
    - Withdraw from school

15. If I fail to repay my student loan, I will be considered to be in default and the following may result:

    - My loan will be reported to a National Credit Bureau and can have a negative effect on my credit rating for seven years.
    - The entire unpaid amount of my loan, including interest, will become immediately due and payable.
    - My federal and state income tax refunds may be withheld, or my wages may be garnished.
    - I may be ineligible to receive any additional federal or state financial aid funds.



Western International University

...repaid and agree to... and insert... make copies of financing aid documents and will... and as subsequent loan documentation is disbursed to me, to save these as well. This will assist me in referencing school and lender documents.

19. I must maintain satisfactory progress, as indicated in the University school catalog in order to remain eligible for aid.

20. A copy of the University Refund Policy for Title IV recipients is enclosed in the University school catalog. I have read and understand the policy.

If I have additional questions, I will contact my Campus Financial Aid Advisor.

The average federal student loan debt for loan borrowers is $30,936. Several repayment options are available to Stafford student loan borrowers. These include Standard, graduated, extended, income sensitive, and consolidation options. Your lender will be able to provide detailed repayment information. The following charts are a summary of standard payment schedules.

| The Stafford loan interest as of July 1, 2004 is 3.37% | The maximum interest rate for stafford loans is capped at 8.25% |
|---|---|
| Loan Balance: $30,936.00 | Loan Balance: $30,936.00 |
| Loan Interest Rate: 3.37% | Loan Interest Rate: 8.25% |
| Loan Term: 10 years | Loan Term: 10 years |
| Monthly Loan Payment: $304.03 | Monthly Loan Payment: $379.44 |
| Number of Payments: 120 | Number of Payments: 120 |
| Cumulative Payments: $36,484.02 | Cumulative Payments: $45,532.16 |
| Total Interest Paid: $5,548.02 | Total Interest Paid: $14,596.29 |

☐ I have read and understood the above statements.

By checking the box above, I am acknowledging that I have read and understand the above statements.

[Save and Continue]

You can print this for your records, from the "View Forms" page.



Western International University



Western International University

HELP   LOGOUT 

Aug 16, 2004

## MASTER PROMISSORY NOTE (MPN)

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ + University Policies
✓ FA Entrance Interview
- Master Promissory Note
  Select a Lender
  MPN References
  E-Sign or Paper
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

### Select a Lender

The University processes loans for many lenders and guarantors across the country. The University Preferred Lender list is updated annually, to include lenders who are committed to providing outstanding service and expedited processing by meeting established performance standards and accelerated timelines. These lenders are leaders in the lending industry for technological advancement and electronic processing.

Preferred lenders will provide the fastest option for receiving your financial aid funds.

Read about our Preferred Lenders!

 citibank Citibank Student Loan Corporation

BANK ONE ® Bank One, N.A.

College Loan Corporation    College Loan Corporation

WELLS FARGO    Wells Fargo EFS



Western International University Preferred Lender List

If you do not wish to use one of the University's preferred lenders, please select the Other Lender option below.

Note: Selecting a non-preferred or other lender option may result in significant delays in processing your federal financial aid since processing timelines and performance standards are uncertain. For additional information on selecting a lender, please contact your campus representative

Other Lender    Continue



## Western International University – 021715-00
## Preferred Lender List for FFELP Loans



| Lender Name | Lender OE Code | Loan Types | Electronic Signature Option | Origination Fee | Guarantor Fee | Repayment Benefits | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Stafford Only | PLUS Only | On-time Payment |
| **Bank One, N.A.** (888) 272-5543 www.studentloannet.com Guarantor: USA Funds Servicer: Sallie Mae | 811925 | Stafford PLUS | YES | 3 % | 0.50 % effective 04/01/2004; 1.00 % effective 11/01/2004 | ▪ 4.50% rebate of original loan amount after the first 33 consecutive on-time payments and enrollment in on-line account management. ▪ 2.00% rebate of original loan amount at repayment and enrollment in on-line account management. | ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ Payment on-time if made within 15 days from payment date |
| **Citibank** (800) 967-2400 www.studentbank.com Guarantor: Edfund Servicer: Citibank | 826878 | Stafford PLUS | YES | 3 % | 0 % | ▪ 1% principal reduction at repayment. ▪ 0.25% interest rate reduction for ACH automatic payment. ▪ 0.25% interest rate reduction for all Citibank Stafford loan borrowers ▪ 2.00% interest rate reduction after the first 48 consecutive on-time payments | ▪ 0.75% interest rate reduction at repayment for all Citibank PLUS loan borrowers ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ Payment on-time if made within 15 days from payment date |
| **College Loan Corporation** (800) 891-6077 www.collegeloan.com Guarantor: Edfund Servicer: ACS | 833733 | Stafford PLUS | YES | 3% | 0 % | ▪ 9.50% cash rebate or credit of the principal balance outstanding after the first 48 consecutive scheduled on-time monthly payments ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ 6.50% cash rebate or credit of the principal balance outstanding after the first 48 consecutive scheduled on-time monthly payments ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ Payment on-time if made within 14 days from payment date |
| **Wells Fargo EFS** (800) 658-3567 www.wellsfargo.com Guarantor: Edfund Servicer: Wells Fargo | 807176 | Stafford PLUS | YES | 3 % | 0 % | ▪ 4.50% principal reduction after the first 36 consecutive on-time monthly payments ▪ 1.60% interest rate reduction after the first 48 consecutive on-time monthly payments ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ 3.60% principal reduction after the first 36 consecutive on-time monthly payments ▪ 0.25% interest rate reduction for ACH automatic payment | ▪ Payment on-time if made within 10 days from payment date |



Western International University

**Master Promissory Note (MPN)**

Aug 16, 2004

HELP    LOGOUT

NAVIGATION BAR 2004/2005
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ + University Policies
✓ FA Entrance Interview
 - Master Promissory Note
   Select a Lender
   MPN References
   E-Sign or Paper
 FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

Privacy Policy

MPN References>

The Master Promissory Note requires that you provide two separate references with differentU.S. permanent addresses.
The first reference should be a parent/step-parent or legal guardian (if living).

**Both references must be different. Required fields are noted with an *.**

| | Reference 1 | Reference 2 |
|---|---|---|
| First Name*: | Bob | Anne |
| Last Name*: | Frapple | Teek |
| Permanent Street Address*: | 1234 Sesame Street | 21 Jump Street |
| Permanent Street Address 2: | | |
| City*: | Tempe | Beverly Hills |
| State*: | AZ | CA |
| Zip/Postal Code*: | 85283 | 90210 |
| Telephone Number*:999-999-9999 | 480 - 555 - 4545 | 222 - 444 - 5555 |
| Email-Address: | frapple1@aol.com | play@work.com |
| Relationship*: | Friend | Relative |

☐ I want to pay my unsubsidized interest while I'm in school. (Optional)

Continue



# Western International University

**CONFIRM PERSONAL INFORMATION**

Aug. 16, 2004

HELP   LOGOUT

Your personal information will be used on various financial aid application forms in the application process. We will also transfer your data to the Department of Education to complete the FAFSA and to preferred lenders to complete the Master Promissory Note. Please confirm the personal information before proceeding with the process.

**General Information**

Title: ○ Mrs. ○ Ms. ○ Mr.

Full Legal Name*: [Test]   Legal Last Name*: [Justa]   Legal First Name*: [ ]   Middle Initial: [ ]

Previous Name: [ ]

USA SSN*: [600] - [55] - [4444]   Date of Birth* (mm/dd/yyyy): [05] / [20] / [1981]

**U.S. Address & Contact Information**

Permanent Street Address*: [127 Test Drive]   Enter Non-U.S./Canada Address

Permanent Street Address 2: [Apt 26]

City*: [Chico]   Enter U.S. Military APO/FPO Address

Zip Code*/suffix: [95973] - [ ]   State/U.S. Territory*: [California]

Home Phone*: [602] - [1231234]   Country*: [USA ▾]

Work Phone*: [480] - [1231234] ext.

Fax: [ ] - [ ]

Format: 999-9999999 (extension is optional)

**Driver's License Information**

Driver's License State*: [No U.S. License ▾]   Driver's License Number*: [ ]

Select "No U.S. License" if applicable

---

## NAVIGATION BAR 2004/2005 Aid Year

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
  + University Policies
✓ FA Entrance Interview
  + Master Promissory Note
FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**

What's a FAFSA PIN?

APPLY FOR PIN






# Western International University



## Western International University

HELP     LOGOUT

Aug 16, 2004

## MASTER PROMISSORY NOTE (MPN)



**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ University Policies
✓ FA Entrance Interview
- Master Promissory Note
    Select a Lender
    MPN References
    E-Sign or Paper
    FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**
Privacy Policy

**E-Sign or Paper - MPN Signature Options**

You have selected **Bank One, N.A.** as your lender for federal student loans.

This lender provides the option to electronically sign the Master Promissory Note (MPN). To complete the MPN process at lender's web site please click E-Sign button below. E-Signing is the fastest way to complete the MPN process.

- We will transfer you to **Bank One, N.A.** website
- We will transfer your personal information and MPN application data to the lender's data so you have less information to enter.
- You'll be able to print a copy of your completed and e-signed MPN for your records at the lender's website

If you do not want to e-sign your MPN, please click on paper button below. Note: Completing your MPN using paper process may result a delay in processing and receiving your federal financial aid funds. Paper MPN must be submitted with an original signature to your campus representative.



E-Sign with Preferred Lender          Paper MPN



Clicking E-Sign with Preferred Lender gets the student out of FAW and links to the lender website








# Lender E-Sign Demo

Click on the logo below to launch the e-sign walkthrough



**citibank**



College Loan
Corporation



**BANK ONE** ®



WELLS FARGO



These demos can also be accessed separately at Qweb – Finance - WIU



Western
International
University



Western
International
University

HELP    LOGOUT

# FINANCIAL AID APPLICATION

Aug. 16, 2004

NAVIGATION BAR 2004/2005
Aid Year

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ + University Policies
✓ FA Entrance Interview
✓ + Master Promissory Note
  FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Change Your Password?

Privacy Policy



**Preferred Lender Status Page**

If you completed and signed your Master Promissory Note (MPN) at the lender's site, please click,
Completed button to get the status of your financial aid forms.

If you were not able to complete your MPN at the lender's website, please click the Paper MPN button to
complete your MPN using with paper process.

To check the status of your MPN, please visit the lender's website or go to the Forms Status page. If you
have any questions about the MPN process, please contact your campus representative.

Yes, MPN Completed



Paper MPN



APPLY FOR PIN








# Western International University



## Western International University

Aug 16, 2004



HELP    LOGOUT

### FREE APPLICATION FOR FEDERAL STUDENT AID (FAFSA)

**Complete your FAFSA**

Since you indicated that you want to apply for federal financial aid such as the Stafford Subsidized and Unsubsidized student loans, you will need to complete the FAFSA (Free Application for Federal Student Aid). You must complete a new FAFSA every year.

- Review Instructions and Materials Needed
- Complete the FAFSA on the Department of Education's website
- Sign Your FAFSA
- Return to site to complete the Financial Aid Process



FAFSA on the Web

Skip FAFSA    Transfer to FAFSA on the WEB



To Launch the FAFSA on the Web Walkthroughs select

FAFSA for Independent students

or

FAFSA for Dependent students

---

**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ + University Policies
✓ FA Entrance Interview
✓ + Master Promissory Note
  - FAFSA
    Instructions
    FAFSA on the web


APPLY FOR PIN

Change Your Password?
Privacy Policy

Forms Status
View Forms
FAQ's
Other FA Forms and Information





# Western International University

## FORMS STATUS

Aug. 16, 2004

HELP    LOGOUT



**NAVIGATION BAR 2004/2005**
**Aid Year**

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ + University Policies
✓ + FA Entrance Interview
✓ + Master Promissory Note
  + FAFSA

Forms Status
View Forms
FAQ's
Other FA Forms and Information

**Change Your Password?**

**Privacy Policy**



APPLY FOR PIN

### Justa Test

This page will identify the status of your financial aid forms included in the Western International University financial aid process. Please review the status of your forms below. If you have signed and submitted your FAFSA at the Department of Education's website and signed the MPN at the preferred lender's website, we should receive confirmation of these documents in the next few days. These documents will reflect an "Awaiting ISIR" status and "Sent to Lender" status until official confirmation is received. All other forms must be in a "completed" status to process your financial aid. Please work with your campus representative to complete your forms as quickly as possible.

To expedite the processing of your financial aid packet it is recommended that you choose to electronically sign all University forms as well as your MPN and FAFSA. Choosing to print and mail financial aid documents will increase the financial aid processing time and cause a delay in receiving your financial aid funds.

### Financial Aid Forms Packet

Your Western International University Financial Aid packet includes the forms or documents listed below. To print these documents for your records and/or submission to your campus representative, click on the View Forms link on the Navigation Bar.

*** In order to print financial aid form(s), you must have version 5.0 or higher of Acrobat®Reader® installed on your PC. If you do not have the required version, you can download it using the link to the left on the navigation bar.



# Western International University

## Financial Aid Forms Packet

Your Western International University Financial Aid packet includes the forms or documents listed below. To print these documents for your records and/or submission to your campus representative, click on the View Forms link on the Navigation Bar.

*** In order to print financial aid form(s), you must have version 5.0 or higher of Acrobat®Reader® installed on your PC. If you do not have the required version, you can download it using the link to the left on the navigation bar.

| FORM NAME | STATUS | DATE |
|---|---|---|
| Independent Financial Aid Application | COMPLETED | 06/16/2004 |
| FAFSA | INCOMPLETE | |
| Financial Aid Entrance Interview | COMPLETED | 06/16/2004 |
| Master Promissory Note Lender - Bank One, N.A. 811925 | Sent to Lender | 06/16/2004 |

| UNIVERSITY POLICIES | STATUS | DATE |
|---|---|---|
| University Policies | ACKNOWLEDGED | 08/16/2004 |

To make changes to your forms or information, please contact your campus representative.



Change Your Password?

Privacy Policy

APPLY FOR PIN

What's a FAFSA PIN?

© 1998-2004 Western International University, All Rights Reserved. | 1.0.0.12 2004/08/15 18:40



Western
International
University





Western
International
University

Aug 16, 2004

HELP    LOGOUT

# VIEW FORMS

APPLY FOR PIN

NAVIGATION BAR 2004/2005
Aid Year

✓ Welcome

✓ Personal Information

Your Western International University Financial Aid packet includes the forms or documents listed below. To print these documents for your records and/or submission to your campus representative, click on appropriate link and then select the printer option on the browser. If you completed your MPN at the lender site, the MPN will not be available since it was completed on the lender's external website. Please contact your lender for a copy of your MPN. Your FAFSA data will be mailed to you in a Student Aid Report (SAR) from the Department of Education. The University will receive your FAFSA data in an electronic ISIR Record. Please contact your campus representative if you have questions about any of the forms listed below.

*** In order to print financial aid form(s), you must have version 5.0 or higher of Acrobat® Reader® installed on your PC. If you do not have the required version, you can download it using the link to the left on the navigation bar.

**Electronic Financial Aid Documents Completed in Financial Aid Web**

Student Name          Justa Test

IRN                   900385973B

| Document | Received Date/Time |
|---|---|
| Entrance Interview - | 08.16.2004 03:13 PM MST |
| University Policies - | 08.16.2004 03:09 PM MST |
| Other Sources - | 08.16.2004 03:02 PM MST |
| FA Application - | 08.16.2004 03:02 PM MST |

**Should I submit a paper application as well as an electronic application?**

No. Doing so will impede the financial aid application process. If you submit your financial aid data electronically it is not necessary to submit it via paper.





# Western International University

Aug 16, 2004

HELP    LOGOUT

## Other Financial Aid Forms And Information

**NAVIGATION BAR 2004/2005**
Aid Year

✓ Welcome

✓ Personal Information

✓ Financial Aid Application
✓ University Policies
✓ FA Entrance Interview
✓ Master Promissory Note
✦ FAFSA

Change Your Password?

Privacy Policy

Forms Status
View Forms
FAQ's
Other FA Forms and Information

Useful Links

### Financial Aid Correction and Verification Forms

The following forms are available for your use to make corrections to data previously submitted for processing. Forms for completing the verification process are also provided if you are selected for verification by the Department of Education. Your campus representative will notify you if you are selected for verification and what additional information is required to complete the process.

### CORRECTION FORMS

Update/Change to Authorization To Apply Federal Aid - Independent
Update/Change to Authorization To Apply Federal Aid - Dependent
Financial Aid Change Form

### VERIFICATION FORMS

W-2 Replacement Worksheet 03/04
Separation of Parent's Income Verification Form 04/05
Separation Of Student's Income Verification Form 04/05

### OTHER FINANCIAL AID FORMS

Financial Aid Instructions
Professional Judgment Request Form
Exit Interview Form
Leave of Absence Form
Other Resources Form
Entrance Interview
Official Cancellation Form











Western International University

APPLY FOR PIN

What's a FAFSA PIN?

Get Adobe Acrobat Reader

## Useful Links

The following useful links are available for your review.

Federal Student Financial Assistance

Student Guide for Financial Aid from the U.S. Department of Education

Stafford Loan Cancellation/Forgiveness for Teachers

Nursing Education Loan Repayment Benefits

Department of Veterans Affairs

FAFSA on the Web

NASFAA's Reserve/Guard Call-Up Financial Aid Page

## University Publications

The following publications are available for your review.

- University Catalog
- Financial Options Guide
- Financial Aid Guide
- Western International University Preferred Lender List for FFELP Loans
- Western International University Preferred Lender List for Private Loans

## University's Preferred Private Loan Products

Read about University's preferred private loan products:

### Western International University Preferred Lender list for private loans

Bank One Signature Loan          Apply at https://www.studentloannet.com/wiu/signatureloan.htm
Citibank CitiAssist              Apply at http://www.studentloan.com
College Loan Corp Campus Door Loan  Apply at http://www.collegeloan.com/wiualternative
Wells Fargo Bank                 Apply at http://wirefs.wellsfargo.com/jump/wiu.html

**Complete and E-Sign the Stafford MPN directly at the Preferred Lender's Website**

Please use the following links to electronically complete the Stafford MPN directly at one of our preferred lender's sites. Note: Using the links below will not result in the transfer of data to the lender's website. You will be required to enter all application data on the lender's website to complete the application process. The following sites should be used if you've completed a MPN in a prior year but want to select a different lender.

# Western International University



## Complete and ESign at Stafford directly at the Preferred Lender's WebSite

Please use the following links to electronically complete the Stafford MPN directly at one of our preferred lender's sites. Note: Using the links below will not result in the transfer of data to the lender's website. You will be required to enter all application data on the lender's website to complete the application process. The following sites should be used if you've completed a MPN in a prior year but want to select a different lender.

Bank One — Apply at https://www2.usagroup.com/olaborrower/ola.asp?school_id=02171510008LenderID=B11925&SHOW_ONLY=_P,

Citibank Student Loan Corporation — Apply at http://www.studentloan.com

College Loan Corporation — Apply at www.collegeloan.com/apps/staffordapp/staffapp_gettingstarted.aspx

Wells Fargo Education — Apply at https://wfefs.wellsfargo.com/apply/stafford

### Apply for a PLUS Application

If you are a dependent student, your parents can complete the pre-approval process and apply for a PLUS loan online. Please submit a completed copy to your campus representative for processing.

Bank One — Apply at https://www2.usagroup.com/olaborrower/ola.asp?school_id=02171510008LenderID=B11925&SHOW_ONLY=_P,

Citibank Student Loan Corporation — Apply at www.studentloan.com

College Loan Corporation — Apply at www.collegeloan.com/apps/plus/plus_welcome.aspx

Wells Fargo Education — Apply at http://www.wellsfargo.com/per/student/loans/parent_plus.jhtml

### Scholarships

The following links are available for scholarship information and searches.
- Fast Web at www.fastweb.com
- Financial Aid Information Page at www.finaid.org
- Scholarship Resource Network at www.srnexpress.com

© 1998-2004 Western International University. All Rights Reserved. | 1.0.0.12 2004/08/13 18:40