Financial Options Overview

General Overview

The University of Phoenix offers several payment options for its students. It is important to remember that the ultimate financial obligation belongs to the student at all times regardless of plan status, employer or military assistance, and deferment period. The plans offered are:

Cash - students must pay for the course prior to the start of each course. They may use cash,
    check, certified check, or any of the following credit cards to pay for the course (American
    Express, Visa, MasterCard, or Discover).

Direct Bill - students must submit a tuition voucher at least five days prior to the course start date.

Corporate Reimbursement - students must submit a signed Verification of Employer Tuition
    Assistance Eligibility Form and valid credit card number to be eligible for this payment option.

Military - students must submit military or government forms at least five days prior to the course start
    date.


PLAINTIFF'S EXHIBIT 13

/

Financial Aid - students must submit their completed FAFSA and all other paperwork prior to starting
    courses for each academic year.

There are two types of Federal loans a student may be eligible for, subsidized and unsubsidized. The government pays the interest on the subsidized loan while the student is in school, and during "grace periods" (6 months after graduation or withdrawal). Generally that's the only difference between the two types of loans.

A subsidized Stafford loan is a "need based" student loan meaning that qualification is contingent upon the student's financial situation (determined by the information on the FAFSA) and their cost of attendance at the University. The interest rate will never exceed 8.25 %.

An unsubsidized Stafford loan is a non-need based student loan. Therefore if the student meets the basic financial aid eligibility criteria, regardless of income, the student should qualify to receive this loan. This loan accrues interest immediately upon disbursement from the lender and may be paid by the students or deferred until up to 6 months after graduation or withdrawal. The interest rate will never exceed 8.25 %. Dependent students have a limit of how much unsubsidized loans they can borrow which is significantly less than an independent student per academic year.

Alternative Loan - students must submit all necessary paperwork prior to starting class.

Each payment option has its own guidelines and students must remain in compliance with these guidelines. Compliance is the student's ability to act in accordance with the University's terms, conditions, and requirements. In



addition, financial compliance refers to the student's ability to act in accordance with financial policies and procedures. Failure to comply with University terms and policies may result in an administrative withdrawal from the University. To effectively manage Accounts Receivable, staff must monitor the status and composition of students' accounts. Never schedule a student who has a Collection status, as the student has not complied with their financial obligation to the University.

Enrollment Process

The following are the requirements of a "new" student:

1. Completed Admissions Application

2. Paid Application Fee

3. Paid Student Services Fee (where applicable)

4. Completed Financial Options Agreement (all required documents)

5. First Course Paid Tuition (depending on the financial payment plan selected)

6. Two Workshops of Attendance

Note: Students are required to complete their Financial Options Agreement prior to the first workshop of class. Exceptions should not be permitted. Incomplete enrollments will not rollover to the following month. Refer to your campus "starts" requirement to ensure compliance with campus procedures.

The Enrollment Counselor will meet with prospective students to enroll in

UOP. Students submitting an admission application must select a payment option and complete the financial agreement. All students must meet with a finance counselor prior to starting class to review the terms and agreements of their payment option and complete all necessary paperwork.

Academic Impacts

Your role in Academics is crucial to a student's academic success, but you also have a significant impact on a student's financial situation. The following items all impact financial aid students and therefore we need to understand the process to effectively assist our customers.

*   Admission status

*   Scheduling

*   Directed studies

*   Course waivers and exemptions

*   Attendance

*   Grades

Admission Status

Certification can only occur with an AM status. To accurately determine the student's grade level (the amount of money they qualify for), either complete an unofficial pre-evaluation, or Apollo Financial Services will print the demo showing official award of transfer credits. Pre-evals must accompany the financial aid file sent to AFS.

Admission Status

Financial Aid Impact

Action

RR (registered)

Ineligible for FA certification

Process Admissions materials. Enter Non-Credit Bearing Activities in OSIRIS within 24 hours of application entry into S-track for all undergraduate non-nursing students

PV (provisional)

Eligible for FA certification

All eligible students and can be auto-admitted by entering Non-Credit Bearing Activities in OSIRIS within 24 hours of application entry into S-track. Graduate business students can be auto-admitted upon degree verification.

DN (denied)

Ineligible for FA certification and disbursement

Cancel schedule, contact student, and notify Finance Department of denial.

AM (admitted)

Eligible for FA certification

All eligible undergraduate business and nursing students and can be auto-admitted by entering Non-Credit Bearing Activities in OSIRIS within 24 hours of application entry into S-track. Graduate business students can be auto-admitted upon degree verification.

All other students are eligible for admission (AM status) once the official file has been evaluated in University Services.

The following table is used to determine grade level for certifying a student's loan.

|  | Subsidized Base | Additional Unsubsidized |
|---|---|---|
| 1st Year 0-23 credits | = $2625.00 SUB base | $4000.00 UNSUB   Total = $6625 |
| 2nd Year 24-47 credits | = $3500.00 SUB base | $4000.00 UNSUB   Total = $7500 |
| 3rd Year 48 + credits | = $5500.00 SUB base | $5000.00 UNSUB   Total = $10,500 |
| Graduate | = $8500.00 SUB base | $10,000.00 UNSUB   Total = $18,500 |

NOTE: Base funds may be Subsidized, Unsubsidized or a combination of both.

Dependent students are ONLY eligible for a combined subsidized/un-subsidized loan limit per academic year as detailed below. The independent student column shows the greater combined loan limit.

|  | Dependent | Independent | Difference |
|---|---|---|---|
| 1st yr. | $ 2,625 | $ 6,625 | $4,000 |
| 2nd yr. | $ 3,500 | $ 7,500 | $4,000 |
| 3rd, 4th, 5th + | $ 5,500 | $10,500 | $5,000 |
| Graduate* | XXXXXX | $18,500 |  |

\* Graduate students are automatically considered independent.

These limits are per academic year, which beginning with the 2003-2004 financial aid year is 24 credits (typically 8 classes) and at least 30 weeks.

There is an exception to the above rule. Dependent students have access to the credit scored Parent Loan for Undergraduate Students (PLUS). The advantage of the PLUS loan is that it has the potential to cover the Difference column (from previous page). It also has the potential for covering the student's entire shortfall that typically occurs in the 1st and 2nd grade levels. The PLUS can include the cost of attendance minus other financial aid. The parent applies for the loan on behalf of the student. Should a parent be denied a PLUS by a lender, the student will be treated as an independent student for loan limit purposes.

Scheduling

The student's cost of attendance is based on their course schedule. An academic year must include a minimum of 24 credits, 30 weeks, and 360 hours of instruction. If students cannot reach 360 hours in 24 credits and 30 weeks, the University must extend the academic year's weeks and credits appropriately.

Undergraduate programs:   24 credits and 30 weeks of instructional time

Graduate programs:   24 credits and 40 weeks of instructional time

Doctoral program:              24 credits and 40 weeks of
instructional time

The primary impact of this change is that graduate students will not be eligible to receive a 2nd or subsequent loan until they have completed 24 credits. The students will still receive enough funds to cover institutional costs and living expense funds. Undergraduate students have always needed 24 credits in order to meet the 30-week requirement.

Breaks in attendance often reduce the students cost of attendance and may reduce the amount of aid that students qualify for. However, should a student need a break in their schedule, they have the following options.

Leave of Absence: Students may be approved by the University for up to two leaves of absence in a 12-month period. Generally, each leave may not exceed 60 days in length. Time in excess of 60 days, not to exceed 90 days per leave in a 12-month period (for a total of 180 days during the 12 month period), may be approved on an exception basis for unusual circumstances, with appropriate documentation. These circumstances may include: military reasons, circumstances covered by the Family and Medical Leave Act of 1993, or jury duty.

Students who wish to take a second leave during the 12-month period may do so for special circumstances to include: military reasons, circumstances covered by the Family and Medical Leave Act of 1993, jury duty, and University course cancellation and/or facility closure, and natural disasters. Students must provide adequate documentation that substantiates the special circumstance.

The LOA start date will always equal the student's last date of class attendance and will be use to count the number of days in the leave. Exception: Students who do not attend the last night of a course but still receive a grade will be considered enrolled through the course end date; the course end date will be used for determining the start of the LOA. The count should be based on the number of days between the LDA and the re-entry

date. The 1st approved LOA and its associated LDA is used when determining the start date for the 12-month period.

LOAs that begin with a withdrawn course cannot exceed 60 days from the end date of the withdrawn course. This period coincides with the maximum length of the "Authorized Tuition Withdrawal Credit" (ATWC). Therefore, the actual length of the approved LOA will be more than 60 days and will be calculated from the actual LDA to the scheduled course re-entry date.

Completion of Coursework Upon Return: Title IV regulations require that upon the student's return from a leave of absence, the student must be permitted to complete the coursework they began prior to the leave of absence. This provision applies for students who will begin their leave during a course in which the student will receive a "W" or "WF" grade. Non-term Universities may meet this requirement if the University demonstrates that the student was not charged for the coursework that they were required to make up upon their return. The University fulfills this requirement through the use of the "Authorized Tuition Withdrawal Credit" (ATWC).

In order to approve an LOA for students whose LOA begins in a withdrawn course, the student and campus must complete the LOA request and the accompanying ATWC request. The campus must approve the ATWC request and make the accompanying account adjustment. AFS will review and approve the LOA based on the form that notes the campuses ATWC approval. The ATWC will not need to be applied to the same course from which the student withdrew.

Student must complete a new FAFSA for each loan period started in the new Federal Award Year of July 1 to June 30 and must be scheduled again for a minimum of 24 credits and 30 weeks (undergraduate/graduate students) of instructional time for each academic year (unless the student is at the end of their program and does not need 24 credits to graduate). Students must also complete an exit interview anytime there is an unapproved break of more than thirty days and/or prior to graduation. The University mails an exit interview to the student when the student has been out of attendance (due to a withdrawal or graduation) over 30 days.

Schedule changes

When changing a financial aid student's schedule you must first get financial approval so that the student is informed of the impact, if any, to financial aid. The course must be of equal credits and equal workshops. It is also important to calculate attendance dates, as even moving the course one-day can impact the student's financial aid. Finally, make sure the course does not create a double up in the student's schedule. A double up is counted when workshop dates overlap or when a course finishes and starts in the same week.

Withdrawals

Before withdrawing from the program or taking any breaks, the student and AC should verify that the loan has been disbursed. The financial aid process can take up to 90 days and loans can't be disbursed if the student is not in attendance. If the loan has been disbursed (money released to the student and/or applied to their account) then the student should not owe UOP. However, a refund calculation would need to be performed to identify if the University has to return funds to the lender that could result in an amount due to the University. Additionally, we would cancel the remaining portion of the loan and the student would have a six-month grace period on repayment of the loan from their last date of attendance. Regulations for repayment for a PLUS loan state that the repayment period begins on the date of the last disbursement made on the loan. Interest accrues and is due and payable from the date of the first disbursement of the loan. The first payment is due within 60 days after the date the loan is fully disbursed. Withdrawing after one night often creates a break of greater than 29 days (21 days in Georgia) and should be addressed with the LOA policies. If the W does not create a break in the schedule, the loan is often impacted by pushing the second disbursement date of the loan farther back as disbursements are always contingent on a certain number of credits completed. In most cases, this does not affect the amount of total eligibility, just the timing of the receipt of funds. Students must complete a Tuition Credit form when withdrawing from a course, which will process a request for the tuition to be "rolled" to a course in the next 60 days.

Directed studies

As a scheduling option, students may request a directed study course. All academic and financial policies apply. Therefore, it is important the student and instructor understand the importance of submitting attendance and grades in a timely manner (attendance - within 24 hours, grades - within 7 days).

Course Waivers/Exemptions

Students approved for a course waiver/exemption must not exceed a break in their schedule exceeding 29 days without requesting a LOA.

Program

Courses taken must apply to a program, which is approved for financial aid (a list of approved programs is available on KIMS, under University Services, Academic Records and Programs, Program Version Release Charts). Electives taken that apply to the student's degree program may be eligible for financial aid.

Program Change

Students changing their program will have their academic year recalculated. Once the student posts a positive attendance in the first course that applies to the new program, the new academic year will begin and their loan will be recalculated. A degree completion worksheet should be completed before making any changes to the student's program to see what credit differences may occur.

Attendance

Students receiving Federal Financial Aid must be in continuous attendance to be eligible for federal funding. Attendance should not be changed after it is posted and can only be changed by the Registrar's Office with a reasonable explanation or request. Attendance is posted in S-track, however

Apollo Financial Services (AFS) verifies attendance in OSIRIS.

Attendance Issue

Financial Aid Impact

Action

29 day break (21 days in Georgia)

Loan may be canceled if the student exceeds a 29 day (21 days in Georgia) break in their schedule without a scheduled break or LOA. The loan may be canceled depending on the situation. If it is the first disbursement in question that has not been disbursed but the student started the payment period, the student will generally be entitled to a portion of the loan and may be due a post-withdrawal disbursement, but the 2nd disbursement will be canceled. If it is a 2nd disbursement, it may also be disbursed if the student meets the late disbursement rules.

To accurately calculate attendance dates, campuses should refer to the Demographics, Customer Service or Demographics, Student Schedule screen in OSIRIS (in certain situations S-track may show a different date and the calculation would be inaccurate). Count 29 days starting the following day after positive attendance was posted (the return date is also included in the 29/21 day calculation). The student should be in attendance on the 30th/22nd day.

Attendance not posted

Delays or returns disbursement

Verify attendance has been entered into S-track. If attendance has not been entered into S-track, check with the appropriate campus personnel for immediate posting of attendance. If attendance has been entered into S-track, but is not transferring into OSIRIS, send an e-mail ticket to the Hotline for resolution and inform the finance department of the system glitch. All courses for the first disbursement period need to be posted and attendance of Y must be posted for the first next course in the second disbursement.

Two or more N's posted for attendance

Students missing two or more workshops of a course are only eligible to receive a grade of W or WF, which is not calculated into the financial aid loan period

A student who is issued a W or WF grade for a course and does not take another course in the same time period, with the same credits and workshops, should expect to have their disbursement date extended until the minimum credits and weeks are satisfied. Students must complete a Request for Tuition Credit Form.

*Important: The common outcomes/impacts to students as a result of attendance issues is their disbursement may be extended, delayed or cancelled. This situation can be avoided by contacting the student at the time an absence has posted to inform them of the consequence of another absence. The most undesirable situation is cancellation of financial aid funds. This may occur when the student has taken a break exceeding 29 days (21 days in Georgia) without requesting a Leave of Absence. Depending on the disbursement situation, the student may be responsible for payment of all tuition and fees accrued. Therefore, ensuring breaks are calculated accurately is a vital part of your role.

Grades

Instructors have seven days to submit the official grade roster after the last date in S-track, which must be posted immediately at the campus. Both attendance and grades must be posted for disbursement to occur. However, certain grades of are not counted into the disbursement period.

Grade Issue

Financial Aid Impact

Action

13

I (Incomplete), F, W, and WF

A student's financial aid loan period will be extended if they receive any of these grades and the student may be responsible for partial or all costs of the course.

Work with campus Finance department to advise student and reschedule as needed.

Did not meet minimum grade for the course (typically tied to Scholastic Disqualification)

The course will not be calculated into the financial aid loan period

Depending on action required to resolve SD status, may cancel student's schedule or reschedule the student. The student is NOT allowed to continue in their degree program until the SD status is resolved as determined by administration.

Note: If a student is placed on Academic Disqualification due to an unsatisfactory grade point average, the student is ineligible to receive Financial Aid.

Delinquent vs. Collections

Delinquent Status

Once a student's account is in delinquent status, the assigned collector will make several efforts to collect the amount due. In addition, students assigned to this status may receive a withdrawal letter.

Collection Status

Non-responsive students with an outstanding balance will have their accounts statused to collections. When this occurs the student should have received a referred to collections notice.

Students in collection status have failed to meet their financial obligations and are not allowed to continue in class. The finance department will send a withdrawal letter to the student informing them they are in collections and cannot continue in classes.

The finance department will notify the academic department of the collection status, at which time the Academic Counselor will print a copy of the student's current schedule, delete the student's schedule, and schedule the student in XXHold group. Notes should also be entered in Contact Management history and OSIRIS student history.

XXHold group will serve as another way to identify students with a financial hold on their schedule. Students cannot be scheduled for additional courses without financial approval. Should a student who is in collection status sign-in on the roster, the instructor should not accept any assignments and the student should be sent another withdrawal notice. Failure to send written communication to withdraw a student holds the university liable if the instructor accepts assignments.

Exit Interview

Federal guidelines require that an exit interview be conducted for each Title IV recipient that graduates or drops from the University. This requirement is met through an Exit Interview Form that is given or mailed to each student who graduates or drops. This form is mailed to the student as part of the refund process.

Morsell Ector

Enrollment Counselor
Axia College of Western International University An Educational Partner with University of Phoenix Online
"CHANGING THE WORLD ONE DEGREE AT A TIME"
3157 E. Elwood Street
Phoenix AZ 85034
1.800.822.1319 ext. 34019
Fax# 602.735.1253
morseller.ector@apollogrp.edu