*Internal Use Only!!*



# the idea boo[k]

## a collection of appr[...]

## original contribut[...]

David Stone & Brandon H[...]
Lou Bellson
Tom Corbett
Ken Sandy
Spencer McNiven
Owen Hammond
Craig Yeager
Janet Tolar
Brandon Sparks
Corey McCormick
Abe McHatton
John Villamor

## compiled by:

Brandon Haney & David Stone

## edited by:

Brandon Haney & David Stone
Vince Grell
Katrina Brown
Brandon Sparks
Charlie Snyder



PLAINTIFF'S
EXHIBIT
14



Graduation Team ....................................................................... 28
Accelerating the Program/Pacing Yourself ....................................... 28
Investing in Your Degree ............................................................. 29
Close with Urgency ................................................................... 29
Take Away Steps ...................................................................... 29
Closing ....................................................................................... 30
Close to Applyweb .................................................................... 30
Close on Promo Savings ............................................................ 30
Close on Online ....................................................................... 31
Trial Closes ............................................................................. 31
Close using DCVB ..................................................................... 32
Other Closes ........................................................................... 33
Referral Strategies ..................................................................... 36
Ask and Keep Asking ................................................................. 36
Get Creative ............................................................................ 36
Possible Conversation Script ........................................................ 37
Organization/Scheduling .............................................................. 40
Using a Hot List ....................................................................... 40
Daily Effort ............................................................................. 41
A More Effective Way to Take Notes .............................................. 44
Notes Template ........................................................................ 45
Retention .................................................................................. 46
Walking a Student to Class ........................................................... 48
What do I do to get my APND students to convert? ............................... 51
Working Older Leads .................................................................... 52
Objection ............................................................................... 52
Buy-In ................................................................................... 52
Follow-up ............................................................................... 52
Close .................................................................................... 52
Avoiding Burnout ........................................................................ 53
Anti-Burnout Strategies .............................................................. 54
Appendix A – Retention Sequence ................................................... 55
Appendix B – Delayed Emails ........................................................ 56
Appendix C – Exporting PSL to Excel ............................................... 57
Appendix D – Retention Tools ........................................................ 58
Appendix E – OWA vs. OE ............................................................ 59

BACK TO INDEX

## Beyond RAMOPSR

by Brandon Haney

**R**  Build trust and make a friend; make them smile or laugh; find common ground; identify with their situation. Ask them to take notes during the call.

**A**  Past experience is important to our students—respect that. Ask about their current position and how long they've been with the company. Ask about their education, how long ago? How long have you been trying to finish this degree? What kind of degree are you looking for and what will it do for you? Are you looking to move up in your current company or change careers? Tell me more...

**M**  Why is this important to you? What will change? Why now? Advantage/Disadvantage; make motivation their responsibility; ask about support structure and stress its importance. What will be different when you get this degree? Is not getting this degree an option for you?

**O**  Why are you looking at an online program instead of a ground campus? If you could design an online program for your schedule, what would it be like? Make sure they realize that this is the only option for them. Don't tell them that—ask the right questions so they tell you. Set proper expectations! Show them the online demo and ask them if they think they would be successful in this type of program.

**P**  They must assign value to the program before you address payment. Ask about company reimbursement. No? Are you going to allow your company to keep you from being successful? Take your ability to help them access financial aid seriously. Don't make it sound easy. You are the gatekeeper to their financing. Let them know it is normal to use financial aid. This is an investment. Most successful people become successful by using other people's money. You pay taxes? Then this educational assistance is for you!

**S**  What has kept you from starting in the past? Other than yourself, what could stop you from getting started? How soon do you want to graduate? Tell them their start date. Tell them to go to the applyweb and walk them through. The deadline for any application is 48 hours after they commit, either this afternoon, tonight or tomorrow—don't accept anything else.

**R**  Always ask. Who else do you know in your same situation? After you start, if you like the program, will you refer a friend to get started so you will have a study buddy? Go back to support structure—Who do you know who might like to start with you? Who would you recommend to be admitted to the Online program?

BACK TO INDEX

# How does it work?
by Brandon Haney and David Stone

When talking to a student about how the program works, remember to ask questions along the way. Connect their needs to the benefits of Online.

"Our programs are designed specifically for working adult students like yourself. In some ways, going to class online is like going to a traditional school, you still have readings and assignments to complete and turn in on a deadline. But, it is when you go and how you go that is different. As you start, you will just take one course at a time. Each course is (5/6) weeks long and your week will run from Thursday to Wednesday . You get a one week break and then you take another class. On that schedule you are a full time student. What benefits do you see already? (pause) Yes, courses will go quickly so you can gain momentum. Yes, you NEVER have to sit through a class or lecture at an inconvenient time. Yes, by focusing on one course, you earn you degree and still live your life. And you will have the weekend right in the middle of your week! Yes, because you control when you spend time on school, you do not have to neglect work, family, or other important obligations to be able to earn your degree. Do you want to know more about the day to day things you will be doing?

The average student spends (10-15) hours a week doing activities related to class. Will that fit into your schedule? (pause) When you print your course syllabus, you will know everything you need to accomplish from day one. Then it is about making the time to complete your assignments. It does not matter when you logon or how long you are logged on. You will determine your schedule as to when you complete your work and post it into the classroom. Basically, when you go to class, you will always be starting where everyone else left off in class discussion. You will be going there with a mission. You will be focused on three things: 1) completing your individual assignment for the week, maybe a 2-3 page paper; 2) answering and responding to structured discussion questions from your professor and other students and 3) contributing your portion of your learning team assignment. And that is it. Is this the kind of program you are looking for? Does this sound like a program that would allow you to be successful?

You will be learning from your text books, interacting with your professor and other students and through online simulations and resources. However, instead of just reading a text book and guessing A,B,C,or D on a multiple choice activity, you will be taking the ideas and theories and applying them to more real world situations so you can understand how what you are learning applies on the job. This interaction is more like using email than a live chat or streaming video. This means you can do it at the times that are best for you. Is this making sense? What do like most about how this program works?"

BACK TO INDEX

## *Call Backs*

The biggest mistake a counselor can make is toward the end of the call, "I will call you back on Tuesday...." This takes away the student's need to be proactive and they become dependent upon contact with you to take action. What happens when that student is in class and not speaking with the counselor each day? They stop attending and drop.

I am big on setting the expectation that the student is to call me back. If I can get a student to be proactive, I have a much better chance of that student choosing to enroll than if I am the person always making contact and reaching out.

At the same time, I can't wait around for a student that said they would call and does not. I set a reminder to call them the day after they said they would call. You must balance patience with pro-activity. If you force the issue, that will not accomplish anything. Don't stalk your students, counsel them!

The first time I call after they have not kept a commitment to contact me, I usually let the student off easily. "Ron, I know you are really busy, that is why you were so interested in taking online classes. When you get this message, we need to talk today. Call me at XXX. I'll be happy to answer additional questions you may have and assist you in understanding what needs to happen next. Thanks!"

However, when I schedule another call 3-4 days out and they have still not contacted me, my 2nd message will be much more direct and I will specifically mention some of the motivation I obtained or anything else I feel would be effective to get them to take action towards enrollment.

The 2nd message may go something like, "Ron, hello again from David, your counselor at the University. When we had first talked you seemed really excited about returning to school. You had mentioned how the importance of your degree was in obtaining the raise and promotion you were seeking. Have your goals changed? I had previously left a message but have not heard back from you. I was looking forward to providing you with a strong recommendation to the University, and to assisting you in being successful in our program. So you can receive the direction you will need to be successful, call me today at XXX. I look forward to hearing from you very soon."

The 3rd message, should you even choose to leave one, might go like this. "Ron, I hope you are well. I'm confused as to what happened with your desire to make the changes in your life we had discussed. I wanted to wish you well. If you become serious and it is important that you take the steps to reach the goals we had discussed, please let me know and we can discuss the possibility of you taking online classes."

CONFIDENTIAL　　　　　　Page 11 of 59　　　　　　VERSION 1.6

BACK TO INDEX

# Leaving Effective Messages

The ultimate goal when leaving messages is a return call. Students should feel like they have something to gain in that call. Get their attention, but don't give them the information they are looking for on their voice mail.

## Examples

"This message is for XXX. This is Brandon Haney from the University of Phoenix Online. I was reviewing your admission file and had some questions for you. It's important that you call me back if this is still important to you. I can be reached at XXX."

"This message is for XXX. This is Brandon Haney from the University of Phoenix Online. I have great information for you about qualifying for an opportunity this month that may not be offered in the fall. I can be reached tomorrow at XXX."

"This message is for XXX. This is Brandon Haney from the University of Phoenix Online. I see in your file that you were looking for information about transferring credits. I'd be happy to explain this process to you. I can be reached today until 5pm at XXX."

"This is Brandon Haney from the University of Phoenix Online and this message is for XXX. Please return my call at XXX regarding your personal information on file with the University."

"This is Corey McCormick from the University of Phoenix Online and this message is for XXX. I am calling you because I received your request for information regarding the XXX program. Please give me a quick call today. I have 3-4 questions to ask to make sure you qualify to apply. My number is XXX. Hope you are having a great day and I look forward to your return call. Speak with you soon."

"Hi, NAME--this is Lou Bellson and I've been assigned to you as your enrollment counselor with the University of Phoenix Online. I'm here to answer any questions that you may have. I am putting together a packet of information for you, but before I send it out, I wanted to ask you a few brief questions to be sure you are qualified for the program. I also wanted to verify your email address. Give me a quick call back today. I'm in the office between 8 and 5 pm EST and can be reached at XXX. I look forward to your call today, NAME."

"Hi, NAME--this is Lou, your enrollment counselor with the University of Phoenix Online. Last year in April you had requested some information on our XXX program, however at that time you were unable to move forward with your enrollment. We have some start dates coming up in XXX and if pursuing your

BACK TO INDEX

# Overcoming Objections
by Brandon Haney and David Stone

In my opinion, when it comes to objections, it is about a fear of risk. This fear allows the student to justify lack of action. These concerns are usually invisible and unspoken—so preparing for them and removing them requires meeting them head on. First, identify the risk and continue probing to understand their true objection. You can even ask them to list the risks they see associated with going to school here. If they have trouble talking about it, now is the time to float some ideas out to them, "Could it be you XXX?" Then start eliminating them, one by one with phrases like: "Suppose we could," "Did you know that," "I think we can." Then go for the close, "Can you see any other reasons not to get started? Is this something you know you want to do?"

When objections are not overcome, students fear risking:

- a negative relationship of costs vs. value
- transfer credits not being accepted
- not receiving adequate financial aid
- inability to repay loans
- failure in program
- program completion delays
- marketability after degree

These factors work against us when trying to create urgency. In order to overcome the fear of risk, we must find ways to provide value:

- Confirming motivation
- Describing online flexibility
- Pre-qualify for financial aid
- Stress the mentor relationship post-REG
- Pre-evaluations
- CLEP & PLAC information
- Industry knowledge

As an enrollment counselor, you must feel comfortable and confident in talking about the areas that cause the majority of student concerns: money, time, fear, confidence, family issues, etc. As you work with individuals, not everyone will enroll into school. However, we can determine what we might have done to anticipate and resolve the issue that caused a no-enroll decision before it came up. The key is to take this realization and then immediately make a minor change to address the issue when we are talking with new prospective students in the future.

BACK TO INDEX

with your schedule? (you need to verify that they truly do not have 10-15 hours a week)

- How long have you been considering returning to school? What has been stopping you all that time? What will be different in the future from right now? Won't you have another project or new obligations that will demand our attention soon? I guess I'm confused. You say you have all these great reasons to return to school, but then tell me you do not have the time. If you cannot make the time to take online classes, how will you go to school and achieve the goals you have for yourself?

- "Do you feel you are too busy to make education a priority? Well, wouldn't you agree that being too busy is really why you need the degree?"

- "If you plan to wait until you have enough time and money to return to school, you won't need to come back. You'll be doing something else instead. Any goal worth achieving will take making time and raising your priority level. Earning your education is no different."

## Lacks Computer Skills

- "You do not need to be a computer tech to take online classes. Tell me a little about your computer skills. Do you send email? Have you ever sent attachments? Do you know how to copy and paste? Are you open to learning how to use programs like Microsoft Word and PowerPoint? Great, sounds like you have all the technical skills needed to be successful here. Many students think this program will be overly technical, when in fact, it's very simple. Most of your time will be spent on your assignments and readings, not working in the classroom on the computer."

## Previous Negative School Experience

- "What did you dislike about school before?" Almost anything they answer to this question has a mirrored benefit here at the Online.
  1. schedule – go 24/7
  2. homework/tests - you have your syllabus from day one and it outlines all of your responsibilities for class. Your professor is not going to spring a pop quiz on you

BACK TO INDEX

## Family Objections

- We have all talked to a student that was excited, but then after talking to a well meaning friend or family member, they lose interest because they did not receive the encouragement they were expecting. Having learned from that negative experience, a counselor might say to another student in the future:

  > "I realize you are excited about getting started into school. However, as you think about this you may start to question your desire and ability to be successful. You may even share what you are considering to do with a well-meaning friend or family member. This individual for whatever reason may not encourage you to move forward because they don't understand what you understand about the University of Phoenix or for some other reason. They might be jealous or misinformed. If that happens, please let me know. I know you are making the right decision for yourself and you know you are as well. Don't let yourself or anyone talk you out of doing what you need to do for yourself or your family."

## Just Send Information

- "I would be glad to send you all the information you will need. However, so I don't end up wasting your time having you look through a big catalog full of information you don't need, most students have found it beneficial to spend 3-5 minutes speaking with me so I can be sure to get you exactly the information you need. Do you have a few minutes? (If response is negative) If not now, do you have a few minutes later today?"

BACK TO INDEX

You financial aid is not all disbursed at the same time. In other words, they divide your assistance into two checks. The first disbursement of financial aid funds will cover $XXX of your tuition and books. You will have NO out-of-pocket cost for tuition or books until XXX. Now, starting with your XXX course, you will an out-of-pocket cost of XXX. In your fourth course, the out-of-pocket cost to you is XXX.

After you complete your fourth class and post attendance in your fifth, you will receive additional financial aid funds. This second disbursement will cover your 5th and 6th class. You will have no out of pocket costs for those courses. In your 7th class, you will have an out-of-pocket cost of XXX for tuition. For your 8th class, the tuition is XXX.

Did you have any questions about what I have gone over?

Based on what I have explained about out-of-pocket expenses, is that something you will budget for to invest in earning your degree?

The process of applying for financial aid includes completing paperwork with the Department of Education and University of Phoenix Online. Have you heard of the FAFSA? It stands for Free Application For Student Aid and is required to apply for the loans and grants we have discussed.

Have you ever used financial aid before? If not, you will need to apply for a PIN to electronically sign your application when you complete it. It takes 48-72 hours to receive your PIN, so do that now so that it is on the way.

Next, I will show you how to complete the University application and our financial aid paperwork. I am here to help you through the entire process."

Not all students will use financial aid. Dealing with financial objections for a broad range of concerns is important. Proper handling reminds the student of the value in our program.

**Too Expensive**

- "What are you comparing us to? (After they respond, verify that the option is one they can pursue. If it is, then they should go there. If not, then you need to help them understand why online is the only choice) The last thing I want to do is put you into a program that will not provide you with any value. Have you considered the local schools? Can you make their programs work for your schedule? Do you realize how long it will take you to graduate taking evening and weekend classes? Are sure you

BACK TO INDEX

- "What is it about a student loan that concerns you? Is it the interest rate? Is it that you have to pay it back? Is it your credit? Are you buying a house in the near future? Are you concerned you have to start paying back the loan right away? Are you concerned you will not qualify?"
- "I can appreciate the desire to avoid unnecessary debt when returning to school. The last thing I want to do is put you into a program that will not provide you with any value. People have three main options to pay for school: their own budget, assistance from work, or student aid from the Department of Education. If you don't feel the benefits of having the degree would be worth the payment of a student loan, then this is not the right school for you. So, speaking conservatively, how much more money will you make every year after you graduate than you make right now? So you are talking about a (insert amount here) that will cost you (insert loan amount here). Does that seem like a good choice to you?"

## Company Reimbursement

- "Think of this as a way to give yourself a raise! If they offered you an extra $5000 a year, you wouldn't turn it down, would you? I don't know how long you have been with the company and been eligible for this benefit, but you have probably wasted precious time not using this money."
- "Do you have health insurance with your employer? You use it because it is a good benefit for your family if something bad happens. Using the education benefit is a value that can make something GOOD happen. Why not use what your company is offering to put yourself in a better position for the future?"
- "Are you concerned about being able to pay for classes up front and then waiting until after you have a grade to submit for your reimbursement? To make things easier on you, I can help you get approved for deferral for your tuition until 45 days after class starts. You will receive your grade at the same time we would charge your credit card for tuition. At that point, you could submit the reimbursement to your company and pay off your credit card without incurring interest."

BACK TO INDEX

# Creating Urgency
by Brandon Haney

## *Build Exciting Rapport*

An important step to creating urgency is building excitement in the call. Get the student involved in describing the benefits of pursuing their degree. This will make it real to them and excite them to take action.

- Paint a picture of the return on the investment for them (value)
- Focus on online flexibility (value)
- Confirm motivation and link it back to what the student has missed out on since the lead creation date (cost)
- Highlight procrastination as *the* reason to move forward (cost)
- Talk about future career interests and how the degree is required

## *Using Email Effectively*

When using email, remember to:

- Ask a question in the subject
  (answer: what's in it for me?).
- Write letters not ads.
- Set a calendar & agenda.
- Require a response.
- Always have a question in the end
- Respect remove requests and change status to NFA

For example:

Subject:  Did you have a problem?

Bill,

I tried calling you today this morning.  I wanted to check on your student file online and I noticed you were not able to create a login and start building your student file.  Did you receive the link and the other emails I sent?  Please advise.  FYI, here is the link in case you did not get it.

[Signature]

BACK TO INDEX

# Enrolling with Confidence*

by Tom Corbett, Ken Sandy, Spencer McNiven and Owen Hammond
*UOP Online training has approved this script.

## Opening

This is XXX calling you from the Enrollment team here at the University of Phoenix. How are you? I am the Enrollment counselor for the College of Health Care Services. Apparently you contacted our school regarding enrollment. *Pause for response*

As a counselor, my job is to cover admissibility of specific degree programs, set up the expectations for potential candidates and determine if this would be a good fit for you. *Pause for response* Would you tell me a little bit about yourself, your professional and educational experience? Fantastic! Why are you considering our program now? Why would completing your degree benefit you? How long have you been thinking about finishing your degree?

## Admissibility

Recap...So you graduated in....and you have XXX credits....great. Do you know what your GPA was upon graduation? From what you told me you have worked in the XXX field for so many years right? If the student has other certifications but no actual credits you might say since you completed your certificate in XXX we have a program that may help you accelerate through our degree program. There are no entry exams. Proficiency assessments ensure we place students in the proper course and you are given 3 months to take these.

## Adding Value

How did you hear about UOP? Really? That is great. I like to learn the avenues in which candidates learn about UOP. As a counselor I like to paint a picture that summarizes what UOP offers to candidates that are accepted into our programs.

- We have over 200,000 students worldwide enrolled in our programs
- More than half of our enrollment consists of Online students
- We are regionally accredited which is the same as Harvard or Yale
- We have pioneered the ONLINE learning model for close to 20 years
- Over 250,000 candidates are considered for Online programs monthly

If you were accepted to the program you can be assured of the recognition and accreditation associated with our programs. Now that you know a little bit more about UOP, do you think our program would benefit you?

## Qualifying/Interviewing

1. How comfortable are you functioning online from 1-10 with 10 being most comfortable? What do you do when you are online? Our application is email based so if you had a comfort level of a 5 or so this would be manageable for you.

## *Investing In Your Degree*

- Have you thought about how you may invest in your education?
- Outline the core cost of tuition for their program.
- If the student says they want to pay cash, cover cost of tuition per credit
- If the student is not sure, cover qualifying for Financial Aid step by step
- List options for the student (Stafford Loan/Pell/Nursing Initiatives/ Scholarships/Tuition Reimbursement)

## *Close with Urgency*

This is you chance to seal the deal! Advise the student that enrollment maintains an intense screening process to insure the quality of our degree programs

- Candidates are evaluated on admissibility to the program and how timely and accurate their applications are presented.
- Advise your student that their ability to complete the application is your first impression of their future efforts in the program

Recap and Tie-down: Does this make sense? Are you comfortable with our enrollment process? Are you ready to move forward?

## *Take Away Steps*

- Ask your student to call you or email you and advise that they have received the application
- Ask your student to open up directions to the application and print them
- Set up a time next day with your students to run through where they are
- Advise your students that your graduation team is amongst the best on campus and that you will recommend their application once you measure their progress.

BACK TO INDEX

## Close on Online
by Lou Bellson and Brandon Haney

When a student is looking at their options to return to school, many will have only one option – ONLINE. Highlighting the student's schedule and matching it to the benefits of Online is one great close. Ask them what other options they have looked at for returning to school. Compare the time it would take them to complete their degree at a community college. Ask them how many credits they could complete per semester at a traditional school. Talk to them specifically about a typical day and help them find the time they will need to be successful. Quickly, the cost of the degree will become a non-issue when they realize that Online is their only option. Talk to them about balancing their current schedule and reaching their goal by going to school online. In class they receive their syllabus on day one. By having the syllabus from day one, they can work ahead, work in sessions and participate from work with OWA on their lunch hour. Bottom line—make sure to tie their specific needs to the features of the program. This is also a great opportunity to talk about CLEP and PLAC. When a student realizes that Online is their only option, the close is as simple as talking about how long it will take them to graduate. Encourage them by explaining the options they have to accelerate their program and graduate even sooner!

## Trial Closes
by Craig Yeager

What are your two biggest obstacles to overcome before you return to school? If we can overcome those obstacles, would there be anything preventing you from starting classes on XXX?

Why would you be a good student at our school?
Do you feel that you could be successful at our school? Why?

Why should I recommend you for admission? What do you feel would make you stand out above other students applying to go to school here?

BACK TO INDEX

## *Other Closes*

by Brandon Sparks

### Either or Close

Either or Close questions discourage the student from saying no to your request for the sale. Remember the student wants to feel 100% in control.

Would you like to start your classes on the 15th of February? (Bad)
Would you like to start your classes on the 5th or the 15th of February? (Good)

### Reflective Close

The Reflective Close takes advantage of "buying signals," turning them back to the student and gaining committment.

"Could I start in February?"
Yes you sure can I have start dates every single week! (Bad)

"Could I start in February?"
Would you like to start in February? (Good)
"Yes I would" Okay, here are the next steps...

"Do you offer financial aid?"
Yes, we have XXX and XXX (Bad)

"Do you offer financial aid?"
Is that how you would like to finance you education? (Good)
"Yes" Okay, let's discover if you qualify..

### Third Party Close

This technique is used to add confidence when it may still be lacking. Let the student know that someone else in a similar situation enrolled in the program and how happy they are with their decision.

"You know I have a student named XXX that also was in your same situation. He went ahead and enrolled in the program you are looking at and is so happy with his decision..."

### Assumptive Close

This can be used when the student shows little or no sign of resistance; you close by "assuming" that the student will start. Ask the student to "go ahead and get on the internet and go to the applyweb.

BACK TO INDEX

Important Applyweb Comments:

- Fill out everything that is required. Unless it says "optional," it is required.
- The application will save your progress as you go, but it is the least confusing to complete if you enter all of your information in one sitting.
- Remember, for security, it will log you out after 20 minutes of inactivity.
- When entering dates or numbers, enter them in the format requested.
- Throughout the application, if given the the option to E-SIGN, always do.
- On the first page, you will select your program, please select XXX.
- After you enter your high school information, do not enter any information under the OFFICIAL TEST SCORES section unless you have taken one of these specialized exams and have documentation for it.
- In EDUCATIONAL HISTORY, click ADD AN INSTITUTION and make your best estimate for dates of attendance or number of credits for each college. Approximates are appropriate.
- Bachelors - in the WORK HISTORY section, click ADD AN EMPLOYER and list your current employer. Masters - Be sure to show at least 36 months of full-time work history.
- When you get to the FINANCIAL OPTIONS, select XXX as primary and XXX as secondary. Next, it will ask you to pay your application fee.
- The FINANCIAL AID section of the application requires your student record number (IRN). Be certain to enter it when asked.
- If you have not applied for a FAFSA PIN, please do this at the beginning of the financial aid section. You will use this to sign your federal aid application that will be completed using your XXX taxes.
- You will be at the end of our application after you select a LENDER and are transferred to their website to complete your electronic signature.
- If you miss a step, the application will direct you back to it at the end.
- If you get stuck and are not sure what to enter, make your best guess and continue, once I have received your application electronically, I will verify each section to help you confirm that you have made the right selection.
- When you reach the CHECKLIST, open the ADMISSIONS PACKET link and print out the documents, you may also print the ADDITIONAL FORMS for your records, but these are not required to be submitted.

Let me know if you run into any problems. Write this phone number down. If I am not available, please call Application Support at 1-866-226-7497.

When should I expect to hear from you after you have completed the online application? What is a fax number for you if I need to fax you anything?

BACK TO INDEX

## Possible Conversation Script
by David Stone

XXX, thanks for contacting the University of Phoenix Online about your interest in pursuing a degree. My name is XXX, I'm your enrollment counselor here. Do you have a moment?

You were looking to pursue a degree in XXX, is that right?
How did you hear about the University of Phoenix and our programs?
Have you been to college before? How many credits are you hoping to transfer?
What do you do for work? How is that going?
What are you hoping a college degree will do for you?
You sound pretty busy, why is now the right time to return to school?
Are there any challenges or obstacles that might prevent you from earning the degree you need?

At this point, you should understand my role as your counselor here at the University. I am here to answer your questions, and provide you with the information you will need to make an informed decision about returning to school. One thing I am not good at doing is reading minds...so if you have any questions, please let me know. I will be your best source of information as you investigate and enroll in our online program.

The University gives me this position to ensure that you are admissible and to provide you with a recommendation. The Online campus receives approximately 250,000 inquiries per month from adult students looking to take advantage of our convenient online programs. My recommendations are based on three main things: first, your motivation for returning to school; second, your ability to communicate openly and honestly as we move forward with this process; and third—and most important, your ability to make and keep the commitments that will allow you to receive my recommendation.

I'm here to help you be in the best position to be accepted, not to put up road blocks. So, just let me know how I can help and I will do what I can. By the time we are done with our conversation today either online classes will make sense for you or they won't.

Why are you interested in an online program? Have you considered your local schools? Let me tell you how the Online program works:

- Our programs are designed specifically for working adult students like you.
- Here, you take one class at a time and it lasts for (five/six) weeks. You get a one-week break and then you take another class. On that schedule you are a full-time student.

BACK TO INDEX

Let's go over the related tuition and fees:  There is a one-time $110 application fee.  Books are electronic most of time, and cost ($60 or $70) per class.  Tuition is ($440 or $545) per credit hour.  Each class is three credits.  Because classes are one at a time, most students choose to pay as they go.  Will that fit your budget?  (pause for response)  If not, there are more financial options we can consider.

Are you familiar with Financial Aid?  First, let me tell you that this aid is not based on income or credit.  The only things that prevent you from using this assistance:
- Currently in default on a previous student loan.
- Not filing income taxes as required by law.
- Having been convicted of a drug felony.
- Not registering for selective service.

If all of that is in order, you will be able to borrow (insert amount here based on number of credits transferring).  So I can be sure you understand how this applies towards your tuition, please number down the paper 1-8.  These numbers represent the first eight classes you would take with us.  (proceed to explain what is covered by FA and what the out of pocket expenses will be)

Now that you understand the out of pocket expenses, is that something you can budget for? (Assuming a positive answer)

Before we take the next steps to allow you to be recommended, let me review what I have learned about you today so I am sure we are helping you move forward in the right direction.  (Summarize the key points from the conversation highlighting why online make sense for their situation and how they will benefit).

This is all making sense to me, how about you?  Based on what we have discussed, is taking online classes with the University of Phoenix something you know you want to do?

So I can provide you with a recommendation, the next step is for you to complete an online application.  Are you able to be on the phone and in front of an online computer?  (Either walk them through the applyweb or send them instructions.)

XXX, I hope you have felt our conversation today has been helpful to you.  You are obviously very motivated.  Who else do you do you know that you would recommend to this program that is as motivated as you are?

When can I expect to hear back from you after you have (insert students next steps here)?  Great, will you be sure to call me then?

Unofficially, welcome to the University of Phoenix Online!  I look forward to mentoring you through your first class!

## *Daily Effort*
by David Stone

Organization styles vary with personalities. With so many paper and electronic organization systems, no two individuals organize themselves the same.

The key is to organize the work week around activities that have the greatest impact on you and your students' success. By looking at the big picture and setting aside blocks of time to do certain activities, we can free ourselves from the overwhelming feeling of needing to do all activities, all of the time.

I personally have taken the week and decided what activities I will do on which days. I have a general, non-specific calendar I follow, and reminders set to recur each week at a particular time to remind me to do one of the actions I have decided to implement in my overall calendar. An example would be to send a reminder email to all students starting class in a week or to call all of my APND students for a certain start date so many days away.

Most importantly, **I work when I am at work.** I don't walk around or leave my desk unless absolutely necessary. I have a set amount of time to do my job each week. I am consistent because I choose not to waste ANY of that time.

I make everything I do about the student. I have done all I can to eliminate the use of the words "I" and "me" and instead changed over to using "you" and "your" and "we." If we don't clarify to the student why it is to his/her advantage to take the steps we are requesting, it will NOT happen and they will start to sense you are on commission. Some will say this is a sales job, others say it is a counseling job. Whatever the perspective for the individual, you will not be successful counseling or selling if you are not HELPING THE STUDENT.

I operate my schedule on a weekly basis and every week a new cycle begins. Students just repeat the same steps over and over. This means I can schedule those necessary and repeating tasks into my calendar so I do not have to rely on my ability to be proactive during a busy day. By doing it this way, I can follow up to ensure each student is doing the right thing and the right time.

Now, the prospecting process is much different. This is where the counselor must be specific with the student about the next step to be taken. Ask the student to decide and verbalize when they can complete the step and call the counselor back. If this doesn't happen, then the counselor can follow up to address any issues that may have prevented the commitment from being kept.

A weekly schedule for success:

Monday:

- Call all students currently in class.
- Call all students starting next week that were not reached, confirm they have ordered books, set up time for them to call on Thursday for orientation. Set their expectations for class (See Retention)
- In a block of time, I schedule call backs to those that I have previously spoken to, but are not keeping commitments or calling me back to take the next steps. The exact time of the call back can vary by day and time. Schedule the call when you think you can best reach the student!

Tuesday:

- This is a day where I have blocked out time specifically to prospect.

Wednesday:

- This is a day where I have blocked out time specifically to prospect.
- Ensure all students are on distribution lists and technically set-up.

Thursday

- In a block of time, I schedule call backs to those that I have previously spoken to, but are not keeping commitments or calling me back to take the next steps. The exact time of the call back can vary by day and time. Schedule the call when you think you can best reach the student!
- Call all scheduled appointments to walk students to class unless they have already called.

Friday

- Call all students that are starting next week, confirm they have ordered books, set up time for them to call in Thursday for class orientation. Give them the "Can't Drop" speech.


If you have other items that you feel are important to follow up on, put a reminder in your Outlook calendar so you don't forget!

BACK TO INDEX

## Notes Template
by David Stone

| | |
|---|---|
| how: | > How did you hear about UOP Online |
| program: | > What program are you wanting to pursue? |
| work: | > Tell me about your job, what do you do? |
| transfer: | > How many credits to you have to transfer? |
| Motivation: | > What is motivating you to return to school? |
| Why now: | > Why is now the right time to return to school? |
| Obstacles: | > What challenges do you see that might derail your efforts to get your degree? |
| my role/purpose | > (see confidence selling section) |
| Online vs. local: | > Why would you prefer to go to school online? |
| | > EXPLAIN PROGRAM |
| fit: | > Would that fit into your schedule? |
| successful: | > Do you feel you could be successful in this program? |
| like most: | > What do you like most about what we have discussed? |
| recommend? | > Why do you feel you should be recommended for this |
| program? | > What is it about you that would allow you to be successful in this program? |
| "sound like you will be successful" | > Sound like you will be successful in an online program. I'm looking forward to recommending you. |
| how will it feel? | > How will it feel to be in a program where you can still do the important things in life & return to school? |
| Financing: | > How were you planning on financing your education? |
| TA: | > Does your company provide tuition assistance? |
| FA: | > Are you interested in considering Financial Aid? |
| | > EXPLAIN PAYMENT OPTION |
| Out of pocket: | > Are you able to budget for the out of pocket expense? |
| spouse: | > Do you have a family? |
| SUMMARIZE CONCERNS | > Summarize in 3-4 sentences the key points of the conversation and ask, "is that correct?" This all seems to make sense to me. Based on our conversation, is taking online classes with the University of Phoenix something you know you want to do? |
| start: | > record start date information |
| has this been helpful | > Has our conversation today been helpful? Who do you know that would appreciate this type of assistance with their education? |
| appt and alt numbers | > Set a specific time to have the student call you back. Be sure to get cell phone and other contact information from the student. |

BACK TO INDEX

be happening. If you have any questions about anything you read, please let me know.

iv.  Remember, my role is to ensure you will be successful in this class. Returning to school for anyone is not easy and you should not expect things to go perfectly. In fact, you should expect to be frustrated as you make the adjustments necessary to be successful in your first online class. I realize you are a busy adult and that this is likely your first online class. Those things can cause the adjustment process to be challenging for some.

v.  You need to know that if you have any questions, if you are confused, can't find something, or don't understand something related to class, you must ask for help. As much as I try, I will not be able to read your mind about any issues you are having. So, if you have questions, what will you do? Who can you ask for help? (counselor, tech support, your teacher)

vi.  So you are aware, the University does not typically allow students to withdraw from their first class for reasons outside of medical emergency or natural disaster. The University feels that motivated working adults should find a way to deal with issues as they arise. If you feel something happens that impacts your ability to be successful, you need to contact me right away. Okay? I know that you will do great in class. I'm not saying any of these things because I am concerned about you. I just need to make sure you understand how important this first class is. Do you have any other questions for me at this time? When you do, call me.

5.  Send delayed emails before and during their class (see appendix A & B)
6.  Show resources and give them a game plan when you walk them to class
7.  After walking them in, reconfirm their expectations and what they should do if they run into any trouble.
8.  Check SAMS daily and head any potential drops off before they decide they are behind and can't catch up.
9.  Send personal kudos to students & call them to tell them they are doing well.
10. Have your manager follow-up with any students exhibiting minimal participation.
11. No drops without a manager reviewing the situation and talking with the student if needed.

you'll use in class. You'll be looking at it after you get your syllabus. Your syllabus drives everything, so don't just open up your rEsource and start doing everything listed there.

- Ok, beside the rEsource link, do you see the icon that says GO TO CLASS? Click it.
- Explain difference between OWA and OE (See Appendix E). Tell them they will be able to set-up Outlook Express on their home computer and use OWA from almost any computer
- Do you see your classroom? If no, tell them that you will conference in tech support and they can see first hand the type of support that is going to be available to them 24/7. Press CONFERENCE, dial 6040 and wait for them to pick-up. Press CONFERENCE again.
- **FOLDERS:** Explain the purpose and use of each folder for the class:
  - *MAIN CLASSROOM*, the first/top folder
  - **You will spend the majority of your class time in this folder.** This is the primary folder that the University uses to measure attendance and your instructor measures participation. Are there messages here? You may only see one message, "Policies for UOP Online Courses." Is this the only message? The instructor may not have arrived yet. When they do, sometime today, they will post into this folder, welcome, check-in, or hello. These messages will also tell you what to do, but remember, your syllabus is the main place to find what to do. You will also answer discussion questions in this folder and respond to other students. Look up top, see the drop down that says "MESSAGES" right now? Change that to "BY CONVERSATION TOPIC." Make a note of this, as I want you to do this everytime you move from one folder to another. See the globe icon to the left? Remember that, it's how to refresh your folder. We'll use it in a moment.
  - *ASSIGNMENTS-WRITE-ONLY*, you will not see things in this folder
  - **Assignments "write-only" allows you to post a message that only the instructor can read.** This is normally where you send your individual assignments to be graded (be sure to check your syllabus). Click on this folder. Did you receive an error? That's telling you what I just told you about not being able to read this folder. You will be able to see a log of your posted assignments by clicking on the POSTED ASSIGNMENTS link on your student webpage. Just click "ok." Then, if you were posting an assignment, you would click on new post. See the icon that looks like a post-it note with a blue thumbtack? That's the icon to create a message in the classroom. We'll do that next. Click on the yellow up arrow above the folder to go back up into the main classroom.
  - *CHATROOM*, many students post their biographies here the first day of class.
  - The instructor may set the pace by posting his/her personal bio or a professional bio. The chatroom is informal, where you can post messages about anything and chat with your other students. It is not for any educational purpose. This is usually where you will post your bio, be sure to read and reply to the other bios. You may never use the chat room again after today. Remember, you do not have to read every message that is posted into your classroom. But read anything from your professor, me or administration. Remember, you are here with a mission. In a moment, we will talk about your priorities.
    - **POST TEST MESSAGES**, Ok now, you are going to post your first message
    - See the post icon we talked about? Click it. Now it opens a new blank message for you. Notice how it already says it is going to the chatroom. Whichever folder you are in is where your message will be posted. Put "Checking-in" in the subject line and then click the "post icon," looks just like the new message icon, to send the message. Now click that globe we talked about up top to refresh.
    - Do you see your message? Open that message. Now, look at the icons up top, the first one is to REPLY BY EMAIL and the second is to REPLY TO FOLDER. You will most always be using REPLY TO FOLDER as the other icon would send this person an email to their student email and in this case it would be to you.
    - Click the REPLY TO FOLDER icon, it opens a new response message and then just hit post, no need to add anything to it. You are now responding to and creating your first message thread. Click refresh. See the new message, how it is indented underneath the first? That's how you will interact with the class!
    - Last, I want to show you how to do an attachment. Create a new message by clicking the post icon. See the tab that says attachments? This is where you will BROWSE your computer and add an attachment to a message.

BACK TO INDEX

# What do I do to get my APND students to convert?

by David Stone

The most frustrating aspect of enrollment at University of Phoenix is students that make commitments and then break them. As you have heard before, talk is cheap. This saying has never been truer than in the enrollment process.

I believe the "battle" is won or lost on the first conversation. The battle is how the student perceives enrollment and your role in the process. If you don't have confidence, if you don't have the student making commitments to complete the next step toward enrollment, if you are not making it clear that they are to call you back, then you have given all of your "power" to the student. Then you begin the follow-up process, pleading to get a student into class.

Set the expectation that the students must continue to qualify themselves by taking the next steps to be start to the program. If they do not want to start in the current month and have given you a good reason, require them to complete the application now for their start date in the future. If they are serious, they will want to get the paperwork started. Reconfirm their motivation and future start date.

Now, even though you may have done everything correctly, some students will never enroll. However, they will be glad to waste your time as you attempt to chase them into class. If you are successful in chasing them in, most will not complete their class and will take up the majority of your time while they stress you out.

How many people do you know that have 20-40 APND students at the end of each month after deadline? Why do counselors hold onto students that take no action? Because they feel they are letting value go. What value is there in a student that will not call you back and has stopped taking action on the applyweb? Little to none! Unless there is a good reason for a future start date and a longer enrollment period, consider that the student may not be a serious candidate. Your time is best spent finding a motivated student instead of chasing a shopper.

The only thing you have when you call back a student who is not keeping their commitment is the motivation they have given you in the first conversation. If you didn't ask additional probing questions, you may not have the information you need to get the student moving again.

BACK TO INDEX

## Avoiding Burnout
by David Stone and Brandon Haney

When life is great, these strategies will help us be successful; but, sales forces are plagued with low morale and burnout, as well as extremely high rates of turnover. Some salespeople struggle, while others thrive in a high-pressure environment. Why? Salespeople burn out for one main reason – they lose confidence in their ability to make their numbers.

I set daily goals for myself. If I notice I am not hitting my key performance indicators on a daily basis, several days in a row, I first ask myself what has changed. Am I feeling differently? Am I doing this for the right reason? Do I feel depressed, frustrated, or have something else going on in my life that is causing me to lose focus at work? I would approach those I trust at work and ask if they have noticed anything different about me. I would seek out someone to sit with me and listen to my conversations to offer suggestions about what I might change.

The earlier you can do these things, the better. In most cases, students will not enroll themselves. So, you need to be at the top of your game. If you are not, you may end up providing the reason for a student not to enroll. Some counselors oversell or say something to cause a potential student not to enroll. We need to ensure that as counselors, we are not the problem. However, many counselors will seek to assign the reason for their lack of success to another factor outside of their control. In most cases, this is simply a form of rationalization.

The early symptoms of burnout appear as a cynical attitude and pressured behavior. We might misrepresent the product, telling "white lies" out of their stress of losing a REG or turn in incomplete paperwork. We fall back on these techniques out of frustration, because we haven't kept our professional selling skills sharp!

We rush the sales process and quit taking the time to establish rapport or thoroughly answer objections. When reps experience burnout, we view selling as a two-step process, "Get the paperwork-get the REG!"

We resist new learning because we feel we have heard it all before. Yet the fact is we may have stopped using our basic sales skills and need a refresher. We make excuses for our underperformance: product is overpriced, my personal life is going badly, it is a bad month for enrollment, the company changes this or that. We rationalize and blame these factors for our poor performance.

We often refuse to acknowledge or take responsibility for individual shortcomings. Not only do burnouts possess a negative attitude, they may discuss these issues with others and bring them down, too.

BACK TO INDEX

# Appendix A – Retention Sequence

Marketing has released specific emails to be sent to students before and during their first few courses. Remember, retention is about the student's comfort level in the program. There will be students that require more attention to be successful in the program. The sequence below has been used by top counselors to retain a highest percentage of students.



BACK TO INDEX

# Appendix C – Exporting PSL to Excel

When working with a large pipeline, exporting the PSL to the more flexible EXCEL format has some great benefits. Just like other organizational strategies, it's not for everyone, but it's also not difficult to make the most of its advanced sorting and labeling features. The key is to start simple. Here are the basics:

Click on the Projected Start Report
Enter the dates for the month
Click OK

In the second screen that appears,
Select Open in Excel
Click on Modify Columns

In the Modify Columns box, go ahead and select all columns, and take all of the info (although you may not use it, this ensures each time you export a report, the columns are in the same order for advanced functions)

Click OK and it will open your PSL in Excel

From here, the sky is the limit on what you can do with your PSL. Start by auto-fitting the Columns. Press CTRL A to select all. Click FORMAT>COLUMN>AUTOFIT SELECTION

After this, reduce the size of Column A and then fill in numbers down the side (1,2,3,4, etc.)

You can now keep your PSL in order with the hottest students at the top, just RIGHT-CLICK and CUT the entire ROW, then RIGHT-CLICK and INSERT CUT CELLS to move students up and down the sheet.

You can also use the FILL COLOR and FONT COLOR features to color your PSL to keep track of information daily.

Lastly, after you have set-up your new Excel hot list, when you add new students to your PSL, enter a SPECIFIC anticipated start date daily (like 7/11/04) and then only export the students for that day. This will give you all your new students that can be CUT AND PASTED into the exisiting sheet.

BACK TO INDEX

# Appendix E – OWA vs. OE

**What you might say:** "There are two ways you can attend your classes. With Outlook Web Access (OWA), you can get into your classroom from almost any Internet-connected computer (even if you are behind a firewall) without any additional installation or set-up. On the other hand, Outlook Express (OE), requires a one-time set-up for each course. There are some benefits to each. 1) In OE, you have a spellchecker and an automatic signature, not in OWA. 2) In OWA, you will see your classroom one page at a time, because it is not downloading all of the messages at once. It is showing them to you one at a time, but in OE, you will be able to see all of your classroom all of the time. And 3) OWA has a security feature to automatically log you out after 20 minutes of being inactive, but OE will leave you logged on as long as it stays open. Bottom line, you can work in either environment and be successful, but you may find OE has greater potential and is easier to navigate."

| Outlook Express | OWA |
|---|---|
| Outlook Express allows unlimited connection time giving the student the ability to work as long as is necessary within a new message while preparing an assignment. | OWA disconnects the user after 20 minutes of inactivity. Typing into an e-mail or newsgroup message does not count as activity. |
| Outlook Express gives the user the ability to use HTML, or "rich text" formatting. Students can make more powerful statements in their classrooms with different fonts, colors and embedded objects such as images or tables. | OWA can only compose in Plain Text format. |
| Outlook Express allows the full view of ongoing classroom conversations known as message "threads." This is the default view in Outlook Express. | OWA can group messages by conversation, but this view option limits the number of messages available per page and is not the default view. It will have to be reset with each session. |
| Outlook Express makes full use of the Microsoft Spellchecker. | OWA has no Spellchecker function. |
| Outlook Express allows instant access to the classroom newsgroups and one-click navigation from one classroom newsgroup to another. | OWA requires the slower and more complex navigation from one web page to another to move from e-mail to classroom and from one classroom newsgroup to another. |
| Outlook Express has a built-in Find feature that allows the user to search for messages by sender or specific words in the message. | OWA does not have a find or search feature. |
| Outlook Express has an option for the student to create a personalized signature that is included at the bottom of all outgoing messages. | OWA cannot automatically include a signature with outgoing messages. |
| Outlook Express gives the student the ability to download all messages in the classroom newsgroups and work with the messages Offline. Outgoing messages will wait in the Outbox and will send automatically when the student reconnects to the Internet. | Messages can only be read or replied to while the user is online. |

**From:** Ken Wheeler
**Sent:** Friday, February 11, 2005 10:11 AM
**To:** Walter Peniston; Garrett Dean; K. John Garcia; Ken Wheeler; Morsellor Ector; Philip Daily; Scott Smith; Stephen Anderson; Suzette Burton; Thomas Collins
**Subject:** Phone messages

Here are some msg I used to use. I thought they were effective. Feel free to use them, modify them, or print them out and line the bottom of your birdcage with them.

Msg 1 - first msg

Hello <name>, this is Ken Wheeler from WIU an affiliate of University of Phoenix. You had requested some information and I am attempting to get that to you. In order to make sure what I get to you is accurate for your situation I need to ask you a couple of questions. Please return my call at <phone number>. I am in the office from 8am to 5pm and work by appointments, but if you call me back I will make sure to make time for you. Once again, this is Ken Wheeler and my number is <Phone number>

Msg 2 - second msg

Hi, <name>, this is Ken Wheeler again from WIU an affiliate of University of Phoenix. I've been attempting to get in touch with you to get you the information you requested. My office hours are from 8am to 5pm and I have voice mail for all other times. Please contact me at <phone number> so I can set up an appointment and make sure I get you the information you are looking for. Once again, this is Ken Wheeler and my number is <Phone number>.

Msg 3 - third msg

Hello <name>. This is Ken Wheeler again from WIU an affiliate of University of Phoenix. You had requested information and your file ended up on my desk. It is my responsibility to ensure I get you what you are looking for and to make sure what I get to you is accurate for your situation. In order to do that I need to ask you a couple of questions. <Name>, if you are no longer interested in pursuing your education, please contact me so I don't continue to bother you. If you ARE interested, please leave me a number and time where I can get in contact with you. This is Ken Wheeler and my number is <Phone number>.

APND - Incomplete app - 1st msg

Hi <name>. This is Ken from WIU. I'm calling because you told me that you wanted to get into school and committed to filling out your application. <Name> so far you haven't done everything on the application and as a result I can't get you enrolled. I'm holding the seat for the <class date> for you right now but you need to get the (rest of the) application completed. <Name> give me a call and let me know if there is something that you don't understand about the application or something you need help with. Since your file is open on my desk I am required to continue to try to contact you to determine your intensions. <Name> my number is <Phone number>.

APND - Incomplete app - 2nd msg

Hi <name>. This is Ken again from WIU. Hey, I need to know what's going on with the app. You indicated that you were going to complete it and as a result I went in and held a seat for you. My manager is now asking me why I'm holding this seat and I need to know if you are going to get started or not. <name> in order to get you into that class, you need to complete the application. Please let me know your intentions and whether you have any questions or problems with the application or school so I can address those appropriately for you. <Name>, give me call back today so I know what to do with this seat. My number is <Phone number>.

APND - Incomplete app - 3rd msg
Hello <name>. This is Ken from WIU again. Unfortunately I had to release the seat I was holding for you for the <date> class. There are other people that completed their application and my manager wants to make sure they are able to get into class. <Name> I can still get you in but you MUST complete that application immediately so I can process it. When you indicated to me that you wanted to go to school, I took it as my personal responsibility to help you any way I can. Please contact me if you have any questions or concerns about this, my number is <Phone number>.

APND - Incomplete app - last msg
Hello <name>. This is Ken from WIU. I'm sorry but I have to close your file for the enrollment we spoke about. Since I have left numerous messages without any return calls or actions on your part I need to move on to people that are showing me they want to get into school and complete their educational and life goals. <Name> if I mis-read the situation please let me know and I'll do everything I can to help you. My number is <Phone number>.

**Ken Wheeler**
**Enrollment Manager**
**Western International University**
**800.822.1319 Ext 73105**
**Direct 602.387.3105**
**Fax: 602.383.2882**
**Email: Ken.Wheeler@Phoenix.edu**