**From:** Robert Lawrence
**Sent:** Friday, July 22, 2005 1:58 PM
**To:** Andy Permoda; Brian Eastman; Brian Rauch; Carlos Ulloa; CRYSTAL G. Johnson; Jennifer Jordan; Jeremy Schulte; John Hauri; Laquosha Robinson; Mathew Wilde; Ryan Oloughlin; Ryan Winklepleck
**Cc:** Dustin Wolfe; Garrett Dean; Jharmel Reed; Morsellor Ector; Philip Daily; Scott Smith; Stephen Anderson; Susanne Sansone; Suzette Burton; Thomas Collins; Ushinde Bryant; Walter Peniston
**Subject:** FW: The SMACK DOWN is back!

Finally some worthy competition...

May the best Reps/Team win...

But if you guys do manage to win, then hat's off to ya anyways.:-)

**Robert Lawrence**
Senior Admissions Counselor
**Axia College of Western International University**
Educational Partner with University of Phoenix Online
Local: 602-713-9318
Toll free: 1-800-822-1319 ext. 39318
Fax: 602-383-6778
Email: Robert.lawrence@phoenix.edu

Finance Service Representative: Mark Kowalek ext. 39886
Academic Counselor: Brent Heffon ext. 38931

*To apply online go to the following website:* https://myapply.wintu.edu/apply/register.asp?TeamID=106444

According to the U.S. Bureau of Labor Statistics, college graduates earn an average of 62% more income than high school graduates. Those with a master's degree earn 95% more.

---

**From:** Tony Finn
**Sent:** Friday, July 22, 2005 1:23 PM
**Subject:** The SMACK DOWN is back!



PLAINTIFF'S EXHIBIT 15



Let have some fun this month. Here are the teams that are competing against each other in August! This time we are adding a few twists. Come up with a team name and logo (managers, e-mail those to me when your teams decide). Here how the competition breaks down:

Team Noguez vs Team McCarthy
Team Wheeler vs Team Winklepleck
Team Cobabe vs Team Wallentine
Team Creason vs Team Sheahan
Team Moses vs Team Palmore
Team Reynolds vs Team Mavity
Team Nuttall vs Team NeVille
Team Kimmell vs Team Seymore
Team Dembrosky vs Team Mihilli

Keep it positive....Have some fun and...
Let the SMACK DOWN begin!

Tony Finn
Senior Enrollment Manager
Axia College of Western International University
Educational Partner with University of Phoenix Online
tel. 800-366-9699 x75866
fax (602) 735-9712

The information contained in this electronic mail message is intended only for the person(s) or entity to which it is addressed and may be privileged and confidential. Any unapproved dissemination from an Apollo Group, Inc. employee may result in disciplinary actions up to and including termination. If you are not the designated recipient of this e-mail, please delete immediately from your computer, and note that any use, review, disclosure, copying, distribution, alteration or manipulation of the content is prohibited.