Message	Page 1 of 2

**Subject:** FW: AXIA ONLINE COLLEGE T-SHIRTS!!!

Please forward this to your teams. Sometimes our distribution lists don't reach everyone. Please instruct the Managers in your Division to get you their team's shirt order (in an excel spreadsheet) with the name, shirt quantity and payment received information. We need to make sure we have all payments prior to placing an order. We need checks only made out to Deborah Tipton (no cash please).

<u>**Please get me the order request from your Division and specific department by COB Monday, August 1st.**</u>

Let me know if you have any questions.

Thanks!

Nikki

-----Original Message-----
**From:** Nikki Fosse-Mancuso
**Sent:** Monday, July 25, 2005 8:25 AM
**To:** AXIA ONLINE ALL ACADEMICS; AXIA ONLINE ALL ENROLLMENT; AXIA ONLINE ALL FINANCE
**Subject:** AXIA ONLINE COLLEGE T-SHIRTS!!!

We have AXIA Online College T-Shirts! If you would like to purchase a shirt, the cost is $6.50. Please get your order request to your Manager.

Please open the attachment to see the shirt.

<u>**Please get your order request (size and quantity) along with payment (checks only--made out to Deborah Tipton) to your Manager by COB Friday July 29th.**</u>

Thanks!

**Nikki Mancuso M.A.**
**Division Director- Southeast Region**
**Axia College of Western International University**
**Educational Partner with University of Phoenix Online**
**1-800-366-9699 ext. 6881**
**Fax: 602-383-5046**
Nikki.Fosse@apollogrp.edu

The information contained in this electronic mail message is intended only for the person(s) or entity to which it is addressed and may be privileged and confidential. Any unapproved dissemination from an Apollo Group, Inc. employee may result in disciplinary actions up to and including termination. If you are not the designated recipient of this e-mail, please delete immediately from your computer, and note that any use, review, disclosure, copying, distribution, alteration or manipulation of the content is prohibited.