



**From:** Nathan Ries
**Sent:** Wednesday, July 20, 2005 8:40 AM
**Subject:** Leader Board
**Importance:** High

## Good Morning

Awesome Job to these reps for leading the Central division!! Impressive List!!!

Final Day of July, let's have a big day!!

| REP NAME | REG |
|---|---|
| Scott Smith | 15 = 30 |
| Steve Anderson | 14 = 28 |
| Andy Permoda | 14 = 28 |
| Christopher Norris | 14 = 28 |
| Deshawn Anderson | 13 = 26 |
| Walter Peniston | 13 = 26 |
| Jennifer Jordan | 13 = 26 |
| Adam Buckey | 12 = 24 |

file://C:\WINDOWS\TEMP\GW}00001.HTM                                                7/20/05

| Name | | |
|---|---|---|
| Christy McCarthy | 12 | = 24 |
| Elizabeth Pike | 12 | = 24 |
| Jacob Samson | 12 | = 24 |
| John Aguilar | 12 | = 24 |
| Ryan OLoughlin | 12 | = 24 |
| Megan Edwards | 11 | = 22 |
| Megan Corgan | 11 | = 22 |
| Christina Weinmann | 11 | = 22 |
| Joshua Ellis | 11 | = 22 |
| Susan Reinhardt | 10 | = 20 |
| Daniel Wilkins | 10 | = 20 |
| Kirk Borkowski | 10 | = 20 |
| Shawn Young | 10 | = 20 |
| Mack Chapman | 10 | = 20 |
| John Gable | 10 | = 20 |