# Memorandum

**To:** Brandon Beverly

**From:** Daniel Klingensmith

**Date:** 06/08/05

**Re:** Discussion Memo

---

As we have discussed, you were not meeting expectations for the organizational goals and objectives in your previous quarter of March 2005 to May 2005 that are used to measure your contribution as an Enrollment Counselor. You did not perform at a "Meets" expectations level and you were not facilitating as much activity (REG and APIN) as is expected.

I have prepared a plan for you to follow. As a reminder your work hours are 9:00 am to 6:00 pm.

I expect the following results:

**Outbound Calls per day:**
Goal    80

**Referrals per week**
Goal    3

**Applications:**
Goal    3 per week

**REGs:**
Goal    3 per week

Limit any usage of the internet, personal calls, and your interoffice emailing. This will assist you in maintaining consistency and daily production.

These goals are to measure weekly performance and production and help you to get back on track to a minimum of meets expectations. We will track your performance to these goals in our weekly 1-on-1. **I have all the confidence you will achieve these goals.**

As always, I am available to assist you in correcting this performance. Please understand that failure to attain this level of performance will lead to further disciplinary action, up to and including termination.

PLAINTIFF'S EXHIBIT 18