

PLAINTIFF'S EXHIBIT 19

