# 776C Manager Comparison Report for Current Performance Month
## (8/1/2005 - 8/31/2005)

| Manager | REG | APIN | APND |
|---|---|---|---|
| Garrett Miles | 23 | 0 | 136 |
| Ted Yeager | 21 | 29 | 145 |
| Shaun Condie | 21 | 8 | 172 |
| Chris Felton | 20 | 13 | 380 |
| Abe McHatton | 20 | 7 | 167 |
| Ben Papa | 19 | 14 | 122 |
| Matthew Stewart | 19 | 3 | 130 |
| Ben Brown | 18 | 21 | 322 |
| Krashawnda Graves | 18 | 15 | 275 |
| Randy Thomas | 18 | 14 | 249 |
| Ron Schnackenberg | 17 | 14 | 207 |
| Treven Nuttall | 16 | 8 | 131 |
| Ken Wheeler | 16 | 7 | 67 |
| Elizabeth Noguez | 14 | 12 | 141 |
| David Voss | 13 | 25 | 374 |
| Greg Kiefer | 13 | 22 | 445 |
| Tyler Nelson | 13 | 9 | 195 |
| Blake Wettstein | 13 | 1 | 170 |
| Daniel McCarthy | 12 | 12 | 209 |
| Jared Willis | 12 | 5 | 90 |
| Jason Grove | 11 | 17 | 421 |
| Rebeca DiPuccio | 11 | 16 | 163 |
| Joseph Vega | 11 | 15 | 193 |
| Gary Parker | 11 | 14 | 64 |
| Andrew Leal | 11 | 10 | 308 |
| Jacob Mavity | 11 | 6 | 94 |
| David Stone | 11 | 4 | 36 |
| Adam Kobel | 10 | 27 | 340 |
| Jeff Reynolds | 10 | 13 | 306 |
| Jonny Tashjian | 10 | 12 | 192 |
| Jared Wallentine | 10 | 8 | 151 |
| Jason Kimmell | 10 | 6 | 108 |
| Chad Merrill | 10 | 5 | 225 |
| Jennifer Munoz | 10 | 5 | 155 |


PLAINTIFF'S EXHIBIT 20

8/2005

### 776C Manager Comparison Report for Current Performance Month
### (8/1/2005 - 8/31/2005) Continued

| Manager | REG | APIN | APND |
|---|---|---|---|
| Natalia Mlhilli | 10 | 3 | 105 |
| Scott Lewis | 9 | 17 | 405 |
| Elisha Wirth | 9 | 16 | 240 |
| Townsend Saunders | 9 | 14 | 174 |
| Tyler Bigler | 9 | 13 | 128 |
| Kempe Nicoll | 9 | 12 | 112 |
| Ryan Winklepleck | 9 | 9 | 153 |
| Jacob Mayhew | 9 | 5 | 140 |
| Brad Fulton | 9 | 2 | 62 |
| Jessica Dembrosky | 8 | 19 | 157 |
| Katherine Pappas | 8 | 13 | 311 |
| Zack Allen | 8 | 7 | 174 |
| Spencer McNiven | 8 | 7 | 90 |
| Cory Seymore | 8 | 5 | 114 |
| Lauren Dalessio | 8 | 3 | 86 |
| Cori O'Connell | 7 | 16 | 155 |
| Cody NeVille | 7 | 10 | 61 |
| Dustin McGinnis | 7 | 9 | 144 |
| Jennifer Schwartz | 7 | 7 | 160 |
| Randy Saban | 7 | 7 | 146 |
| Daniel Klingensmith | 7 | 5 | 43 |
| Susan Thorne | 7 | 4 | 90 |
| Seth Dosick | 6 | 16 | 82 |
| Jeremiah Sarkett | 6 | 11 | 318 |
| Derek Goins | 6 | 11 | 114 |
| Jason Cobabe | 6 | 10 | 176 |
| Courtney Palmore | 6 | 10 | 53 |
| Scott Yeager | 6 | 9 | 156 |
| Mark Ortiz | 6 | 4 | 87 |
| Brandon Sheahan | 5 | 16 | 263 |
| Scott Allan | 5 | 16 | 113 |
| Cory Williams | 5 | 13 | 87 |
| Donna Olson | 5 | 12 | 208 |
| Timothy Safieh | 5 | 9 | 147 |
| Mark Peterson | 5 | 9 | 90 |
| David Nielsen | 5 | 6 | 106 |

## 776C Manager Comparison Report for Current Performance Month
### (8/1/2005 - 8/31/2005) Continued

| Manager | REG | APIN | APND |
|---|---|---|---|
| Andrew Lunt | 5 | 6 | 80 |
| Andy Dominguez | 5 | 5 | 120 |
| Debbie Leake | 5 | 3 | 104 |
| Dino Meyer | 4 | 10 | 59 |
| Darrin Moses | 4 | 7 | 20 |
| John McGhan | 4 | 4 | 41 |
| Carri Clarkson | 4 | 3 | 128 |
| Mike Neus | 4 | 0 | 119 |
| Mitch Katz | 3 | 13 | 188 |
| Justin Johnson | 3 | 12 | 110 |
| Kimberly Tait | 3 | 8 | 103 |
| Benjamin Fleming | 3 | 6 | 179 |
| Tony Finn | 3 | 5 | 84 |
| David McArthur | 3 | 4 | 91 |
| Craig Yeager | 3 | 4 | 30 |
| Rusty Blair | 3 | 0 | 22 |
| Lorena Goddard | 2 | 5 | 167 |
| Tony Quinones | 1 | 11 | 165 |
| Josh Ragsdale | 0 | 1 | 1 |
| Totals: | 801 | 859 | 13944 |