

PLAINTIFF'S
EXHIBIT
24

**From:** Ken Wheeler
**Sent:** Monday, August 08, 2005 7:08 AM
**To:** Walter Peniston; Dustin Wolfe; Garrett Dean; Jharmel Reed; Ken Wheeler; Morsellor Ector; Nicole Davis (Enrollment Counselor); Philip Daily; Scott Smith; Stephen Anderson; Susanne Sansone; Suzette Burton; Thomas Collins; Ushinde Bryant
**Subject:** team Standings

Take a look at the teams above us.  Those are the teams that look like they can Register students better than we can.

Let's make _THIS WEEK, OUR WEEK_. Keep your activity high. Get your APIN to REG. Let me know if you need help with anything.

|                   | REG | APIN |
|-------------------|-----|------|
| Team Noguez       | 46  | 11   |
| Team Winklepleck  | 44  | 13   |
| Team Wallentine   | 37  | 8    |
| Team Reynolds     | 36  | 21   |
| Team NeVille      | 35  | 10   |
| Team Palmore      | 31  | 9    |
| Team Wheeler      | 30  | 9    |
| Team Mihilli      | 29  | 16   |
| Team Sheahan      | 28  | 16   |
| Team Mavity       | 28  | 7    |
| Team Dembrosky    | 27  | 26   |
| Team Seymore      | 26  | 6    |
| Team Nuttall      | 25  | 13   |
| Team Young        | 25  | 5    |
| Team Kimmell      | 22  | 10   |
| Team McCarthy     | 21  | 13   |
| Team Moses        | 18  | 8    |
| Team Cobabe       | 16  | 11   |
| Total             | 524 | 212  |

**Ken Wheeler**
**Enrollment Manager**
**Axia College of Western International University**
**Educational Partner with the University of Phoenix**

**800.822.1319 Ext 73105**
**Direct 602.387.3105**
**Fax: 602.383.2882**
**Email: Ken.Wheeler@Phoenix.edu**

The information contained in this electronic mail message is intended only for the person(s) or entity to which it is addressed and may be privileged and confidential. Any unapproved dissemination from an Apollo Group, Inc. employee may result in disciplinary actions up to and including termination. If you are not the designated recipient of this e-mail, please delete immediately from your computer, and note that any use, review, disclosure, copying, distribution, alteration or manipulation of the content is prohibited.