To: Morsellor Ector
From: Nathan Ries
Date: August 09, 2005
Re: Written Warning-Amended

---

This document outlines your continuing deficient performance in comparison to your job expectations as an Enrollment Counselor. The deficient performance has been outlined and discussed with you through an email on June 28, 2005. Additionally, you continued to meet with the Senior Manager and Director to discuss your work performance and job expectations. Per discussions, you are to utilize the Enrollment Counselor Performance Guideline Matrix to assist you in managing your activity levels. You have been given the following trainings and meetings to assist you in performing your role: 7/01, 7/06, 7/07, 7/12, 7/14, 7/18, 7/28, 7/28. Your work performance has not improved and you are not performing at an acceptable performance level for your position. Your July activities and actual performance were as follows:

| | Goal | Actual |
|---|---|---|
| **Job Performance** | | |
| Plans & organizes work to complete objectives | 7.5-10 | 5 |
| Is motivated to achieve results independently | 80-88 hours | 68 |
| Uses creativity in pursing new ideas | 10-15 referrals | 0 |
| Is conscientious of company resources | 6.7-8.7 | 3 |
| **Judgment** | | |
| Uses sound judgment in making decisions | | |
| Is timely in making decisions | Requires Improvement | >40% without appointments for walking to class |
| Analyzes consequences/effects of decisions | Meets Expectations | |
| Demonstrates effective problem-solving skills | <6-8% apps returned | 8 out of 10 returned for corrections |
| **Communication** | | |
| Communicates effectively – oral | 1600 phone calls | 1315 |
| Communicates effectively – written | Meets Expectation | |
| Contributes worthwhile information during meetings | Meets Expectation | |
| **Working Relationships** | | |
| Informs supervisor of status of current assignments | Meets Expectations | |
| Shows flexibility by accepting new ideas | Meets Expectations | |
| Shows flexibility by profiting from constructive feedback | Meets Expectations | |
| Establishes and promotes constructive working relationships | Requires Improvement | 6 out of 8 packets returned |
| **Professional Development** | | |
| Communicates professional development plans | Meets Expectations | |
| Satisfies professional development guidelines | Meets Expectations | |
| Applies and utilizes new knowledge, skills or abilities | Meets Expectations | |
| **Customer Service** | | |
| Interacts cooperatively and constructively with internal & external customers | Meets Expectations | |
| Demonstrates tact and diplomacy in problem-solving | Meets Expectations | |
| Demonstrates a willingness to build rapport with difficult customer's | Meets Expectations | |
| Conveys positive attitude toward fellow employees | | |
| Maintains professional, competent demeanor | Meets Expectations | |

You have continued to not meet all or some of the above expectations. It is our expectation going forward you will utilize the Enrollment Counselor Performance Guideline Matrix to ensure adequate activity levels are maintained and overall performance is improved to an acceptable level.

As always, I am available to assist you in correcting this performance. In accordance with Apollo's Education Tuition Program, your tuition waiver will be revoked effective with the delivery of this document. I look forward to your improved performance; however, understand that failure to improve your performance may result in further disciplinary action up to and including termination. *Please see the Attached form, Please keep the Attached form to my Permanate HR File  8/10/05*

_Morsella Ect_ _____    _8/10/05_____
Employee Name                                    Date


_Nathan Ries_ _____    Date _8/10/05_
Supervisor Name                                       _8/10/05_


PLAINTIFF'S EXHIBIT 25

MY FEEDBACK ON MY WRITTEN WARNING PRIOR TO ACKNOWLEDGEMENT:

1. Plans and organizes work to complete objectives. Unsatisfactory
2. 4. Is conscientious in use of company resources Unsatisfactory

UNDER JUDGEMENT IS TIMELY IN MAKING DECISIONS: YOUR EXAMPLE LESS THEN 40% WITHOUT APPOINTMENTS FOR WALKING TO CLASS. DEMOSTRATES EFFECTIVE PROBLEM-SOLVING SKILLS: YOUR EXAMPLE 8 OUT OF 10 RETUREND FOR CORRECTIONS.- UNSATISFACTORY
ESTABLISHES AND PROMOTES CONSTRUCTIVE WORKING RELATIONSHIPS: YOUR EXAMPLE 8 OUT OF 10 PACKETS RETURNED.- UNSATISFACTORY
BOTH OF THESE ARE A DIRECT REFLECTION OF REGS AND HAVE SEMANTICALLY NOTHING TO DO WITH THE ACTUAL VERBIAGE OF THE RATING. AGAIN I OBJECT TO THE VERBIAGE IN THIS RATING THAT IS DIRECTLY RELATED TO REG'S OR PERHAPS ONE SHOULD RESTATE THIS AS "PRODUCTIVITY GOALS OR ACTIVITY GOALS." THIS IN THE END IS WHAT WE ARE TALKING ABOUT - NOT COMPANY RESOURCES OR ORGANIZING ONESELF TO COMPLETE OBJECTIVES. THE RELATION TO THE WORDS IS INDIRECT AT BEST. I SIGN THIS DOCUMENT WITH THE INTEND JUST ACKNOWLEDGE THAT I HAVE RECEIVED IT. SECONDLY, I WOULD LIKE TO ADDRESS THE LACK OF TRAINING OUR TEAM HAS RECEIVED IN THE BEGINNING AND THE LACK OF TRAINING WE CONTINUE TO NOT RECEIVE. SOMETHING MUST BE DONE AND TAKING TIME OUT OF OUR LIMITED/STRUCTURED/SCHEDULED DAY IS TIME CONSUMING AND CONTRIBUTES TO "WASTING COMPANY RESOURCES" TIME. I SIGN THIS WRITTEN WARNING WITH THE OBJECTION OF THE CRITERIA AND VERBIAGE USED WITHIN THE WRITTEN WARNING ITSELF AS INACCURATE AND EVASIVE PURELY TO ABIDE TO CERTAIN EDUCATION REGULATIONS. I ALSO WANT THIS FORM ATTACHED TO MY PERMENATE HR FILE THANK YOU.

*Moselle Eck*                    8/10/05

2

To:      Morsellor Ector
From:
Date:
Re:      Written Warning

---

This document outlines your continuing deficient performance in comparison to your job expectations as an Enrollment Counselor. The deficient performance has been outlined and discussed with you through an email on June 28, 2005. Additionally, you continued to meet with the Senior Manager and Director to discuss your work performance and job expectations. Per discussions, you are to utilize the Enrollment Counselor Performance Guideline Matrix to assist you in managing your activity levels. You have been given the following trainings and meetings to assist you in performing your role: 7/01, 7/06, 7/07, 7/12, 7/14, 7/18, 7/28, 7/28. Your work performance has not improved and you are not performing at an acceptable performance level for your position. Your July activities and actual performance were as follows:

|  | Goal | Actual |
|---|---|---|
| **Job Performance** | | |
| Plans & organizes work to complete objectives | 7.5-10 | 3 |
| Is motivated to achieve results independently | 80-88 hours | 68 |
| Uses creativity in pursing new ideas | 10-15 referrals | 0 |
| Is conscientious of company resources | 6.7-8.7 | 3 |
| **Judgment** | | |
| Uses sound judgment in making decisions | | |
| Is timely in making decisions | Requires Improvement - | >40% without appointments for walking to class |
| Analyzes consequences/effects of decisions | Meets Expectations | |
| Demonstrates effective problem-solving skills | <6-8% apps returned | 8 out of 10 returned for corrections |
| **Communication** | | |
| Communicates effectively – oral | 1600 phone calls | 1315 |
| Communicates effectively – written | Meets Expectation | |
| Contributes worthwhile information during meetings | Meets Expectation | |
| **Working Relationships** | | |
| Informs supervisor of status of current assignments | Meets Expectations | |
| Shows flexibility by accepting new ideas | Meets Expectations | |
| Shows flexibility by profiting from constructive feedback | Meets Expectations | |
| Establishes and promotes constructive working relationships | Requires Improvement | 8 out of 10 packets returned |
| **Professional Development** | | |
| Communicates professional development plans | Meets Expectations | |
| Satisfies professional development guidelines | Meets Expectations | |
| Applies and utilizes new knowledge, skills or abilities | Meets Expectations | |
| **Customer Service** | | |
| Interacts cooperatively and constructively with internal & external customers | Meets Expectations | |
| Demonstrates tact and diplomacy in problem-solving | Meets Expectations | |
| Demonstrates a willingness to build rapport with difficult customer's | Meets Expectations | |
| Conveys positive attitude toward fellow employees | | |
| Maintains professional, competent demeanor | Meets Expectations | |

You have continued to not meet all or some of the above expectations. It is our expectation going forward you will utilize the Enrollment Counselor Performance Guideline Matrix to ensure adequate activity levels are maintained and overall performance is improved to an acceptable level.

As always, I am available to assist you in correcting this performance. In accordance with Apollo's Education Tuition Program, your tuition waiver will be revoked effective with the delivery of this document. I look forward to your improved performance; however, understand that failure to improve your performance may result in further disciplinary action up to and including termination.

---

Employee Name _____    Date _____

Supervisor Name _____    Date _____

3

# ONLINE EC PERFORMANCE MATRIX – Business / Technology / Health Care / CPD

| Area / Effectiveness | Exceeds Expectations | Meets Expectations | Meets Expectations | Needs Improvement | Unsatisfactory |
|---|---|---|---|---|---|
| **WORKING RELATIONSHIPS** | | | | | |
| Enters accurate and fiscally sound projections and hits goal each month. | Always works to a strategic plan, has accurate projections and hits their strategic plan goal each month. | Often works to a strategic plan, has accurate projections and hits their strategic plan goal each month. | Usually works to a strategic plan, has accurate projections and hits their strategic plan goal each month. | Does not work to a strategic plan. Does not have accurate projections and does not hit their strategic plan goal each month. | Rarely, if ever, works to a strategic plan, has accurate projections and hits their strategic plan goal each month. |
| Works flexibility to accept new ideas. | Always accepts and embraces change. Always responds well to new ideas. | Often accepts and embraces change. Often responds well to new ideas. | Usually accepts and embraces change. Usually responds well to new ideas. | Does not accept or embrace change. Does not respond well to new ideas. | Rarely, if ever, accepts or embraces change. Rarely, if ever, responds well to new ideas. |
| Shows desire to improve skills and improvement in results is evident. | Always effectively mentors others. Focuses on skill improvement, and improvement in results is always evident. | Often mentors others. Shows a strong desire to improve skills, and improvement in results is often evident. | Works to improve skills, and improvement in results is seldom evident. | Does not work to improve skills. Improvement in results is seldom evident. | Rarely, if ever, works to improve skills, and lacks improvement in results. |
| Collaborates and pieces together appropriately to complete designated tasks. | Always submits clean and complete graduation packets on time. Always works well with Finance and Academic teams. | Often submits clean and complete graduation packets on time. Often works well with Finance and Academic teams. | Usually submits clean and complete graduation packets. Usually works well with Finance and Academic teams. | Does not submit clean and complete graduation packets. Does not work well with Finance and Academic teams. | Rarely, if ever, submits clean and complete graduation packets. Rarely, if ever works well with Finance and Academic teams. |
| **PROFESSIONAL DEVELOPMENT** | | | | | |
| Seeks out and participates in appropriate professional development activities. | Meets PD guidelines. Initiates consistent interaction with supervisor on PD activities. | Meets PD guidelines. Plans PD activities with supervisor. | Meets PD guidelines. Willing to participate in PD activities. | Does not satisfy the PD guidelines. Does not work with supervisor to plan PD activities. | Makes no effort to satisfy PD guidelines. Disregards supervisor directives. |
| Seeks and is receptive to mentoring and feedback. | Always makes suggestions as to worthwhile personal development and seeks manager feedback. | Often makes suggestions as to worthwhile personal development and gives manager feedback. | Usually makes suggestions as to their own personal development. | Does not make suggestions as to their own personal development. | Refuses to take part in their own personal development. |
| Participates in new knowledge-sharing activities to improve professional abilities. | Demonstrates the application of new knowledge or skills from activities. Uses new skills & knowledge learned from activities and shares that knowledge. | Demonstrates the application of new knowledge or skills from activities. | Accepts suggestions of new knowledge or skills. | Seldom implements suggestions of new knowledge or skills. | Does not implement suggestions of new knowledge or skills. |
| **CUSTOMER SERVICE** | | | | | |
| Interacts professionally and positively with management, functional teams and other employees, as well as potential and current students. | Always works well with management, functional teams, and other employees, as well as potential and current students. | Often exceeds in working well with management, functional teams, and other employees, as well as potential and current students. | Meets expectations in working with management, functional teams, and other employees, as well as potential and current students. | Needs to improve interaction with management, functional teams, and other employees, as well as potential and current students. | Several issues with management, functional teams, and other employees, as well as potential and current students. |
| Demonstrates initiative by working to resolve issues and problems at the lowest possible level. | Always works to resolve external and internal student issues in a timely manner. | Often exceeds in working to resolve external and internal problems in a timely manner. | Usually works to resolve external and internal problems in a timely manner. | Needs to improve in resolving external and internal problems in a timely manner. | Rarely works to resolve external and internal problems in a timely manner. |
| Lead to Contact percentage meets or exceeds standards. | Lead to Contact at +56% | Lead to Contact at 51%-56% | Lead to Contact at 46%-50% | Lead to Contact at 41%-45% | Lead to Contact at <41% |
| Impact on the EC team in a positive manner and embraces a team oriented workplace. | Always impacts others positively by what they say or do. | Often impacts others positively by what they say or do. | Is generally positive. | An improved attitude would lead to better outcomes. | Rarely impacts others positively in word or in action. Impact is often negative. |
| Adheres to established standards of personal appearance and professional dress. | Always dresses at or above dress code standards. | Always carries self professionally. Always dresses at or above dress code standards. | Often exceeds in the manner in which they present themselves. Often dresses at or above dress code standards. | Carries self professionally. Usually dresses to dress code standards. | Professional image could improve. At times does not dress to dress code standards. |

# ONLINE EC PERFORMANCE MATRIX – Business / Technology / Health Care / CPD

| Area of Performance | Exceeds Expectations | Meets Expectations | Needs Improvement | Unsatisfactory |
|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | |
| Talk-time levels maintained necessary to accomplish goals | 52-60+ / 81-100+ | 42-51 / 61-80 | 33-41 / 45-60 | <41-32 / <30-33 |
| Weekly talk-time levels reviewed with manager | Always exceeds weekly talk-time levels necessary to accomplish goals (25+ hours). Self analyzes skills and works independently to improve skills. | Often exceeds weekly talk-time levels necessary to accomplish goals (20-24.9 hours). Self analyzes skills and works w/ supervisor to improve skills. | Needs weekly talk-time levels needed to accomplish goals (15-19.9 hours). Works with manager to improve skills as identified. | Is not achieving weekly talk-time levels needed to accomplish goals (less than 12 hours). Takes few steps to improve skill set. |
| Leads generated to University | Works with all leads provided by the University; generates 21 referrals per month. | Works with all leads provided by the University; generates 16 to 20 referrals per month. | Works with all leads provided by the University; generates 10 to 15 referrals per month. | Works primarily only with leads provided by the University; generates fewer than 5 referrals per month. |
| New enrollments retained | 46-53+ / 71-28+ | 37-45 / 53-70 | 19-36 / 40-52 | <18-30 / <46-29 |
| **EDUCATION** | | | | |
| Customer (student) issues/problems | Never a student issue. | Has few student issues and none that have gone unresolved. | Has few student issues, most of which have passed to others to resolve. | Has student issues with no resolution. |
| Calling students | Always calls students in advance of their first and second classes. | Often exceeds expectations of calling students in advance of their first and second classes. | Meets expectations of calling students in advance of first course and second course. | Rarely calls students prior to first and second class. |
| Setting expectations | Always exceeds in setting proper financial and academic expectations for students. No student issues. | Often exceeds in setting proper financial and academic expectations for students. No student issues. | Meets expectations in setting proper financial and academic expectations for students. Has few escalated issues. | Does not appear to set proper financial and academic expectations for students. Many student issues. |
| Application start rate | 92%+ of all applicants start | 85%-91% of all applicants start | 75%-84% of all applicants start | 65%-74% of all applicants start | Fewer than 65% of applicants start |
| **COMMUNICATION** | | | | |
| Outbound phone calls | Always exceeds outbound phone calls daily 120+ | Often exceeds outbound phone calls daily 100-119.9 | Met expectations in outbound phone calls daily 80-99.9 | Seldom makes the required outbound phone calls daily 60-79.9 | Never makes the required outbound phone calls daily <59.9 |
| Galaxy, e-mail etiquette and electronic communication | Excellent notes in Galaxy; e-mail etiquette and electronic communication is professional. | Good notes in Galaxy; e-mail etiquette & electronic communication is very good. | Notes in Galaxy; e-mail etiquette and electronic communication is good. | Seldom notes in Galaxy; e-mail etiquette and electronic communication requires improvement. | Does not notate in Galaxy; e-mail etiquette and electronic communication is poor. |
| Meeting participation | Always on time, positive contributions to meetings and is a solution provider / implementer. | Often on time, contributes to meetings and often provides solutions to issues. | On time, participates in meetings and supports solutions to issues. | Seldom on time, participates rarely in meetings, not willing to offer solutions. | Rarely on time, does not participate, does not contribute to meetings. |

