Page 1 of 5

## General Evaluation

### I. JOB PERFORMANCE

| | |
|---|---|
| 1. Plans and organizes work to complete objectives. | Unsatisfactory |
| 2. Is motivated to achieve results independently. | Meets Expectations |
| 3. Uses creativity in pursuing new ideas. | Unsatisfactory |
| 4. Is conscientious in use of company resources | Unsatisfactory |

### II. JUDGMENT

| | |
|---|---|
| 1. Uses sound judgment in making decisions. | Requires Improvement |
| 2. Is timely in making decisions. | Meets Expectations |
| 3. Analyzes consequences/effects of decisions. | Meets Expectations |
| 4. Demonstrates effective problem-solving skills. | Consistently Exceeds Expectations |

### III. COMMUNICATION

| | |
|---|---|
| 1. Communicates effectively - oral. | Meets Expectations |
| 2. Communicates effectively - written. | Meets Expectations |
| 3. Contributes worthwhile information during meetings. | Meets Expectations |

### IV. WORKING RELATIONSHIPS

| | |
|---|---|
| 1. Informs supervisor and affected personnel of status of current assignments. | Requires Improvement |
| 2. Shows flexibility by accepting new ideas. | Meets Expectations |
| 3. Shows flexibility by profiting from constructive feedback. | Requires Improvement |
| 4. Establishes and promotes constructive working relationships. | Meets Expectations |

### V. PROFESSIONAL DEVELOPMENT

| | |
|---|---|
| 1. Communicates professional development plans and progress to manager and obtains proper approval to participate in learning opportunities. | Consistently Exceeds Expectations |
| 2. Satisfies professional development guidelines as tied to job classification and company goals. | Consistently Exceeds Expectations |
| 3. Applies and utilizes new knowledge, skills or abilities gained from learning opportunities into daily work assignments to improve individual productivity. | Consistently Exceeds Expectations |

## VI. CUSTOMER SERVICE

| | |
|---|---|
| 1. Interacts cooperatively with all internal and external customers. | Meets Expectations |
| 2. Demonstrates tact and diplomacy when involved in problem-solving customer relations. | Meets Expectations |
| 3. Demonstrates a willingness to build rapport with all difficult customers. | Consistently Exceeds Expectations |
| 4. Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work. | Meets Expectations |
| 5. Maintains a professional, competent demeanor with individuals outside the company. | Meets Expectations |

## VII. LEADERSHIP SKILLS

| | |
|---|---|
| 1. Inspires employees to excel in their work. | Not Applicable |
| 2. Inspires loyalty in employees and gives loyalty in return. | Not Applicable |
| 3. Ensures that employees have opportunities and guidance to complete professional development goals. | Not Applicable |
| 4. Encourages employees to grow professionally and progress in the company and participates in follow-up of professional development activities. | Not Applicable |
| 5. Supports employees in their exercise of initiative and risk taking. | Not Applicable |

## VIII. MANAGEMENT SKILLS

| | |
|---|---|
| 1. Delegates duties and responsibilities effectively. | Not Applicable |
| 2. Establishes reasonable performance goals for employees. | Not Applicable |
| 3. Establishes and adheres to budget. | Not Applicable |
| 4. Provides adequate direction for employees. | Not Applicable |
| 5. Provides guidance and training for employees. | Not Applicable |
| 6. Evaluates employees' performance objectively, fairly and accurately. | Not Applicable |
| 7. Evaluates employees' performance in a timely manner. | Not Applicable |
| 8. Assures travel arrangements are cost effective and are appropriate for business needs. | Not Applicable |

## Next Period Goals

**General Goals**

1) Achieve a minimum of meets expectation in all areas as described in the enrollment counselor performance matrix.

**Professional Development Goals**

1) Meet training and development requirements as outline for the enrollment counselor position.

## Overall Performance Evaluation

**Overall Performance Rating:** Requires Improvement

## Performance Plan

**Performance Plan Period:** August 5, 2005 to December 1, 2005

| Performance Area | Performance Goal | Management Assistance | Review Date |
|---|---|---|---|
| Registrations | Meet expectation of a minumum of 2.5 registrations per week | Provide a weekly calling strategy and perform a weekly review of the implementation and success of the strategy. | September 1, 2005 |
| Referrals | Meet minimum expectation of 3.75 referrals per week as outlined in the enrollments counselor performance matrix | provide tools for asking for referrals and review on a weekly bases the implementation and success of the tools towards the goal | September 1, 2005 |
| Retention | Retain a minimum of 10 students per month. | Provide a weekly strategy for calling and talking to students to assist with retention. Review result on a weekly basis. | September 1, 2005 |
| Judgement | Have less than 10% of all registration packets returned. | Provide tools to outline the necessary steps for a completed packet. Review success on a weekly basis. | September 1, 2005 |

Evaluation was prepared by: *Ken Wheeler*          August 10, 2005

I acknowledge I have discussed this performance evaluation with my supervisor.

○ I acknowledge and agree that all areas of the performance evaluation have been considered in my overall evaluation rating.

⦿ I do not agree that all areas of the performance evaluation have been considered in my overall evaluation rating and request to appeal this issue through the Apollo Group Human Resources Department. By selecting this option I understand the Employee Services Department will be notified and an Employee Services Administrator will contact me regarding my request.

Employee: *Morsellor Ector*    Employee ID: 76606    Date: August 10, 2005

**Morsell Ector**
**Enrollment Counselor**
**Axia College of Western International University An Educational Partner with University of Phoenix Online**
*"CHANGING THE WORLD ONE DEGREE AT A TIME"*
**3157 E. Elwood Street**
**Phoenix AZ 85034**
**1.800.822.1319 ext. 34019**
**Fax# 602.735.1253**
**morseller.ector@apollogrp.edu**