UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES ex rel.
MORSELLOR ECTOR,

Plaintiff

v.

AXIA COLLEGE ONLINE, WESTERN
INTERNATIONAL UNIVERSITY;
APOLLO GROUP INC.
Defendants.

CIVIL NO. 1:05-CV-01637 (RMU)

FILED UNDER SEAL

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all papers filed in this action be served upon the United States and that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 12, 2006

          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

*/s/ Kenneth J. Wainstein /pm*
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

*/s/ Rudolph Contreras /pm*
RUDOLPH CONTRERAS, DC Bar #434122
PAUL MUSSENDEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
Telephone: (202) 305-4740

*/s/ Keith Dobbins /pm*
MICHAEL F. HERTZ, DC Bar #965780
MICHAEL D. GRANSTON, DC Bar #446258
KEITH E. DOBBINS, DC Bar #443617
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 514-6314
Facsimile:  (202) 514-0280

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES ex rel.
MORSELLOR ECTOR,

Plaintiff

v.

AXIA COLLEGE ONLINE, WESTERN
INTERNATIONAL UNIVERSITY;
APOLLO GROUP INC.
Defendants.

CIVIL NO. 1:05-CV-01637 (URBINA)

**FILED UNDER SEAL**

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. all orders of this Court shall be sent to the United States; and that

    6. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    IT IS SO ORDERED,

    This _____ day of _____ 2006.

                                          _____
                                          United States District Judge