UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br><br>MORSELLOR ECTOR<br>505 West Baseline Road<br>Apartment 1016<br>Tempe, Arizona 85283<br><br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br>c/o Kenneth L. Wainstein<br>United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br><br>- and -<br><br>c/o Alberto Gonzales, Esquire<br>Attorney General of the United States<br>Department of Justice<br>10th & Constitution Avenue, N.W.<br>Washington, D.C. 20530<br><br>                Plaintiffs,<br><br>v.<br><br>AXIA COLLEGE ONLINE, WESTERN<br>INTERNATIONAL UNIVERSITY<br>4150 S. Riverpoint Parkway<br>Phoenix, Arizona 85040<br><br>                Defendant. | Civil Action No.: 1:05-cv-01637-RMU<br><br><br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br><br>JURY TRIAL DEMAND |

**PROOF OF SERVICE**

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
0 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Pursuant to the Order of Court, attached is the required U.S. Postal Service Domestic Return Receipt in the above-captioned action.

Respectfully submitted,

ASHCRAFT & GEREL

/s/H. Vincent McKnight, Jr.

H. Vincent McKnight, Jr. #293811
2000 L Street, N. W., Suite 400
Washington, D. C. 20036
(202) 783-6400
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proof of Service was electronically filed, this 6th day of November, 2006, to:

Registered Agent
CT Corporation Systems
3225 N. Central Avenue
Phoenix, Arizona 85012

/s/H. Vincent McKnight, Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br><br>MORSELLOR ECTOR<br>505 West Baseline Road<br>Apartment 1016<br>Tempe, Arizona 85283<br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br>c/o Kenneth L. Wainstein<br>United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br><br>- and -<br><br>c/o Alberto Gonzales, Esquire<br>Attorney General of the United States<br>Department of Justice<br>10th & Constitution Avenue, N.W.<br>Washington, D.C. 20530<br><br>Plaintiffs,<br><br>v.<br><br>AXIA COLLEGE ONLINE, WESTERN<br> INTERNATIONAL UNIVERSITY<br>4150 S. Riverpoint Parkway<br>Phoenix, Arizona 85040<br><br>Defendant. | Civil Action No.: 1:05-cv-01637-RMU<br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br>JURY TRIAL DEMAND |

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

**AFFIDAVIT OF SERVICE**

I, H. Vincent McKnight Jr., do hereby make oath that I am over 18 years of age and am competent to testify as to the matter stated below and the facts set forth are based upon my personal knowledge:

a.  That on November 3, 2006 I served a Summons and Complaint, via certified mail, upon the following entity and individual:

b.  That the Domestic Return Receipt was signed for by Molby and they did receive a copy of the same (see attached).

I DO SOLEMNLY AFFIRM AND DECLARE UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

/s/ H. Vincent McKnight, Jr.
H. Vincent McKnight Jr.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 6th DAY OF Nov., 2006

Rosemary A. Petroff
Notary Public

My Commission expires:  Rosemary S. Petroff
Notary Public, District of Columbia
My Commission Expires 11-30-2006

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed, postage prepaid, this 6th day of November, 2006, to:

Registered Agent
CT Corporation Systems
3225 N. Central Avenue
Phoenix, Arizona 85012

/s/ H. Vincent McKnight, Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Registered Agent
   CT Corporation Systems
   3225 N. Central Avenue
   Phoenix, AZ 85012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   Molly
C. Date of Delivery   11/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0007 5211 8685

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540