# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel Morsellor ECTOR <br><br> BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> AXIA COLLEGE, WESTERN INTERNATIONAL UNIV. <br><br> Defendant. | Civil Action No.: 1:05CV01637 (RMU) <br><br> COMPLAINT FOR VIOLATIONS OF FEDERAL FALSE CLAIMS ACT <br><br> JURY TRIAL DEMAND |

## PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

COMES NOW, the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and voluntary dismisses this action against the defendant. This complaint was served on the defendant on October 26, 2006 and to date, the defendant has not filed an answer or a motion for summary judgment. Please see the Memorandum of Points and Authorities which is attached hereto.

Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

By:  /s/H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
**Attorney for Plaintiff**

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November , 2006, a copy of the foregoing Plaintiff's Voluntary Notice of Dismissal and Memorandum of Points and Authorities in support thereof, was mailed, first-class, postage prepaid to:

Kenneth Wainstein, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Alberto Gonzales, Esquire
Attorney General of the United States
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

Registered Agent for Axia College, Western International University
C.T. Corporation Systems
3225 North Central Avenue
Phoenix, Arizona 85012

By: /s/H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES <u>ex rel</u> Morsellor ECTOR<br><br>BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>v.<br><br>AXIA COLLEGE, WESTERN INTERNATIONAL UNIV.<br><br>     Defendant. | Civil Action No.: 1:05CV01637 (RMU)<br><br>COMPLAINT FOR VIOLATIONS OF FEDERAL FALSE CLAIMS ACT<br><br>JURY TRIAL DEMAND |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

On August 15, 2005, the plaintiff filed this Federal False Claims Act case under seal. On April 12, 2006, the United States notified the plaintiff that it declined to intervene in this matter. The seal was lifted by an order dated June 15, 2006. However, the parties did not receive notice of this order until September 2006. On October 23, 2006, the plaintiff filed an Amended Complaint and served it on the defendant on October 26, 2006. The defendant's answer is due on or about November 17, 2006. To date, the defendant has not answered. Therefor, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the plaintiff voluntarily dismisses this action prior to the defendant filing an answer or, in the alternative, motion for summary judgment.

LAW OFFICES
.SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
0 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

**WHEREFOR**, the plaintiff respectfully requests that this matter be dismissed.

Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

By: /s/H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
**Attorney for Plaintiff**

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
) EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

4