UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br>Morsellor ECTOR<br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AXIA COLLEGE, WESTERN<br>INTERNATIONAL UNIV.<br><br>Defendant. | Civil Action No.: 1:05CV01637 (RMU)<br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br>JURY TRIAL DEMAND |

## ORDER

This matter came before the court on the Plaintiff's Voluntary Notice of Dismissal. Upon consideration of the Notice and Memorandum of Points and Authorities attached thereto, it is ORDERED this ____ day of _____, 2006, that the Plaintiff's Voluntary Notice of Dismissal is GRANTED. The case is DISMISSED.

_____
Judge Ricardo Urbina

cc: Kenneth Wainstein, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

5

Alberto Gonzales, Esquire
Attorney General of the United States
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

Registered Agent for Axia College, Western International University
C.T. Corporation Systems
3225 North Central Avenue
Phoenix, Arizona 85012

H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261