AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States ex rel. Morsellor Ector,

        Plaintiff(s)         )
                               )    **APPEARANCE**
                               )
              vs.           )    CASE NUMBER   1:05-cv-01637-RMU
Axia College Online, Western International )
University,             )
        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Douglas R. Cox   as counsel in this
                             (Attorney's Name)

case for:   Axia College Online, Western International University
                         (Name of party or parties)

11/16/2006
Date

/s/ Douglas R. Cox
Signature

DOUGLAS R. COX
Print Name

459668
BAR IDENTIFICATION

Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave, NW
Address

Washington,   DC         20036
City         State        Zip Code

(202) 887 3531
Phone Number