IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>                    Plaintiff,<br><br>          v.<br><br>Axia College Online, Western International University,<br><br>                    Defendant. | Civil Action No. 1:05-CV-01637-RMU |

## EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

This Motion, filed on behalf of Defendant Axia College Online, Western International University, requests that the Court issue an Order extending the period of time by which Defendant must respond to Plaintiff's Amended Complaint. Plaintiff voluntarily dismissed this action on November 15, 2006, but under the relevant statute certain formalities must be completed before that dismissal becomes effective. Consequently, Defendant requests that the Court grant Defendant an extension to respond to the Amended Complaint to December 15, 2006 so that it need not file an unnecessary motion to dismiss or answer as early as Monday, November 20, 2006, before these formalities occur.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Motion is based upon this Motion, the attached Memorandum of Points and Authorities, the Declaration of James L. Zelenay, and all pleadings and records on file in this matter.

Respectfully Submitted,

Dated: November 17, 2006

/s/ Douglas R. Cox
DOUGLAS R. COX (D.C. Bar No. 459668),
DCox@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Attorney for Axia College Online, Western International University

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>    Plaintiff,<br><br>    v.<br><br>Axia College Online, Western International University,<br><br>    Defendant. | Civil Action No. 1:05-CV-01637-RMU |

## MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

This is a *qui tam* False Claims Act action that relator Morsellor Ector ("Relator") filed on behalf of the United States government. On October 26, 2006, Relator mailed an amended complaint to defendant Axia College Online, Western International University ("Defendant"). (Declaration of James L. Zelenay ¶ 2 & Ex. A.)

On November 15, 2006, Relator filed a Voluntary Notice of Dismissal with this Court. (*Id.* ¶ 3 & Ex. B.) The Court's docket states that this case is now "Closed" (*id.* ¶ 4 & Ex. C), and that the action has been "terminated" (*id.* ¶ 5 & Ex. D).

The False Claims Act requires that a case brought by a relator may be dismissed "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1).

On November 16, 2006, Defendant's counsel learned of Relator's Voluntary Notice of Dismissal and contacted Relator's counsel to determine whether these consents have been obtained, but was unable to reach him. (Zelenay Decl. ¶ 7.) Defendant's counsel also contacted Jay D. Majors at the Department of Justice. (*Id.* ¶ 8.) Mr. Majors stated he was not certain

3

whether the Department had consented, but that he would not object to Defendant seeking an extension of time to respond to the amended complaint so that this issue might be resolved. (*Id.*)

Thus, although Relator has voluntarily dismissed this action, it is unclear whether all of the statutory requirements have been satisfied. Consequently, Defendant is now placed in the position of possibly having to prepare an answer or a motion to dismiss for filing as early as Monday of next week, November 20, 2006, in an action that has actually been dismissed. This would be a useless, unnecessary waste of both Defendant's and this Court's resources.

Accordingly, Defendant hereby seeks an order granting it an extension to respond to Relator's amended complaint until December 15, 2006 so that it may avoid filing an unnecessary motion or answer before the statutory requirements are satisfied and the case is dismissed.

Pursuant to this Court's Standing Order For Civil Cases, Defendant states it has good cause for not filing this Motion 4 business days prior to the applicable deadline, because it did not learn of Relator's voluntary dismissal until yesterday, November 16, 2006. (*Id.* ¶ 6.) Defendant also states: (i) that it has received no previous extensions of time in this case (*id.* ¶ 9); (2) that there is "good cause" for an extension, because otherwise Defendant may be forced to file an unnecessary motion or answer in a case that has been dismissed; (3) granting this motion will not have an effect on any other existing deadlines, as none has been set (*id.* ¶ 10); (4) there is no need to schedule dates for Relator's response to Defendant's potential response to the amended complaint because this case has been dismissed; and (5) counsel for the United States government stated that he did not oppose Defendant seeking to extend the time to respond to the amended complaint while Relator's counsel could not be reached (*id.* ¶¶ 7-8).

Therefore, and for the reasons set forth above, Defendant respectfully requests that this Court enter an Order granting Defendant an extension of time until December 15, 2006 to respond to Relator's amended complaint.

Respectfully Submitted,

Dated: November 17, 2006

/s/ Douglas R. Cox
DOUGLAS R. COX, (D.C. Bar No. 459668),
DCox@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorney for Axia College Online, Western International University

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Axia College Online, Western International University,<br><br>　　　　　Defendant. | Civil Action No. 1:05-CV-01637-RMU |

### DECLARATION OF JAMES L. ZELENAY IN SUPPORT OF DEFENDANT'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The undersigned, James L. Zelenay, hereby declares as follows:

1.　　I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson, Dunn & Crutcher"). Gibson, Dunn & Crutcher represents Defendant Axia College Online, Western International University ("Defendant") in the above-mentioned matter.

2.　　Attached as Exhibit A is a true and correct copy of a letter from counsel for relator Morsellor Ector ("Relator") representing that the amended complaint was mailed to Axia on October 26, 2006.

3.　　Attached as Exhibit B is a true and correct copy of the Notice of Voluntary Dismissal filed by Relator on November 15, 2006.

4.　　Attached as Exhibit C is a true and correct copy of the Civil Docket obtained from the CM-ECF system. It states that this case is "closed."

5.　　Attached as Exhibit D is a true and correct copy of webpage from the CM-ECF system stating that this action was "terminated" on November 15, 2006 when Relator filed the Notice of Voluntary Dismissal.

6

6. On November 16, 2006, attorneys at Gibson, Dunn & Crutcher became aware that Relator had filed a Notice of Voluntary Dismissal.

7. On November 16, 2006, I, along with Timothy J. Hatch, an attorney from Gibson, Dunn & Crutcher, attempted to contact Relator's counsel by telephone to determine whether Relator had satisfied the formalities of the False Claims Act in voluntarily dismissing this case and whether Relator's counsel would oppose an extension of time for Defendant to respond to Relator's amended complaint. Relator's counsel did not answer his phone, and I left a voicemail message. Relator's counsel has not returned my telephone call.

8. On November 16, 2006, Mr. Hatch and I called Jay D. Majors, an attorney with the Department of Justice. Mr. Majors stated that he was not certain whether Relator had satisfied the formalities of the False Claims Act in voluntarily dismissing this case. Mr. Majors also stated that he did not oppose Defendant seeking an extension of time to respond to Relator's amended complaint so that this issue might be resolved.

9. Defendant has received no previous extensions of time in this case.

10. No deadlines have been set by the Court in this case other than the one which Defendant seeks to extend via this Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2006             ___/s/ James L. Zelenay
                                                James L. Zelenay

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>  Plaintiff,<br><br>  v.<br><br>Axia College Online, Western International University,<br><br>  Defendant. | Civil Action No. 1:05-CV-01637-RMU |

## [PROPOSED] ORDER

Having considered Defendant Axia College Online, Western International University's Emergency Motion to Extend Time To Respond To Amended Complaint, and finding good cause, the Court hereby GRANTS the Motion and ORDERS that the period of time by which Defendant must respond to Plaintiff's Amended Complaint by motion, answer, or otherwise is extended to December 15, 2006.


Dated: November ___, 2006      _____
                               The Honorable Ricardo M. Urbina
                                 United States District Judge

Copies to:

H. Vincent McKnight, Jr
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, D.C. 20036
Telephone: (202) 783-6400
Facsimile: (202) 416-6392
Email: vmcknight@dc.ashcraftlaw.com


Douglas R. Cox

8

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: DCox@gibsondunn.com


Keith Dobbins
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6314
Facsimile: (202) 514-0280

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused true and correct copies of the foregoing to be transmitted on or before November 17, 2006, to the following counsel registered to receive electronic service or by United States mail for those not so registered:

                    H. Vincent McKnight, Jr.
                    Aschcraft & Gerel, LLP
                    2000 L Street, N.W.
                    Washington, D.C.  20036
                    Counsel for Plaintiff

                    Keith E. Dobbins
                    DEPARTMENT OF JUSTICE
                    Civil Division
                    P.O. Box 261
                    Ben Franklin Station
                    Washington, D.C.  20044

                    /s/ Minodora D. Vancea__

                    Minodora D. Vancea