# EXHIBIT A

DISTRICT OF COLUMBIA
JAMES A. MANNINO*
MARK L. SCHAFFER*
WAYNE M. MANSULLA
JAMES F. GREEN
ALLEN J. LOWE
H. VINCENT McKNIGHT
MICHELLE A. PARFITT
CHRISTOPHER V. TISI
SIDNEY SCHUPAK
GEORGE E. SWEGMAN
REBEKAH R. MILLER
JERRY D. SPITZ
MOHAMMAD A. SYED
JENNIFER L. ORENDI
BRIAN L. KINSLEY
SALMAN H. ELMI

OF COUNSEL
ALTOMEASE R. KENNEDY

# ASHCRAFT & GEREL, LLP
ATTORNEYS AND COUNSELLORS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

(202) 783-6400
FAX (202) 416-6392

ROCKVILLE, MD 20852
SUITE 1002
11300 ROCKVILLE PIKE
(301) 770-3737

ALEXANDRIA, VA 22311
SUITE 650
4900 SEMINARY ROAD
(703) 931-5500

LANDOVER, MD 20785
SUITE 301
4301 GARDEN CITY DRIVE
(301) 459-8400

BALTIMORE, MD 21202
SUITE 1212
10 EAST BALTIMORE STREET
(410) 539-1122

MARYLAND
MARTIN E. GEREL*
ROBERT G. SAMET
DAVID M. LaCIVITA
WILLIAM F. MULRONEY
ROBERT P. ENDERLE
JONATHAN S. BEISER
ROBERT A. FLACK
DENISE J. GOTTRON
DAVID M. LAYTON
MARTIN TRPIS
PATRICK M. WYSONG
ALAN J. MENSH
KELLY E. COOK

VIRGINIA
LAWRENCE J. PASCAL
J. HUNT BRASFIELD
MICHAEL W. HEAVISIDE
CRAIG A. BROWN
DAVID L. BAYNE, JR.
DAVID B. VERMONT
SUSAN C. MINKIN

LEE C. ASHCRAFT
1908-1993

October 26, 2006

**By Certified Mail**
Registered Agent
CT Corporation Systems
3225 N. Central Avenue
Phoenix, Arizona 85012

   RE: *United States, ex rel. v. Axia College Online, Western International University*
     Civil Action No. 1:05-cv-01637-RMU

Dear Sir/Madam:

 Enclosed is a copy of the Amended Complaint which was filed in reference to the above cited case. As indicated on the Summons, an answer is due to be filed within 20 days after service of this summons on you, exclusive of the date of service.

 Thank you.

           Very truly yours,

           H. Vincent McKnight, Jr.

HVM:ar
Encl.

THIS FIRM AND ITS PARTNERS ARE ALSO PARTNERS IN HERMAN, MATHIS, CASEY, KITCHENS & GEREL, LLP

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel. Morsellor ECTOR <br><br> BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> AXIA COLLEGE, WESTERN INTERNATIONAL UNIV. <br><br> Defendant. | Civil Action No.: 1:05CV01637 (RMU) <br><br> COMPLAINT FOR VIOLATIONS OF FEDERAL FALSE CLAIMS ACT <br><br> JURY TRIAL DEMAND |

### PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

COMES NOW, the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and voluntary dismisses this action against the defendant. This complaint was served on the defendant on October 26, 2006 and to date, the defendant has not filed an answer or a motion for summary judgment. Please see the Memorandum of Points and Authorities which is attached hereto.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

By: /s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
Attorney for Plaintiff

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-036a

SUITE 1212
0 EAST BALTIMORE STREET
BALTIMORE, MD 21204
410-539-1122
FAX: 410/547-1261

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2006, a copy of the foregoing Plaintiff's Voluntary Notice of Dismissal and Memorandum of Points and Authorities in support thereof, was mailed, first-class, postage prepaid to:

Kenneth Wainstein, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Alberto Gonzales, Esquire
Attorney General of the United States
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

Registered Agent for Axia College, Western International University
C.T. Corporation Systems
3225 North Central Avenue
Phoenix, Arizona 85012

By: /s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6393

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1000
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-0132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1210
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1251

# EXHIBIT C

Case 1:05-cv-01637-RMU    Document 8-1    Filed 11/15/2006    Page 3 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br>Morsellor ECTOR<br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AXIA COLLEGE, WESTERN<br>INTERNATIONAL UNIV.<br><br>Defendant. | Civil Action No.: 1:05CV01637 (RMU)<br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br>JURY TRIAL DEMAND |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

On August 15, 2005, the plaintiff filed this Federal False Claims Act case under seal. On April 12, 2006, the United States notified the plaintiff that it declined to intervene in this matter. The seal was lifted by an order dated June 15, 2006. However, the parties did not receive notice of this order until September 2006. On October 23, 2006, the plaintiff filed an Amended Complaint and served it on the defendant on October 26, 2006. The defendant's answer is due on or about November 17, 2006. To date, the defendant has not answered. Therefor, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the plaintiff voluntarily dismisses this action prior to the defendant filing an answer or, in the alternative, motion for summary judgment.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4300 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8800
FAX: 301-459-1363

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

3

WHEREFOR, the plaintiff respectfully requests that this matter be dismissed.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

By: /s/H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
**Attorney for Plaintiff**

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-8132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
2 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

4

**EXHIBIT D**

CLOSED, JURY, TYPE-E

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01637-RMU

ECTOR v. AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY et al
Assigned to: Judge Ricardo M. Urbina
Cause: 31:3729 False Claims Act

Date Filed: 08/15/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

MORSELLOR ECTOR
*ex rel UNITED STATES*

represented by **H. Vincent McKnight, Jr**
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-6400
Fax: (202) 416-6392
Email: vmcknight@dc.ashcraftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY

represented by **Douglas R. Cox**
GIBSON, DUNN & CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
(202) 887 3531
Fax: (202) 530 9539
Email: dcox@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

APOLLO GROUP, INC.
*TERMINATED: 10/23/2006*

V.

**Interested Party**

UNITED STATES OF AMERICA

represented by **Keith E. Dobbins**
DEPARTMENT OF JUSTICE
Civil Division

P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(202) 514-6314
Fax: (202) 514-0280
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2005 | 1 | COMPLAINT against AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY, APOLLO GROUP, INC. (Filing fee $ 250) filed by MORSELLOR ECTOR. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26)(zjf, ) . (Entered: 08/23/2005) |
| 08/15/2005 |  | SUMMONS Not Issued as to AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY, APOLLO GROUP, INC. (zjf, ) (Entered: 08/23/2005) |
| 04/12/2006 | 4 | NOTICE of election to decline intervention by UNITED STATES OF AMERICA (zjf, ). (Entered: 04/17/2006) |
| 06/15/2006 |  | MINUTE ORDER granting the government's motion to unseal the case. It is hereby ORDERED that the 1 complaint be unsealed and served upon the defendants by the relator. It is FURTHER ORDERED that all documents remain under seal except for 4 the government's notice of election not to intervene. It is ORDERED that the seal be lifted as to all documents filed subsequent to this order. It is FURTHER ORDERED that all subsequent filings be served on the United States and that the government's counsel receive notice of all court orders. SO ORDERED. Signed by Judge Ricardo M. Urbina on 06/15/2006. Modified on 9/6/2006 (zks, ). (Entered: 06/15/2006) |
| 10/23/2006 | 5 | AMENDED COMPLAINT against AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY filed by MORSELLOR ECTOR.(jf, ) (Entered: 10/24/2006) |
| 10/26/2006 |  | Summons (1) Issued as to AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY. (jf, ) (Entered: 10/26/2006) |
| 11/06/2006 | 6 | AFFIDAVIT re 5 Amended Complaint, Summons Issued *Proof of Service* by MORSELLOR ECTOR. (McKnight, H.) (Entered: 11/06/2006) |
| 11/07/2006 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY served on 11/1/2006, answer due 11/21/2006 (nmw, ) |

|            |   | (Entered: 11/07/2006) |
|------------|---|----------------------|
| 11/15/2006 | 8 | NOTICE of Voluntary Dismissal by MORSELLOR ECTOR (Attachments: # 1 Text of Proposed Order Order to Plaintiffs Voluntary Dismissal)(McKnight, H.) (Entered: 11/15/2006) |
| 11/16/2006 | 9 | NOTICE of Appearance by Douglas R. Cox on behalf of AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY (Cox, Douglas) (Entered: 11/16/2006) |

**EXHIBIT E**

**1:05-cv-01637-RMU** ECTOR v. AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY et al
Ricardo M. Urbina, presiding
**Date filed:** 08/15/2005
**Date terminated:** 11/15/2006 **Date of last filing:** 11/16/2006

**Query**

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status