UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel<br>MORSELLOR ECTOR<br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE UNITED STATES<br>OF AMERICA<br><br>           Plaintiff,<br><br>v.<br><br><br>AXIA COLLEGE, WESTERN<br>INTERNATIONAL UNIV.<br><br>           Defendant. | Civil Action No.: 1:05CV01637 (RMU)<br><br>COMPLAINT FOR<br>VIOLATIONS OF<br>FEDERAL FALSE<br>CLAIMS ACT<br><br>JURY TRIAL DEMAND |

## PLAINTIFF'S STATUS REPORT ON VOLUNTARY DISMISSAL

On April 12, 2006, the government filed its notice of election to decline intervention in this Federal False Claims Act case. On June 15, 2006, the court issued a Minute Order granting the government's motion to unseal the case. After further consideration of the case given the government's declination to intervene, on November 15, 2006, the plaintiff filed a voluntary dismissal in this matter, a copy of which was sent to the defendant and the Attorney General. By an Order dated November 17, 2006, the court instructed the plaintiff to comply with the statutory requirements of 31 USC 3730(b)(1) of the Federal False Claims Act which provides: "The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." To date, the Attorney General has not filed its written consent to the dismissal although counsel for the Attorney General has represented that consent to the voluntary dismissal will be filed.

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
O EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

The plaintiff spoke with counsel for the Attorney General on November 21, 2006 and again on November 28, 2006. On each occasion the counsel for the Attorney General stated that he did not believe that "it would be a problem" for the Attorney General to file a consent to the voluntary dismissal by December 1, 2006. The counsel for the Attorney General represented that he had prepared the government's consent to the voluntary dismissal, had presented it to his supervisors and was merely awaiting a signature. Therefor, counsel for the plaintiff represents that the government's consent to the voluntary dismissal of this matter will occur shortly.

Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

By: /s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
**Attorney for Plaintiff**

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November , 2006, a copy of the foregoing Plaintiff's Status Report on Voluntary Dismissal, was filed electronically and mailed, first-class, postage prepaid to:

Paul Mussenden, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Jay Majors, Esquire
U.S. Department of Justice
Civil Division
P.O. Box 261
Washington, D.C. 20044

Douglas R. Cox, Esquire
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306

By: /s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

3