UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Morsellor Ector<br><br>        Plaintiffs,<br><br>        v.<br><br>AXIA COLLEGE ONLINE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-CV-01637-RMU<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE
TO RELATORS' VOLUNTARY NOTICE OF DISMISSAL**

Plaintiff United States of America files this response to Relator's Voluntary Notice of Dismissal.

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action with prejudice as to the Relators, so long as the dismissal is without prejudice to the United States.

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

  /s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

  /s/
PAUL A. MUSSENDEN,
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4740


 _/s/
MICHAEL F. HERTZ
MICHAEL D. GRANSTON, DC Bar #446258
JAY D. MAJORS, DC Bar #445246
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 307-0264
Fax: (202) 514-0280


Dated: _____, 2006