IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>    Plaintiff,<br><br>    v.<br><br>Axia College Online, Western International University,<br><br>    Defendant. | Civil Action No. 1:05-CV-01637-RMU |

**STATUS REPORT ON VOLUNTARY DISMISSAL OF THIS ACTION**

This Status Report, filed on behalf of Defendant Axia College Online, Western International University ("Axia"), is submitted to notify the Court of the status of this case and that this case may be dismissed upon entry of Court order.

On August 15, 2005, relator Morsellor Ector ("Relator") filed this *qui tam* action against Axia on behalf of the United States under the federal False Claims Act, 31 U.S.C. § 3729 et seq. (Docket No. 1.)  On April 12, 2006, the Department of Justice filed a notice declining to intervene.  (Docket No. 4.)  Relator then served an Amended Complaint on Axia in late October or early November 2006.  (Docket Nos. 6-7.)

On November 15, 2006, Relator filed a Notice of Voluntary Dismissal.  (Docket No. 8.)  Therein, Relator voluntarily dismissed this action against Axia pursuant to Rule 41 of the Federal Rules of Civil Procedure.  (*Id.*)

On November 17, 2006, Axia filed an Emergency Motion for Extension of Time to Respond to Amended Complaint.  (Docket No. 10.)  Therein, Axia noted that although Relator had filed a notice of voluntary dismissal and the Court's docket indicated that this case was closed, "[t]he False Claims Act requires that a case brought by a relator may be dismissed 'only

if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.'" (*Id.* at 3 (quoting 31 U.S.C. § 3730(b)(1)).) Consequently, Axia requested an extension of time by which to respond to Relator's Amended Complaint so that these requirements could be satisfied and it would not have to file an unnecessary Answer or motion or otherwise respond. (*Id.* at 4.)

On November 17, 2006, the Court granted Axia's motion and ordered that "defendant respond to the complaint on or before December 15, 2006." (Nov. 17, 2006 Minute Order.)[1] The Court additionally ordered that "plaintiff comply with the statutory requirements of 31 USC 3730(b)(1) and any other relevant provisions by December 1, 2006." (*Id.*)

On November 30, 2006, Relator filed a Status Report on Voluntary Dismissal. (Docket No. 11). Therein, Relator stated that "counsel for the Attorney General ha[d] represented that consent to the voluntary dismissal [would] be filed." (*Id.* at 1.) The Status Report further stated: "[C]ounsel for the plaintiff represents that the government's consent to the voluntary dismissal of this matter will occur shortly." (*Id.* at 2.)

On December 1, 2006, the United States filed a Notice of Consent to Dismissal. (Docket No. 12.) Therein, the United States provided:

> Plaintiff United States of America files this response to Relator's Voluntary Notice of Dismissal.
>
> Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action with prejudice as to the Relators, so long as the dismissal is without prejudice to the United States.

(*Id.* at 1.)

---

[1] This status report constitutes a sufficient response to the complaint in light of the circumstances presented herein. If not, Axia contends that the due date for its response should be extended.

Thus, Relator has voluntarily dismissed this case and the United States has consented to that dismissal.  All that remains for complete dismissal is for the Court to "give written consent to the dismissal and [its] reasons for consenting."  31 U.S.C. § 3730(b)(1).  Based upon the fact that Relator has voluntarily dismissed this action and the United States has consented to that dismissal, Relator's counsel has communicated to Axia's counsel his belief that nothing more need be filed by the parties in order for this to occur.[2]

                                          Respectfully Submitted,

Dated:  December 15, 2006                      /s/ Douglas R. Cox
                                                       DOUGLAS R. COX (D.C. Bar No. 459668),
                                                       DCox@gibsondunn.com
                                                       GIBSON, DUNN & CRUTCHER LLP
                                                       1050 Connecticut Avenue N.W.
                                                       Washington, D.C.  20036
                                                       Telephone: (202) 955-8500
                                                       Facsimile: (202) 467-0539
                                                       Attorney for Axia College Online, Western International University

---

[2]    Axia will submit a proposed order completing the dismissal of this case if desired by the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused true and correct copies of the foregoing to be transmitted on or before December 15, 2006, to the following counsel registered to receive electronic service or by United States mail for those not so registered:

                                H. Vincent McKnight, Jr.
                                Aschcraft & Gerel, LLP
                                2000 L Street, N.W.
                                Washington, D.C.  20036
                                Counsel for Plaintiff

                                Keith E. Dobbins
                                DEPARTMENT OF JUSTICE
                                Civil Division
                                P.O. Box 261
                                Ben Franklin Station
                                Washington, D.C.  20044


                                /s/ Minodora D. Vancea__

                                Minodora D. Vancea