UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Morsellor Ector<br><br>Plaintiffs,<br><br>v.<br><br>AXIA COLLEGE ONLINE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-CV-01637-RMU<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT OF REASONS
FOR CONSENTING TO DISMISSAL**

On December 1, 2006, the United States filed a notice of consent to dismissal of this action, representing that the United States consents to dismissal provided that the dismissal is entered without prejudice to the United States. By Order dated February 2, 2007, this Court ordered the United States "to articulate its reasons for consenting to the dismissal of this action pursuant to 31 U.S.C. 3730(b)(1)."

The United States declined intervention in this case after investigation, having decided that it was not in the interests of the United States to devote the resources necessary to pursue this case in active litigation. Therefore, when the relator sought voluntary dismissal, the options available to the United States were to (a) consent to dismissal, (b) oppose dismissal and seek to compel the relator to continue pursuing this litigation unwillingly, or (c) intervene in a matter that it had already deemed to be an inefficient use of Government resources. Consent to dismissal was determined to be the best available course of action, particularly since dismissal

without prejudice would preserve any rights that the Government may have as to the allegations raised in this case. Neither of the last two options appeared likely to result in a just or desirable outcome to this action.

Accordingly, pursuant to 31 U.S.C. § 3730(b)(1), the United States reiterates its consent to dismissal of this matter with prejudice as to the Relator, so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


PAUL MUSSENDEN
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
Tel:  (202) 514-7566
Fax:  (202) 307-3569

MICHAEL F. HERTZ, DC Bar #965780
MICHAEL D. GRANSTON, DC Bar #446258
JAY D. MAJORS, DC Bar #445246
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0264
Fax: (202) 514-0280

Dated: __2-21__, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff United States of America's Statement of Reasons For Consenting to Dismissal has been mailed on this 21st day of February, 2007 to the following:

>H. Vincent McKnight, Jr., Esq.
>Altomease R. Kennedy, Esq.
>Ashcraft & Gerel
>2000 L Street, N.W.
>Suite 400
>Washington, DC 20036
>
>Counsel for Relator

Paul Mussenden