IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Morsellor Ector,<br><br>Plaintiff,<br><br>v.<br><br>Axia College Online, Western International University,<br><br>Defendant. | Civil Action No. 1:05-CV-01637-RMU |

## STATUS REPORT REGARDING VOLUNTARY DISMISSAL OF THIS ACTION

Defendant Axia College Online, Western International University ("Axia") is filing this Status Report to inform the Court that, pursuant to the detailed requirements of 31 U.S.C. § 3730(b), this case is ready for dismissal upon entry of Court order.

On November 15, 2006, the purported Relator filed a Notice of Voluntary Dismissal, in which Relator voluntarily dismissed this action against Axia pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Docket No. 8.) The United States thereafter consented to this dismissal. (Docket No. 12.) On February 2, 2007, the Court, after noting that the "government [h]as provided consent to dismissal, but it has not given its reason for consenting[,]" ordered the United States to "articulate its reasons for consenting to the dismissal of this action pursuant to 31 U.S.C. 3730(b)(1)." (February 2, 2007 Minute Order, citations omitted).

As required by this Court's February 2, 2007 order, the United States articulated its reasons for consenting to dismissal in a response filed on February 21, 2007. (Docket No. 14.)

The Relator has voluntarily dismissed this case and the United States has consented to that dismissal and explained its reasons for that consent. All that remains for complete dismissal

is for the Court to "give written consent to the dismissal and [its] reasons for consenting." 31 U.S.C. § 3730(b)(1).

Respectfully Submitted,

Dated:  March 4, 2008                     /s/ Douglas R. Cox
                                          DOUGLAS R. COX (D.C. Bar No. 459668),
                                          DCox@gibsondunn.com
                                          GIBSON, DUNN & CRUTCHER LLP
                                          1050 Connecticut Avenue, N.W.
                                          Washington, D.C.  20036
                                          Telephone: (202) 955-8500
                                          Facsimile: (202) 467-0539
                                          Attorney for Axia College Online, Western
                                          International University

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused true and correct copies of the foregoing to be transmitted on or before March 4, 2008, to the following counsel registered to receive electronic service or by United States mail for those not so registered:

                        H. Vincent McKnight, Jr.
                        Aschcraft & Gerel, LLP
                        2000 L Street, N.W.
                        Washington, D.C. 20036
                        Counsel for Plaintiff

                        Keith E. Dobbins
                        DEPARTMENT OF JUSTICE
                        Civil Division
                        P.O. Box 261
                        Ben Franklin Station
                        Washington, D.C. 20044

                        /s/ Minodora D. Vancea

                        Minodora D. Vancea