UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORSELLOR ECTOR *ex rel* United States, | : : : | |
| Plaintiff, | : : | Civil Action No.: 05-1637 (RMU) |
| v. | : : | |
| AXIA COLLEGE ONLINE, WESTERN INTERNATIONAL UNIVERSITY *et al.,* | : : : : | |
| Defendants. | : | |

**ORDER**

**DISMISSING THE CASE PURSUANT TO 31 U.S.C. § 3730(B)(1)**

For the reasons stated separately in the court's Memorandum Opinion dated this 7th day of July 2008, it is hereby

**ORDERED** that the case is dismissed .

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
